

# ANTHONY PROIETTA & ASSOCIATES INVESTIGATIONS, INC.
## AFFIDAVIT OF SERVICE

BidZirk LLC, Daniel G. Schmidt III
and Jill Patterson

Case No. 6:06-cv-00109-HMH
Court: US District Court of South Carolina

(Plaintiff)
VS
Phillip Russ Smith

(Defendant)

Personally appeared before me the undersigned, who being duly sworn, deposes and states that he/she served a copy of the Summons, Complaint (Jury Trial Demanded), Plaintiffs' Initial Disclosures, Certificate Of Service

upon Phillip Russ Smith by delivering to him/her a copy of same at 601 Cleveland St. Apt. 5-C Greenville, SC 29601 on the 25th Day Of January, 2006 at 5:15pm, and that the above papers were served in compliance with all state and local laws.

Manner of service:
X Personal: By personally delivering copies to the person being served.
__ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household of suitable age and explaining the general nature of the papers.
__ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
__ Other: In compliance with SC Rules Of Civil Procedure

__ Non-Service: After due Search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s):

Service Attempts/Address:

SWORN to before me this
25 day of January, 2006.

Charlene F. Proietta
Notary Public for South Carolina
My Commission Expires
September 3, 2012

(Process Server)

Code K.E.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 01/25/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Furman Campbell | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 601 Cleveland Street, Apt 5-C Greenville, SC 29601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/25/06
             Date          Signature of Server

300 Pettigru St, Greenville, SC 29601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.