IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 6:06-CV-00109-HMH |
| PHILIP RUSS SMITH, | ) ) ) | MOTION FOR PRELIMINARY INJUNCTION |
| Defendant. | ) | |

COMES NOW BidZirk, LLC ("BidZirk"), Daniel G. Schmidt, III ("Schmidt") and Jill Patterson ("Patterson"), Plaintiffs in the above-captioned action, and file this their motion for preliminary injunction pursuant to 15 U.S.C. § 1116(a) and Fed. R. Civ. P. 65, and show the Court as follows:

1.

Defendant operates an internet web site under the URL www.jackwhispers.blogspot.com.

2.

In December 2005, Defendant published a series of postings to the jackwhispers web site that defamed Plaintiffs and made unauthorized use of the registered trademark of BidZirk.

3.

Despite repeated demands, Defendant has refused to remove the offending internet postings, which continue to be available to the public for viewing.

4.

The postings at www.jackwhispers.blogspot.com constitute infringement of BidZirk's trademark, and are subject to injunction pursuant to 15 U.S.C. § 1116(a) and 15 U.S.C. § 1125(c).

5.

Plaintiffs have filed contemporaneously herewith their memorandum of law in support of the instant motion.

6.

Plaintiffs pray that the Court (1) schedule a hearing with all due haste, given the ongoing, immediate and irreparable harm visited upon BidZirk; (2) issue a preliminary injunction pending the trial of this action; and (3) award to BidZirk its damages as proved, as well as its attorneys' fees, pursuant to 15 U.S.C. § 1117(a) and 15 U.S.C. § 1125(c).

This 13th day of February, 2006.

/s/ Kevin M. Elwell
_____
KEVIN M. ELWELL
USDC Bar No. 9706

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III and Jill Patterson

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PHILIP RUSS SMITH, )<br>)<br>Defendant. ) | Civil Action No. 6:06-CV-00109-HMH<br><br>CERTIFICATE OF SERVICE |

This is to certify that I have this day served the foregoing MOTION FOR PRELIMINARY INJUNCTION by hand delivery to:

Mr. Philip Russ Smith
601 Cleveland Street, Apartment 5-C
Greenville, South Carolina 29601

This 13th day of February, 2006.

/s/ Kevin M. Elwell
_____
KEVIN M. ELWELL
USCD Bar No. 9706

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III, and Jill Patterson