

GET YOUR OWN BLOG | ¶ FLAG? | NEXT BLOG»

BlogThis!

# Jackwhispers

"Injustice Anywhere Is A Threat To Justice Everywhere" ~ Dr. Martin Luther King

**Wednesday, December 28, 2005**

## 🔁 Special Report: You Gotta Be Berserk To Use An eBay Listing Company!

Today, Jackwhispers presents the first part of a **FOUR PART SERIES** about eBay listing companies . . . ( also known as *online auction consignment shops or eBay Dropoffs* )

I'll be telling my detailed story of using such a company and relate how my selling Apple Parts on eBay for 9 years has given me unique insight into the matter.



This will be a four part series on the problems with eBay listing companies as experienced by me personally. Starting today and ending Saturday, I will present my full story, as I have dealt with a company called BIDZIRK, in my home town. I have also visited several competitors. In doing extensive Google research, I have found that my problems are almost universal ... but that only larger clients really complain. At the end, I will offer a downloadable PDF checklist for you to use when choosing a listing company that includes questions you may not have thought of before. Please feel free to share your thoughts

### About Jackwhispers:

Welcome/Forum Rules

http://jackwhispers.blogspot. com/2004/09/common-theme-at-jackwhispers.html

Reader Reminder

RSS Newsfeed, Contact, Story Suggestions

Privacy Policy/About



-----------------------------------------

See a unique point of view here? Want

**Exhibit 3, p.1**

to help spread the word? Consider

submitting a headline you see to

MACSURFER, to MACBYTES, or to

SLASHDOT

----------------------------------------

**Jackwhispers Recommends:**

No sponsorship or affiliation should be

implied

about these services and what you think about the article!

# PART ONE: Fast & Fun?

eBay ~ Weird Al Yankovic

Download now from

iTunes

**I**n May of 2005, I decided to obtain the assistance of an eBay listing company to help move a friend's IT inventory consisting of computers, servers, laptop power supplies, laptop docks, mice, etc etc. Since a graphic design firm that I and a colleague serviced for Mac Tech Support over the years helped design the identity of a new listing company called BIDZIRK, we chose them to help us with listing this massive inventory on eBay … so that we could start anew by January '06.

First, I'll give you a few bullet points about eBay listing companies in general and then tell my specific problems with BIDZIRK:

* These listing companies (where you take items to them, they list them, and send you a check) are not upfront about their fees. (This seems to be a common problem if you do a google search on problems with eBay listing companies)

* It seems reasonably fair to take out 25% to 35%, but by the time you get your check … you are often splitting your auction 50 / 50. For most items, this is unfair and often less than you would receive from having a yard sale or having a day at the flea market, listing it in the local paper, or taking it to a *specialized curious goods dealer* (ie, pawn shop, collectibles shop, comics shop, etc)

* These companies often have generic, mediocre listings that do not get top dollar.





**Exhibit 3, p.2**

* Sometimes, these companies charge outrageous shipping and handling charges for your item, therefore lowering the final bid.

* Listing companies do **not** pass savings along to the customer - ie … if they use free picture listing services or list in their store, they charge YOU the same rate as if these pictures were hosted by eBay or listed as a regular listing which saves THEM tons of money! They also do not pass along promotionals at eBay. A few days each month, eBay will have discounted listing days. For example, on December 27th 2005, eBay offered 10¢ listing fees (regular charge 25¢ per item) … if you are listing hundreds of items … this quickly adds up. Some days, eBay offers 1¢ listings. On rare occasion they offer flat or no final value listings. Listing companies do not pass these savings along to their customers.

* Listing companies **do everything** to protect themselves from **not** making any money. If they're going to make money no matter what, why should they put any special effort into creatively or effectively listing your product? Talk about customer expectations of *how its going to work vs. how its REALLY going to work.* Specifically, how customers perceive that because they do this for a living, their auctions should be BETTER than what the average eBay hack puts up.

* They also tend to protect their feedback to your detriment … meaning they will refund, accept returns without any hassle, and allow eBayers to abuse time schedules for payment for any reason … without protest or investigation … just to save their feedback rating … therefore; delaying your check or causing you to not get your money at all!

* Typically, the length of time is 3 weeks from the date you bring in your item; until the time you get your check. These funds add up in their own Paypal accounts where they receive interest and if properly maintained; get them bonuses. (see story below) I had several checks delayed for 14 weeks!



Challenge The Jackwhispers
Editor Daily For The Highest
Score!!  FOR MAC OS 9 / X



LO/JACK®
• The only stolen vehicle recovery
  system used by the Police.
• 90% recovery rate
• Over 100,000 LoJack-equipped
  vehicles have been recovered
• Qualify for Insurance discount*
• Money-back guarantee
  w/ 24-hour Recovery Warranty

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers122805-1521.htm (3 of 30)2/10/2006 2:31:59 PM

**Exhibit 3, p.3**

* As for laborers … typically teenagers end up running the show for absentee owners. Essentially, the eBay version of McDonald's?

# McListings

## We're Lovin' It

* By we, we mean; us, we love to be us, we aim to please us.

* Also concerning laborers and owners … on occasion you will find 40 and 50 somethings trying a mid life crisis career change … they know nothing about how the eBay system works except what they have read in **eBay For Dummies** books. Usually they know nothing about pop culture (eBay's biggest market) or about electronics or computers (eBay's 2nd biggest market)

_____

If you got here from a Google search, hopefully you're just contemplating using a listing company. By telling you my full story, I hope to give an understanding of what your expectations should be, and what terms you need to place into a contract before doing large scale business with a listing company…

One of my best friends who deals in procurement took an easier, more fitting IT job about 2 years ago; leaving behind an enormous eBay inventory spread out over 6 locations countywide … some of these locations being very expensive premium warehouses in Greenville, South Carolina, my home town.

I had introduced this friend to eBay shortly after I met him; in 1998. He quickly passed me in feedback, as he was listing close to 500 items a month. This friend used to employ a staff of 5 to help list, pack, and do accounting for listings on eBay. Then, in late 2002, this friend had a



Don't have time or don't know how to load your iPod with your music collection? Don't want some stranger in your house who isn't certified, bonded, or licensed? Don't appreciate the brain numbing hype of the "other services". **Try RipDigital - because** everyone else are just Rip Offs!

 iPod + RipDigital

Buy iPods preloaded with your CD collection.
20 GB iPod + 100 CDs preloaded: **$399**
20 GB iPod + 200 CDs preloaded: **$499**
20 GB iPod + 300 CDs preloaded: **$599**
RipDigital can load your iPod for you for just **$129 for 100 CDs**
**& $199 for 200 CDs**

TO

* RATED BEST iPOD LOADING SERVICE JUNE 2005 POPULAR MECHANICS

Why pay **$499** for Microsoft Office when you can do everything Office can do for just 10% of the cost? Create Office compatible files for Word, PowerPoint, & Excel with ThinkFree Office. Try it online for **free** or buy the Mac, Linux, & PC compatible version for just **$49.99!**

Amazon Honor System

**Exhibit 3, p.4**

bout of depression, let most of the eBay listing staff go and retreated to being a self employed computer repairman and a used computer salesman. He had several procurement sources … and his local sales could not move the inventory as well as eBay … things started to pile up in warehouse after warehouse, after warehouse. As the inventory grew, so did his overhead … this all made him more depressed. His disorganization was affecting me … I had no where to put some of my inventory, he had no money to front me for my own procurement, and the mess frankly; was overwhelming. Finally, in 2004, I stepped in and started to chip away at his inventory. I tried to carry *some* inventory to a local flea market … while other small bits and pieces, here and there, I sold in my own Apple Computer Tech business.

It just wasn't working …

So, in March of 2005, just as my friend and I were gearing up for a tour of companies to pitch a new product to … we started to brainstorm. At first, I thought of a **Tech Yard Sale**. I thought we could rent a large building and get other people that I knew that had large amounts of computer inventory to also sell with us for a fee and maybe integrate local sponsors like high speed cable modem service and IT headhunting services.

I wanted to set some goals:

- Integrate all 6 locations into one large warehouse by summer's end

- Split the money with this friend 50/50 … meaning: 25% me / 25% my colleague / 50% my friend

- Try to sell at the flea market at least 2 Saturdays a month for 5 months straight

- Organize the inventory for a proper appraisal

- Throw away any inventory that was of absolutely no value ( close to





Philosophy

Apple Shampoo

CLICK TO BUY

FROM AMAZON



**Exhibit 3, p.5**

20% of this inventory were large HP laser printers and broken
yellowed monitors)

So … my colleague (who had recently decided to make an income on his
own) and I decided to take a crack at it. We dedicated about 3-8 hours a
week to the task … sometimes … he, more hours; late at night,
separately on his own … others … me, more hours; during the day, on
my own.

Still, it wasn't working …

Things *were* looking better … but there was just so much inventory …
some pieces were *large* wide format printers and wide format
scanners … there were also large server cabinets. The large items were
blocking more liquid inventory. Then, I thought of something … what
about using an eBay listing company?

I had seen a new store going up in a wealthier section of my home town
called Bidzirk. When my cohort mentioned that a graphic design firm
that we knew had done the ad campaign for them … it was nearly
solidified that we would use them … to support our client; we would
patronize their client.

Now, let me back up for a moment. If you knew me … you would know
that my suggesting the use of an eBay listing service was not something
you would expect to hear from me. After all, most of my friends
consider me an *eBay guru*. I know all the sales tactics to listing, I know
how to spot all the scams, and know how to exploit ALL the facets of
eBay to my favor (ethically of course). (Mainly through the use of
discounts) I also taught eBay, in a continuing education course, at the
local technical college.





Reference:

Your Rights, The Law, & Litigation

Apple/Apple Related Recalls & Safety
Warnings

Patents, Copyrights, Trademarks,
Service Marks

Attorney General Phone #'s By State

The Top 100 Movies Of All Time

Recording Phone Calls Laws State By
State

Apple Model History

JackLooks Archive

Jack Classics Archive

JackWords Archive

**Exhibit 3, p.6**



\* my second (and current) eBay member ID page in use since April 1998.

(Modified to protect seller and bidder identities)

---

So, I set up a time to meet with the Bidzirk owner.

I decided to meet him at a Barnes & Noble for a cup of coffee and shoot the breeze about entrepreneurship, what I bring to the table, and what he brings to the table.

Late for our first meeting, he explains his tardiness away by saying traffic was difficult. ( A part that plays an important element later in this story )

We quickly start into what Bidzirk's philosophy is, how and why it was started, and what business we might do together.

From the beginning … I could tell the owner was a yes man. Of course, I have to be honest … eBay is; in and of itself a *yes man paradise.* Many sellers over promise and under deliver.

Although the owner seemed like a yes man … I had done my home work … he had owned an ecommerce B2B company called *ChannelLinx.* Tech savvy? Possibly …

\* ChanneLinx is promoted at the Bidzirk site indirectly and at the bottom of each page as a technology & design assistance partner.

## Previous Posts

Special Report: You Gotta Be Berserk To Use An eBay Listing Company!

Jack Classic: Paypal Ain't My Buddy

MACSUPPORT.CA : The CA Stands For "Can't Do Apple"

New Feature: Jack Does Know Jack: Paypal: Is You Is Or Is You Ain't My Buddy?

More Garbage From The Garage

Merry Christmas! From Jackwhispers!

Jackwhispers Helps Stuff Your Stocking!

MP3 Shuffle: 99.7% Pure Copycat

Stupidity Is Not Invisible …

New Feature Story Coming Soon …

## Archives

January 2004

July 2004

August 2004

September 2004

October 2004

November 2004

December 2004

January 2005

**Exhibit 3, p.7**

He explained to me how he had just gotten married and was planning his honeymoon in a week's time.

Wait! He was getting married, going on a honeymoon, and starting a (in his own words) *"multi-location business that will be national in 5 years time"*?

At this initial meeting, we discussed an inventory survey and pickup of some large items to help us get started. I made it clear to the owner of Bidzirk that I had momentarily throttled my own Apple Tech business and that my partner was depending on the income that we saw from Bidzirk. I also made it clear that this income would be split 25/25/50. So, the owner signed off on a contract that was to my understanding 25% cut for Bidzirk 75% for me and my partner which would in turn be divided up 25/25/50.

> EXAMPLE: A $100 item would yield us $75 / That $75 then is divided into $37.50 Friend (owner of inventory) / $18.75 for me / $18.75 for my partner

I was honestly expecting for my friend and I to average about $9 an hour for our work. 2 hours work would equal $18.75.

Even though this is simple math … it's easy to see how this might get complicated as to the way things would be divied up.

I was under the impression (and contractual understanding) that Bidzirk charged 35% flat, once you had reached $500 in sales, your rate went down to 25% flat.

Having sold 1000's of items on eBay myself, I could see how, after eBay and Paypal fees (which average 8.5% of the final winning bid), a business such as this could make a reasonable profit.

February 2005

March 2005

April 2005

May 2005

June 2005

July 2005

August 2005

September 2005

October 2005

November 2005

December 2005

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers122805-1521.htm (8 of 30)2/10/2006 2:31:59 PM

Exhibit 3, p.8

TOMORROW … **PART TWO: Fast Talking & Funny Business**

Make sure you stay tuned for another installment tomorrow. And don't forget, at the end … I plan to post a checklist and guide (via PDF) for using listing companies that could save you literally thousands of dollars! (Not to mention hours of headaches and frustration.)

NOTE: Please wait for all installments to be published before linking. But certainly spread the word!

* All logos and names are property of their respectful owners.

posted by JackWhispers @ 8:16 PM 0 comments

**Tuesday, December 27, 2005**

## Jack Classic: Paypal Ain't My Buddy

This is one of the most *hit* stories on Jackwhispers. I'm posting it as a primer for the upcoming article about eBay listing sites. Enjoy …

Apple announced that they will be accepting Paypal for the iTunes Music Store.



Many people have misconceptions about Paypal. Those that have had a problem with the service, I have often found did not resolve their issues promptly, nor did they carry out the transaction in the proper procedure.

This story is a lengthy read, but worth it for the insight to gain about

**Exhibit 3, p.9**

Forum post on Macrumors by Jackwhispers editor:

*Originally posted by GizmoToy on MacRumors.com:*

"Did you ever stop to think that maybe not everyone sees PayPal as such a great service? I started using PayPal long before eBay purchased them. Their service has gotten better since then, but not much. I'm a verified seller. I sold a laptop on eBay, and the buyer paid through PayPal with a credit card. The item qualified for their so-called "Seller Protection Policy". The payment cleared, I sent the laptop. About a week later I get a notice from PayPal that I had accepted a fradulent credit card, and that they had deducted it from my account, which I now owed quite a bit of money on. Of course, THEY accepted the fradulent card, I had nothing to do with it. That didn't bother them.

I did end up getting my money back, but not until after I took them to court. Of course, this doesn't apply to buying songs from iTunes because you know Apple is a reliable party... but plenty of people have had similar experiences. There was a huge Class-Action Lawsuit for similar situations to mine a few months back.

I think THAT'S why its getting negative ratings."

_____ MY REPLY BELOW _____

I'm not trying to be a Paypal fanboy. I am trying to clear up a lot of the myths that exist about Paypal. There are ways to safeguard yourself against what happened to you.

You can register without a credit card actually:

Just get a temporary $20 credit Mastercard.

**Exhibit 3, p.10**

Jackwhispers

Link a bank account that is a free account that only holds a $200 balance - when you sell something big, bring that balance down to nothing, and tell the bank why you are doing it so maybe they will not charge you a low balance fee, or just get an account with a no balance requirement.

You realize that both the buyer and the seller are protected by an insured package. If you didn't insure the package - that's just silly.

All you had to do was file a claim that the items were lost or stolen in delivery - the burden to prove that they delivered to a valid address and that it was signed for by the actual person to whom it was delivered falls on them. Many people have a false notion that Fedex/UPS/DHL can just say, "Hey, we just delivered the package" and they can get off with that. There have been many court cases that say they have the burden of delivering to the actual person and an actual valid place of delivery.

Point being; many con artists do not get things delivered to the house they've been in for 5 or more years!

It's pretty common knowledge that Paypal doesn't like chargebacks, but that credit card companies MAKE chargebacks with them all the time! If the charge from Paypal was unauthorized and you can prove that you did NOT tell them to make the charge and you have no asset of the same value in your possession - then you have a 99% chance of getting your money back.

You should verify all buyers and sellers through feedback/through Paypal verification/even escrow.

One thing you can do to look up a buyer or seller is type their name or email address in to google.

Their are list of bad buyers and sellers on several websites - if you google any of those email addresses or eBay IDs those sites come up.

**Exhibit 3, p.11**

Further, you can send a 1 cent payment to the buyer - this will show you if the buyer is verified and how long they have been on Paypal.

Finally, you can use the eBay contact information, with phone number and address. If the buyer has false information here - you as a seller qualify for $1000 in insurance.

It sounds like a lot of work. But once you know the steps to take (and the fact that it just doesn't happen that often) will be well worth it."

_____ ORIGINAL STORY _____

In the time passed since this editorial was posted, there have been a few updates:

• The webmaster at paypalsucks.com has made a rather vocal sustained attack against me on the internet

• Paypal has agreed to settle a class action lawsuit with users who lost money through the service

• Paypal & eBay have completed their merger - Paypal now constitutes 85% of all payments processed on eBay (Before the merger it was 67%)

_____ ------------------ _____

Over the past week, I've been posting on a website called PayPalSucks. com. There's an interesting thread there called; "ex managers/ former employees stories". This thread, as with most threads on the site, has a bevy of fanatical posters claiming Paypal has scammed them. I admit that Paypal policy sucks if you have a problem, but if you are a careful consumer and retailer, you will rarely have a problem.

**Exhibit 3, p.12**

## Member Information

**About ADZOOX:**

To protect your security, PayPal offers information on the status of this member.

| Seller Reputation: | (4683) Verified Buyers |
|---|---|
| Account Status: | Verified |
| Account Type: | U.S. Business |
| Account Creation Date: | Feb. 13, 2000 |
| PayPal Member For: | 3 years 11 mont... |

- Member accepts all payments

**Business URL:**    http://www.adzoox.com

As of February 9, 2004 I had 4683 verified member transactions, over the course of my 4 years of having a Paypal account. I have had close to 6000 total transactions paid by Paypal. I have tried all the other failed services. I'm a member of all the other popular payment sources; Yahoo PayDirect and BidPay. There are others out there that exist:



A couple hundred people have posted to **PayPalSucks.com**. They have about 4500 members and about 16400 posts as of February 9, 2004. There are only a handful of people who post, and most post anonymously (and obsessively) on the site.

One of the things that Jack Campbell got onto his critics about was that the majority of his critics were anonymous. I consistently pointed out in forum after forum that I ALWAYS posted under the name "adzoox" and never anonymously. The only problem with his anonymous posters is, that the majority of them, were pointing to the facts, I had already assembled, or to evidence elsewhere on the internet; whilst making their point of critique. But Jack has a point! Unmoderated forums, especially those containing critique, should be looked at with extreme caution. The bias will often post in an anonymous forum. Often they

**Exhibit 3, p.13**

post without facts, but rather silly behaviour. The criticized; will often try to move the forum off topic. Usually they rely on infinite registration/aliases.

This is what **paypalsucks.com** is all about. It is a site put up by Paypal's competition, and NOT a consumer awareness website; as it pretends to be. This payment service is the main banner ad on the page:



**PayPalsucks.com** gets commisions for every banner ad on the site that is "clicked through".

So, I decided to post on this website after reading what seemed to me fictional and fanatical posts. This is the last post to the site's forums from February 8, 2004:

*"… I would also like to point out that you guys ARE advertising for this site by posting here - IT IS POSTED HERE BY PAYPAL'S competition!! The site makes MONEY from everyone that joins yowcow.com payment services and iKobo payment services. Have you not noticed the banner ads? Websites depend on 1/10 of 1% of website visitors to follow through on banner ads. I would love for the owner of this site to report to us how much he makes in commissions. Advertising for "other companies" is a conflict of interest. It would be like Best Buy doing a review of Circuit City!*

This website also makes a big point out of Paypal not posting a customer service number that is easy to find - so why doesn't [The Paypal Sucks Dot Com] website make it promininent? (It's 1-888-221-1161 by the way) - there is also a direct toll number, where; you won't have to wait at all. Why aren't there any tips on this site to better use Paypal? People … you are being exploited by this site!!!

**Exhibit 3, p.14**

Restated from my previous posts here:

1) You were scammed! Paypal is the mechanism not the activator/ initiator.

2) The Paypal site goes completely down at times on weekends for maintenance. It goes down most nights from 1am-3am PST for maintenance.

3) Why did you pay with a balance or a checking transfer when in EVERY case you get your money back if you use a credit card? Did you send personal information or Paypal account information to "the other party"?

4) Did you research your seller? What was their feedback level? Did you file an affidavit with Paypal for the "other party's" information?

5) Did you buy [the item] on eBay or Yahoo? Did you know you are partially insured by Cyno-sure financial? Up to $200! You only have to prove you were involved in a fraudulent transaction and lost money - not anything about Paypal.

6) Fact: Paypal does almost 1 million + transactions a day

Fact: Larger banks do about the same
Fact: Based on the number of posters here & my OWN transactions ( 3 losses out of 4678) - say Paypal's "perfect transaction rate" 99.99%. Paypal has over 14 million members / **paypalsucks.com** has 4500 members & 9200 individual posts from unique posters.

7) Without IP address registers and too many anonymous posters - it's hard to tell exactly how many people posting here are real or who are employees/friends of paypalsucks.com or employees of yowcow.com or ikobo.com or even other posters that posts 100's of times.

Nothing can justify your loss. But scammers exploited you, by

**Exhibit 3, p.15**

exploiting Paypal. A bottom line of a transaction/purchase site is better than JUST about ANY BUSINESS MODEL THAT EXISTS!

As for merchants - I'm mad at paypal for not assisting you more. Have you filed an affidavit? Losing Paypal would be a huge blow to my bottom line as a website owner/eBay auction seller - as well as my local business and ease of transactions between friends in need of fast funds."

---

PAYPALSUCKS.COM is a scam site; masquerading as a consumer watchdog site. Paypal can do little about it. If they were to sue (which I think they could be), the hounds at PayPalSucks would say they are trying to "hush the truth".

I personally have had 3 losses resulting from Paypal. One I was able to recover $54.50. The other, I applied for a Cyno-sure insurance claim and was just approved two weeks back for reimbursement. It will only be $200 - I paid $303.76, but that's better than nothing. The other transaction I lost on, well, I learned a lesson ... don't accept email offers. I sent $120 to a "Canadian" - no shipment received in 30 days - I filed a Paypal complaint - he typed in a tracking number - that appeased Paypal - I received a brick via FedEx. Yes folks, a brick!



That said, I have saved COUNTLESS amounts of time and money with the conveiniance of Paypal. I can also instantly refund money with little hassle. If you don't use Paypal, you're an idiot in my opinion.

Lastly; scamming sellers on eBay, and even more on Yahoo Auctions, link to the paypalsucks.com site to show why they don't accept Paypal

Exhibit 3, p.16

payments. They use this as some sort of verification that THEY aren't a scammer. By pointing to the paypalsucks site they give the illusion; "see I care for you, I'm not a scammer, I'm telling you Paypal is a scam" If you think Paypal won't give you back your money - try getting your bank or a Money Order creditor to "recall" your check!

Update: Since doing this article in early 2004, many of the payment services mentioned here cease to exist. Citibank's C2it and Yahoo's PayDirect have both been axed.

In an insightful slashdot post, on the topic of Yahoo eliminating PayDirect, a forum reply thought it would take a brand name, not a better service, to compete with Paypal. I agree. In fact, I think this would be a great market for Google. Something like Gpay. A site to send money called Gpay already exists, but the website seems so overnight; there's no way I would trust my money with it. I'm sure Google could pay the right amount for the name and the website.

It should instantly garner a lot of news and a lot of support. A possible incentive could be: Google Gmail users get discounted fees sending money.

eBay, really needs competition concerning online payments. Customers who have had problems with Paypal, now foolishly send cash, checks, or money orders. To some, the stigma of Paypal's past has also made them wary of doing business on eBay. eBay has also tightened a lot of the incentive for sellers, but locked them all into using the service as the ONLY way to accept credit cards without having an expensive merchant account.

posted by JackWhispers @ 10:11 AM   0 comments

## MACSUPPORT.CA : The CA Stands For

Exhibit 3, p.17

## "Can't Do Apple"

### The CA in *macsupport.ca* = CAN'T DO APPLE

*MacBytes*, a popular Apple News aggregator, has been posting news bytes from a new website called **macsupport.ca**

First …They have a website called macsupport that doesn't support the safari browser … ironic?

http://forums.macrumors.com/showthread.php?t=168948

Then they post things as if they were new news, or news they broke:

An almost TOTAL *copy & paste* of an article APPLE POSTED ON APPLE. COM

Why is Bytes posting stories from these guys?

And somehow … in all of this …

They seem to be related to Bill Palmer (which further reduces the site's credibility):

Bill Palmer December 16, 5:07 AM EDT from **iPodGarage**:

Thanks to the following additional sites who have linked to the NANOBOOK: 2 Guys a Mac and a Website, akappleug.org, iPodGarden, MacMiner, Macread, Macsupport.ca, PHParch.com, weinstein.org. Still more surely to come.

**[UPDATE]** Reader emails indicate that I should also note that macsupport.ca uses Apple copyrighted images and designs on their website:

**Exhibit 3, p.18**

I was going to note personally that the name macsupport most likely

violates Apple's naming policy as well.

posted by JackWhispers @ 5:05 AM  0 comments

**Monday, December 26, 2005**

## New Feature: Jack Does Know Jack: Paypal: Is You Is Or Is You Ain't My Buddy?



Many of you may be wondering why I don't have a lot of comments to

the stories on my BLOG …

**My best assumptions are:**

1) I have a rather unpopular opinion here … I'm not afraid to offend …

even if it means someone or something I have believed in.

2) Most all of the posts here are nonrhetorical; meaning most would

agree with what I say here … once they understand the full story as I

have explained it

3) I get **A LOT** of emails … as I think, people are afraid to post here in

some regard. I'm glad this site doesn't have people who regularly hang

out here and make comments that do not further the debate. Like,

*"Stupid article"* or *"Yeah, the people you're talking about are dumbasses"* - these kind of comments are often deleted from this site if they do not further a rational conversation or observation.

In some ways, I'm glad this site is the way it is. It sets it apart from other sites. I feel other sites seem like they have no control over their forums, their members, or their message. My opinion is clear here! And while my opinion can change; it doesn't do so through childish remark; only spirited factual (and linked, backed up) debate.

One of the articles that I get the most comments on and have the most links to is: Paypal Ain't My Buddy. This article has actually made it into Wikipedia! (And was summarily removed by an anonymous editor recently … anyone care to add it back?)

While the topic of Paypal and eBay veers slightly off center from the themes of Jackwhispers normal content of Apple Community Scams and Business Ethics … I realize a lot of Apple Techs and businesses (including Apple Computer) use Paypal. And, of course … if you buy or sell Apple stuff on eBay … Paypal is the fastest and easiest way to pay or to receive money.

The latest comment I received was from a guy who sells high end car engines on eBay. He took offense to my saying, *"You're either weird or stupid if you don't use Paypal"*. In his email, he laid out several instances where he felt he had been cheated by Paypal. You will get the jist of his email by my response:

> *"Paypal has ALWAYS had the ability to be "charged back" from a credit card company. But you are right in the aspect of Buyer Protection changing rules. It's more Paypal succumbing to eBay (it's largest source of revenue) and then in 2005 actually being purchased by eBay.*

**Exhibit 3, p.20**

99% of disputes ... reason being ... they felt a buyer and seller had a true commodity (value) in feedback. They figured neither party would risk much due to the feedback system and eBay Safe Harbor. This worked for the first few years eBay was in existence. But as crime has turned from the streets to the net ... criminals have figured out that BUYING is the the new scam ... not selling or pretending to sell.

At the same time, when Paypal was first starting and purchased X. COM = how it became a checking account and debit card company too ... PayPal ALWAYS sided with the SELLER ... this is why at first Paypal was an eBay seller's dream ... but remember what I said about eBay? People were selling, offering Paypal, and ripping people off ... as eBay changed and as scams turned from selling to buying ... well ... you get the picture!

As it stands now, there is no balance between Paypal and eBay ... they both protect the buyer the majority of the time. There needs to be balance in place again. My thoughts are that it will resort in almost everything over $200 sold on eBay will have to go through escrow. Another thought is that eBay will ask local listing companies to also become drop off stations for both the cash and the products to be shipped and you will have to go pickup the items from these locations rather than having them delivered. A third option is that eBay listing companies may end up being mediators and they paid by eBay (much as Squaretrade is now).

I will say this to you again, the benefits outweigh the problems (for now) to me on Paypal ... I have found enough ways to safegaurd myself. I also almost obsessively pursue ANYONE who tries to cheat me ... I will find you ... I will make your life miserable ... even over $25!"

posted by JackWhispers @ 10:52 PM  0 comments

**Friday, December 23, 2005**

## 📰 More Garbage From The Garage



voice of Bill Palmer

From an anonymous email sent to me today …

Hi [Jackwhispers],

Wow, this Palmer guy is outrageous. Now he's claiming that his iPod

nano PDF was downloaded over 100,000 times in 1 week. That is a

total lie… it's not possible. His site doesn't even get the traffic to

warrant it.

Someone needs to stop this guy with the lies and deceptions.

Here is the press release being referred to:

| **Headquarters** | **NANOBOOK sees 100,000 downloads in first week** |
|---|---|
| By Bill Palmer | The iPod Garage **NANOBOOK 2005 Holiday Edition** has seen more than 100,000 downloads in its first week of availability. The NANOBOOK is a free downloadable 159 page book which covers every aspect of the iPod nano, ranging from tutorials to reviews of more than one hundred nano-compatible accessories, and is the perfect companion gift for anyone receiving a nano as a holiday gift. |
|  | [Full Story]                                    [1 Comment] |

If my figures are right:

It takes roughly a month to see that 100,000 people have downloaded

ANYTHING from versiontracker (one of the most hit download sites on

the mac web)… Bill Palmer is relating his downloads to the levels of

Stuffit Expander!

iPodLounge (now iLounge) has been offering their iPod guides for over a

**Exhibit 3, p.22**

year now... and their traffic is somewhere between 15 to 19 million

page views a month. iPod Garage barely pushes more than 600,000

unique page viewers a month.

Just remember ... this is the guy who claimed he pioneered transferring

songs from your computer to your iPod!

posted by JackWhispers @ 3:55 PM  0 comments

**Thursday, December 22, 2005**

### Merry Christmas! From Jackwhispers!



# Merry
# Christmas

Jackwhispers wishes all readers a Merry Christmas and a Happy New

Year ... thank you for taking this BLOG from the barely noticed to an

award winning publication. Together, we have truly made a difference

in the Mac Community over the last two years.

Normal publication returns December 26th with regular updates and a

very special 4 part report on the problems and pitfalls of eBay listing

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers122805-1521.htm (23 of 30)2/10/2006 2:31:59 PM

**Exhibit 3, p.23**

companies. I'll be telling my detailed story of using such a company and relate how my selling Apple Parts on eBay for 9 years has given me unique insight into the matter.

At the end of this report, I will be providing a unique guide (via a downloadable PDF file) that you can use to select a listing company … if you *MUST USE* one.

Also, in Mid January … I hope to have a great new design to this BLOG, new sponsors, and finally … this BLOG will resolve as **jackwhispers. com!**

posted by JackWhispers @ 7:58 AM  0 comments

**Wednesday, December 21, 2005**

## Jackwhispers Helps Stuff Your Stocking!

Looking for great items for stocking stuffers or last minute gifts for the Apple Guy (or Gal) in your life?

Look no further than the sidebar affiliates and links:

I'm going to run through these like *The Price Is Right* …

One of my favorite products ever produced is Oral B Brushups … these are little toothbrushes that you can slide over your finger … and have in case a bathroom or toothbrush isn't nearby. They also are completely flat with a thickness less than that of a credit card … so you can keep some spares in your wallet!

Another product that I use religiously is Philiosphy's Apple Shampoo … want an ice breaker, a great gift story, want to tell your Apple Tech in your life; you care? This stuff smells great … it is also thick and doesn't oversaturate or overdry your hair.

**Exhibit 3, p.24**

Every time I go to Panera Bread, Maggie Moo's, Target or World Market ... I pick up a Green Apple Soda from Jones Soda Company. Green Apple Soda has a very unique taste ... and it goes with a meal ... almost better than wine, in my opinion.

One of my favorite all time stories is *The Giving Tree* by Shel Silverstein ... this is a story about an apple tree that sacrifices everything and a little boy that is never satisfied ... comes complete with very cute illustrations and makes a great bed time story.

Everyone who owns an Apple computer needs to see the movie, *Pirates Of Silicon Valley* ... Steve Jobs liked the self portrayal by **ER's**, Noah Wylie, so much ... that he had Noah come out on stage at a MacWorld Expo pretending to be Steve Jobs. You'll also love the framing of the first scene ... the making of the "Best Commercial Of All Time" - The intro of the Macintosh Commercial in 1984 to a scene reminiscent of the book *1984* by George Orwell.

All of the items I advertise on this site are products I use regularly. I have researched each advertiser for integrity and ethical business practices. In the case of movies and books that I recommend here ... they are truly my favorites and I think you will enjoy them too!

Hope this helps ... if even a little with your Holiday Shopping ... if you use the links found to the right ... you help support this site.

posted by JackWhispers @ 8:15 AM  0 comments

**Tuesday, December 20, 2005**

## MP3 Shuffle: 99.7% Pure Copycat

**Exhibit 3, p.25**



While on the topic of eBay listings ...

Readers might be interested in <u>this listing</u>that is offering the MP3

Shuffle:



* Photo courtesy of ENGadget

When a company that knows they won't be prosecuted (due to being

Exhibit 3, p.26

outside of US jurisdiction) releases a product like this; well ... it's pure evil. Seriously!

I emailed the seller a question: *who makes this product?*

The response: *I cannot give out that information*

posted by JackWhispers @ 2:58 PM  0 comments

## Stupidity Is Not Invisible ...



I am embarassed by this auction that surfaced today on eBay ...

(It may be cancelled by the time you read this)

Embarrassed ... because the listing's seller is located in my home state's capital.

It isn't funny and it's a listing policy violation ...

Exhibit 3, p.27



CLICK FOR LARGER IMAGE

It seems to be more of a puiblicity stunt to promote **iPodInvisa.com** …

This was a reasonably funny Saturday Night Live Skit … but I am surprised no one reported this to eBay sooner.

From the auction:

UPDATE: There will soon be an iPod Invisa website at www.ipodinvisa.com. Until the DNS servers propagate to that address you can see the site by going to www.ajcannon.com/invisa.htm.

Remember that if bidding goes above $50 then you will receive a FREE pair of Invisa headphones with your purchase.

http://www.ajcannon.com/invisa.htm

**[UPDATE]** I reported this auction to eBay for a listing policy violation and I'm also sending a note to Apple legal about a naming policy violation for ipodinvisa.com.

**[UPDATE]** Here's a note from Andrew Cannon concerning this article:

Howdy,

**Exhibit 3, p.28**

Nice to hear from a fellow South Carolinian. What part of SC are you from? Thanks for your concern over this auction, but you must not have read it very carefully. This auction is for an envelope. Included with the envelope for free is the iPod Invisa. The ipodinvisa.com website was not even made until after this auction, so there is no way that you can claim that I was trying to drive traffic to the site… go ahead and try to go to ipodinvisa.com and see what shows up. If eBay decides to cancel this auction, so be it. But there are a lot of people who are enjoying this auction. You might not be one of them and that is fine with me. I'll just re-list it and take away any of the violations. Have a great day and a Merry Christmas!

-Andrew

I'll pass that information along to eBay Safe Harbor ….

posted by JackWhispers @ 1:54 PM  0 comments

## New Feature Story Coming Soon ...

I'll be posting a new feature story soon titled:

You Gotta Be Berserk To Use An eBay Listing Company!

I have decided to make this a four part special due to the length and overall value of the story.

This may be one of the best articles I have written to date … I also want to promote it to different sets of news aggregators rather than the standard ones I use like MacSurfer.

posted by JackWhispers @ 12:26 AM  0 comments

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers122805-1521.htm (29 of 30)2/10/2006 2:31:59 PM

Exhibit 3, p.29

All Jackwhispers content is editorial & educational. © CopyLeft Jackwhispers 2005

Free 2 quote & free 2 use - just mention jackwhispers.com if you use the news

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers122805-1521.htm (30 of 30)2/10/2006 2:31:59 PM

Exhibit 3, p.30