

GET YOUR OWN BLOG | ¶ FLAG? | NEXT BLOG»

BlogThis!

# Jackwhispers

"Injustice Anywhere Is A Threat To Justice Everywhere" ~ Dr. Martin Luther King

**Friday, December 30, 2005**

## ➲ Special Report: You Gotta Be Berserk To Use An eBay Listing Company! Pt III

### PART THREE: Unfast & Unfun

eBay ~ Weird Al Yankovic

Download now from

iTunes

I hope that yesterday's installment gave you insight into many issues … not just about eBay listing companies. It's time now to back up a bit and finish the factual, detailed (and journaled) account of the rest of my experience. In this segment, I will lay the story part to rest. The final segment, tomorrow, will provide you a checklist for using a listing company and negotiation tips for large contracts with such companies.

**Bidzirk's** logo looks like this, advertising that their service is *Fast & Fun*:



This logo exudes fun and pop culture!

**About Jackwhispers:**

Welcome/Forum Rules

http://jackwhispers.blogspot.com/2004/09/common-theme-at-jackwhispers.html

Reader Reminder

RSS Newsfeed, Contact, Story Suggestions

Privacy Policy/About



-------------------------------------

See a unique point of view here? Want

Exhibit 5, p.1

My partner in this plan to use Bidzirk has maintained from the time of our first problems with Bidzirk that I was uncharacteristically enthusiastic and leaniant considering all the problems we were having.

I'm going to repost the last segment of the story where I left off ... it is critical to understand.

At this initial meeting, we discussed an inventory survey and pickup of some large items to help us get started. I made it clear to the owner of Bidzirk that I had momentarily throttled my own Apple Tech business and that my partner was depending on the income that we saw from Bidzirk. I also made it clear that this income would be split 25/25/50. So, the owner signed off on a contract that was to my understanding 25% cut for Bidzirk 75% for me and my partner which would in turn be divided up 25/25/50.

EXAMPLE: A $100 item would yield us $75 / That $75 then is divided into $37.50 Friend (owner of inventory) / $18.75 for me / $18.75 for my partner

I was honestly expecting for my friend and I to average about $9 an hour for our work. 2 hours work would equal $18.75.

Even though this is simple math ... it's easy to see how this might get complicated as to the way things would be divied up.

I was under the impression (and contractual understanding) that Bidzirk charged 35% flat, once you had reached $500 in sales, your rate went down to 25% flat.

Having sold 1000's of items on eBay myself, I could see how, after eBay and Paypal fees (which average 8.5% of the final winning bid), a business such as this could make a reasonable profit.

to help spread the word? Consider submitting a headline you see to MACSURFER, to MACBYTES, or to SLASHDOT

-----------------------------------------

Jackwhispers Recommends:

No sponsorship or affiliation should be implied





**Exhibit 5, p.2**

_____

At the first pickup of inventory, the owner very kindly offered to bring a couple of SUVs, a trailer, and some manpower.

We opened up **ONE** of the two warehouses we had at the storage facility that we had the owner and his posse come to.

The owner introduced us to two of his employees … young, hardworking, and intelligent men (around high school age).

The owner then introduced us to his wife and informed us that she would be writing down the inventory with two values:

  **What I expect to get from each item & estimated original value**

I informed her that my colleague was also writing down the inventory on his PDA.

As these items were being loaded onto the trucks, I pointed out that some components should be removed and sold separately. In particular, I pointed out that server cabinets had 20 outlet surge protection strips bolted to the insid;, that fetch up to $70 seperately on eBay. I also informed the owner that I had recently gotten around $150 for server cabinets similar to the ones they were taking on this trip.





**Exhibit 5, p.3**



\* these particular cabinets are like the premium cabinets we gave them. I had recently sold a set similar for $600. Bidzirk donated these (no sale) with the surge strips intact!

Further, for our consignment, they loaded IBM Netfinity Servers. I informed the owner that these fetched between $350 and $500 whole, but that they may want to test some of the auctions with parts … these; being servers have easy to access and easy to remove parts.



The owner asked several times if we were writing everything down as it was placed on the trailer and the trucks.

In the course of about an hour we filled up three SUVs, a truck, and a trailer.

Estimated eBay value of this first trip: about $3000 - $4000.

This trip made a dent … my colleague and I sighed with relief.

Don't have time or don't know how to load your iPod with your music collection? Don't want some stranger in your house who isn't certified, bonded, or licensed? Don't appreciate the brain numbing hype of the "other services". **Try RipDigital** - because everyone else are just Rip Offs!

 iPod + RipDigital



Buy iPods preloaded with your CD collection.

20 GB iPod + 100 CDs preloaded: **$399**
20 GB iPod + 200 CDs preloaded: **$499**
20 GB iPod + 300 CDs preloaded: **$599**

**RipDigital** can load your iPod for you for just **$129** for 100 CDs **& $199 for 200 CDs**

TO

\* RATED BEST iPOD LOADING SERVICE JUNE 2005 POPULAR MECHANICS



Why pay $499 for Microsoft Office when you can do everything Office can do for just 10% of the cost? Create Office compatible files for Word, PowerPoint, & Excel with ThinkFree Office. Try it online for **free** or buy the Mac, Linux, & PC compatible version for just **$49.99!**

Amazon Honor System

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers123005-1322.htm (4 of 44)2/10/2006 2:37:20 PM

**Exhibit 5, p.4**

We set up a second trip.

On the second visit, graciously again, the owner obtained a moving truck with a large hauling area.

Things went pretty much the same. However, this time … one of his employees was writing down the inventory.

One of them piped up and said, *"Do these things actually sell? These have like Pentium II Processors in them"* (referring to the IBM Netfinity Servers)

I said, *"They go for around $400 each on eBay … they originally sold for upwards of $15,000 and as high as $25,000 as configured."*

I told him these were in use just months ago and were released in 1999, 2000, and 2001. I also told him most of them were maxxed out as far as hard drives and memory.

The owner made a quick quip that they would be constrained for space between the two stores that they were operating, but assured us … it **could be done!**

This second trip had an estimated eBay value (by me; a 9 year eBay veteran who had actually recently sold some of these items) of $4000 - $6,000

A third pickup was scheduled soon after as we informed the owner we had a timeframe of a complete empty of THIS particular storage facility by the end of June (2005) … which was only a few days away.

At the previous meeting, I had suggested Bidzirk buy a long cab van and have it wrapped with their awesome logo.

At the third meeting, the owner wheels up in shiny new long cab van … speaking of how good an idea it was and how it would really help him serve big customers such as ourselves.



DOWNLOAD
The Constitution & Bill Of Rights To Your iPod for FREE from the :

AMERICAN CONSTITUTION SOCIETY FOR LAW AND POLICY



Philosophy

Apple Shampoo

CLICK TO BUY

FROM AMAZON



file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers123005-1322.htm (5 of 44)2/10/2006 2:37:20 PM

**Exhibit 5, p.5**

This meeting pretty much emptied this warehouse as much as possible. Estimated value of this trip/consignment: $1500 - $2500.

Due to some conflicts of my own, we were in the warehouse a few extra days … but since I knew the manager really well, he let us have the extra days free.

All of this was the fast and fun part … it happened according to my plan and to my colleague's disbelief. He thought my goal was unattainable … but since he believed in me so much … he was willing to give it a try.

A number of weeks passed … a few small mediocre $$ amount checks had trickled in, most for items that were sold 4, 5, and 6 weeks prior.

We had told Bidzirk a rule on eBay they were unaware of: *The compete against yourself rule* … if you list too many of the same item at the same time, your average ending bid will be lower, because people will just bid in your other auctions rather than bidding up other auctions.

I monitored the auctions closely. Things were being listed slowly, not at all, or with really overdone descriptions that focused too much on technical detail and pictoral content and not enough value to the buyer and what the bidder could actually do with the items.

Whole Netfinity servers were going for $150 or less (or not at all)

We set up a meeting … My colleague let me do most of the talking … I am the eBay guru. However, he and I have a synergy to be able to convey any point, come up with amazing ideas, consult about anything, and solve any problem that exists … we are working on the meaning of life right now. (laugh … that was a joke!)

I am the technical and critical, he is the kind hearted seasoned professional who you just … well … like.

Not overstepping our boundaries we made suggestions (almost like a





Reference:

Your Rights, The Law, & Litigation

Apple/Apple Related Recalls & Safety Warnings

Patents, Copyrights, Trademarks, Service Marks

Attorney General Phone #'s By State

The Top 100 Movies Of All Time

Recording Phone Calls Laws State By State

Apple Model History

JackLooks Archive

Jack Classics Archive

JackWords Archive

**Exhibit 5, p.6**

thinktank) for the owner to implement into his stores and the listings … hopefully to boost sales.

First and foremost … we suggested using us to come in and consult (for free) on how to make the descriptions better to achieve not only higher winning bids … but to intice bidder wars. We mentioned that if this consulting worked out … maybe future locations we could partner and have a quarterly seminar on the tactics for eBay listing. After all, my cohort was excellent salesman who had worked with HP for several years. And … I had actaully taught eBay at the local technical college as a continuing education / adult education class.

One suggestion my colleague had was to produce T-Shirts with the cool Bidzirk logo on them and give them to high volume customers (wink wink) as incentives. Possibly even to sell these items up front in the store to customers that walked in.

Another suggestion we made was … make eBay more local. Have a window display with a rotating base … like a Macy's New York streetside display. At the bottom of the rotating base … have a monitor that showed the real time bidding and what the item was at or what it ended for … it would sit there until payment was received and the item was shipped.

Part of the press release for Bidzirk to my community was:

## "Shopping locally strengthens our community"

Not only would this idea bring in potential bidders who could could pick the item up rather than risk shipping, but it would bring potential sellers into Bidzirk … because they could say … *I have something like that I could sell*

The owner thanked us for making the suggestions and said he would implement what he thought best.

## Previous Posts

- Special Report: You Gotta Be Berserk To Use An eBay Listing Company! Pt III
- Low Blow From The Mo
- You Gotta Be Berserk To Use An eBay Listing Company! Pt II
- Special Report: You Gotta Be Berserk To Use An eBay Listing Company!
- Jack Classic: Paypal Ain't My Buddy
- MACSUPPORT.CA : The CA Stands For "Can't Do Apple"
- New Feature: Jack Does Know Jack: Paypal: Is You Is Or Is You Ain't My Buddy?
- More Garbage From The Garage
- Merry Christmas! From Jackwhispers!
- Jackwhispers Helps Stuff Your Stocking!

## Archives

- January 2004
- July 2004
- August 2004
- September 2004
- October 2004

**Exhibit 5, p.7**

More time passed … fewer checks came in … but this time, I had a payment issue, the auctionwagon sytem that I had access to was indicating we had been paid almost double than we actually had … another meeting was scheduled.

This meeting was essentially a rehash of the last …

The owner met us at one of his dropoff stores and presented us each with T-Shirts, golf shirts, and hats. They were very high quality and eventhough nothing special, it gave me warm fuzzies.

At this meeting … we brought up the importance of pictures … one was watermarking pictures that were posted … I had noticed that some people were selling identical laptop bags with the pictures Bidzirk was taking. I also stressed that too many sterile pictures only serves to overdue and undersell … not to mention take extra time.

We suggested that Bidzirk try FreeCycle for items that did not sell and the seller did not want. Freecycle is a newsgroup where people can post items they do not want and people will come pick them up … free. We thought this was an excellent suggestion … freecyclers are almost always bargain hunters and resellers themselves. Most freecyclers, get items for the sole purpose of lising on eBay. What if Freecyclers came in for a pick up and thought, "Wow, instead of giving my stuff away, I might could make a little money from it" ?

We also discovered that a glitch in the accounting system prevented payment if the item had not shipped … even if it had been paid for. ( For instances of local pickup )

We were made aware that someone had paid almost 40 days prior for a large portion of inventory, but had been slack about picking the items up. We pleaded with Bidzirk to take action and tell the buyer the items would be resold in 15 days if no pick up was made. The owner agreed.

- November 2004
- December 2004
- January 2005
- February 2005
- March 2005
- April 2005
- May 2005
- June 2005
- July 2005
- August 2005
- September 2005
- October 2005
- November 2005
- December 2005

**Exhibit 5, p.8**

Another couple of weeks went by ... same frustrations.

My cohort and I started to list duplicate items we had given to Bidzirk ourselves. ( He and I were both active on eBay already)

One day in August of 2005, I was at my cohort's office when I get a phone call from the owner of Bidzirk (recorded):

> " ... I have to be honest, my temper has the best of me right now. I'm quite furious. You're selling laptop bags, using our picture and a slightly modified description. I thought we had an agreement to sell these bags for you. These were ours to sell. You had an agreement."

Remember how I described to the owner that people compete against you with your own pictures and descriptions?

We _**had an agreement**_ ... the bags Bidzirk was selling were selling slow, we were getting 70/30 splits (Bidzirk's favor) and we had a mass inventory of these bags.

After talking through it ... we came to a resolution.

I felt (or in actuality was made to feel) I had done something wrong. My colleague had been upset for some time before this because we were not getting our fair share of funds from this arrangement. The owner of the inventory was starting to wonder if I had just taken some of the money. Now, the owner of Bidzirk was accusing me of intellectual property theft.

Without my partner knowing and against my own best judgement ... I asked the owner to come to another warehouse ... get more bags and more Netfinity Servers. At this time he also took several hundred video adapters and a few HP Netsevers. (Estimated value $1200 - $1500)

In late August, we met with the owner again ... this time to finally

resolve our payment discrepancy … at this meeting we discovered for the first time that we were actually being charged 35% + an average of 12% for fees (eBay listing fees and Paypal fees)

We addressed this with the owner and he apologized for the miscommunication … as a concession (which I wasn't too pleased about) … he lowered our percent o 30% + eBay and Paypal fees.

We accepted (my partner unwillingly, but continuing to trust my judgement)

In early September, I carried a few boxes of high end digital video and image editting software in a personal lot to Bidzirk. Estimated value (as I had already sold one of most every item I took to them) $5000 - $7500.

To the other Bidzirk location I also took some personal affects:

An SUV tiremount bike rack, an on the card Star Wars figure, and a boxed lot of Vintage Apple Computer Manuals, software, and a disk drive, and PowerBook RAM.

These items I was going to use as an experiment. With the exception of the bike rack, I had just sold these items in exact same condition on eBay myself.

The bike rack and PowerBook RAM actually got what I expected. In fact, the PowerBook 1400 RAM got a slight premium by about $5 above the average auction … but admittedly this was new, sealed in an Apple Service part box. Also, memory sells itself. No credit to Bidzirk on that one … just an accurate title would have sold the auction at a premium.

This is the kicker … my share was $21.12! (From $38.32)

As for the Star Wars figure which was still sealed in it's original package …

Out of the package (and complete with accessories) it was averaging $25

**Exhibit 5, p.10**

- $35. On the card, the auctions ranged from $60 - $73. Bidzirk got $33.50 ... my cut was $18.01

Take into account that I was now at a 30% rate + 9% eBay and Paypal fees. The RAM was a 45% cut for Bidzirk. The Star Wars figure was a 47% cut for Bidzirk.

As for the Vintage Apple Computer manual lot - no winning bidder. This exact duplicate auction had gotten me $60 just two weeks prior. This auction was in fact; donated. Suspiciously, I might add. As Bidzirk does business with another person locally that sells Apple Computer items through them. This is the only item on our invoice spreadsheet that says DONATED ... all other non selling items say FREECYCLED or RETURNED.

Several phone conversations and personal meetings with the two of us and eventually just me alone continued throughout September, and October.

Slow checks ... low amounts and no checks at all; continued.

In early November of 2005 I had scheduled a meeting in a brief face to face with the owner. The day **before** the meeting ... I get a phone call.

Paraphrased ... *"Rus, we're waiting on ya, did you forget."*

No, I had specifically typed it in my phone for the following day and knew I would be at a client.

Maybe, I'm just being picky about this point and about our first meeting where he was late ... but these two instances just illustrate my points about involvement and dedication to our level of customer.

In this meeting we went over a mountain of paperwork ... I was introduced to two new hires ... and I was told I would have a check for the discrepancies (they had found) in 10 days. One of the new hires gave me his personal number. 10 days passed. I emailed. Reply came the next

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers123005-1322.htm (11 of 44)2/10/2006 2:37:21 PM

**Exhibit 5, p.11**

day saying accounting was still working on it, but that nothing would done until after Thanksgiving.

In the meantime, my colleague and I had drawn up a new contract. I wanted to present this to the owner and have him sign it. I had called him in early November … to remind him of a meeting we needed to schedule. He called me in Late November, apologizing for being late about being late to call me back! (Did you get that?)

My colleague and I scheduled a final meeting.

I spoke with the owner twice on the phone before this meeting saying I wanted this to be a quick 5 minute meeting and that I was not willing to go over any other figures.

(At this point we had completely thrown out the deal of a new contract)

At this meeting, the owner brought in an accountant that was a recent hire (mentioned before) and they proceeded to lay out paper after paper after paper. (Appearing to be laying out ways they were NOT going to compensate us fairly) I took exception to this … reminded the owner of the 5 minute meeting request … he became angered … I got upset (not to mention embarassed) and he handed over a check after I used the term "robbery" and conveying that we felt robbed after receiving in some instances $2-$3 for laptop cases that sold for $17-$25 … and that we regularly sold these in our store for $16.00 each and regularly sold damaged cases at the local flea market for $5, $7, and $10.

I won't even go into the issue of other items that I have since found out were FREECYCLED, unsold, or sold for far lower than average eBay auctions … I feel embarassed that this has happened to me and my business partners.

Come back for tomorrow's final installment:

**Exhibit 5, p.12**

**Part IV: Let's Get Out This Fast & This Was No Fun**

Don't forget, at the end ... I plan to post a checklist and guide (via PDF)
for using listing companies that could save you literally thousands of
dollars! (Not to mention hours of headaches and frustration.)

posted by JackWhispers @ 7:50 AM  0 comments  _

## ➡ Low Blow From The Mo



**Quoted by a Motorola Executive:**

*"What's the point of fighting a battle with 5 percent market share?",*
referring to Apple's portion of the personal computer market."

**Quoted by the Jackwhispers editor:**

*What's the point of using a supplier that has gone from 500Mhz to
1.67Ghz in 6 YEARS!,* referring to the fact that even gaming
consoles ... such as the Xbox and Playstation 3 are more powerful
than Macs now.

In the same time frame PCs have gone from 500Mhz (we Mac Users used
to be even steven) to 3.8Ghz as of a few weeks ago.

Also in this same timeframe Apple has gone from barely profittable to
immensely profittable and Motorola has seen 7 losing quarters and
released embarassing products such as the ROKR phone.

**Exhibit 5, p.13**



posted by JackWhispers @ 7:05 AM   0 comments  _

**Wednesday, December 28, 2005**

## You Gotta Be Berserk To Use An eBay Listing Company! Pt II

A couple of notes before I begin Part II:

I was served a letter from an attorney representing Bidzirk.

In this letter, the following was *alleged*:

1. *That I posted Bidzirk's logo without permission and that it is covered under trademark and service mark law.* I did post it , but as a reporter I have the right to publish it without permission. I am not profiting from this image, nor am I portraying that I sell items from Bidzirk. I am also not using the Bidzirk logo as my own. The attorney made mention of the Lanham Act but did not cite the specific reason for quoting this law. The Lanham Act *specifically* excludes my reporting.

Here's the 1st amendment & Lanham Act for the attorney and anyone else who wants to challenge my right to publish:

### Article I

**C**ongress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Directly as stated on The Cornell Law Website:

Exhibit 5, p.14

The Lanham Act defines the statutory and common law boundaries to trademarks and service marks. Trademarks (and service marks) are words or designs used in the advertising of goods and services. Rights to use a trademark are defined by the class(es) for which the trademark is used. Therefore, it is possible for different parties to use the same trademark in different classes. The Lanham Act defines the scope of a trademark, the process by which a federal registration can be obtained from the Patent and Trademark Office for a trademark, and penalties for trademark infringement.

The following shall not be actionable under this section:

(A) Fair use of a famous mark by another person in comparative commercial advertising or promotion to identify the competing goods or services of the owner of the famous mark.

(B) Noncommercial use of a mark.

(C) **All forms** of news reporting and news commentary.

So to exercise my rights according to the 1st amendment and the Lanham Act:



2. *Their attorney says I am lumping all listing companies into one category and associating all of the problems faced with these companies to Bidzirk. According to this attorney this amounts to libel.* I have experienced all of the problems with Bidzirk as I have reported … how does this attorney think I came up with the list of

**Exhibit 5, p.15**

Libel as defined by Nisus Thesaurus:

*… consisting of false and malicious publication printed for the purpose of defaming a living person*

**3. *Objection was taken to my mention of the owner personally***; concerning his honeymoon and his difficulty with traffic … that made him late to our first meeting. The claim is that these remarks are damaging to the owner's business reputation, the remarks were unprofessional, and mention of his previous business ventures were immaterial and slanted for sensationalism.

I have since updated the 1st installment to include a Greenville Journal link that shows how the owner promoted his business hand in hand (pun intended) with the start up of Bidzirk and his new marriage. It is also pertinent to my situation to convey involvement and how the owner (and other dropoff companies) might be overwhelmed … and not able to handle business such as we brought to their company. I was promised and reassured several times that this was being handled as fast and as profittable as possible. It is worthy to note that a new marriage deserves dedication … but that it may have taken away from time to dedicate to our level of customer.

_____

# PART TWO: Fast Talking & Funny Business

eBay ~ Weird Al Yankovic

Download now from

iTunes

I am reporting accurately on what happened to convey what COULD happen to others. My intent in reporting on this is to prevent recurrence

**Exhibit 5, p.16**

of the same, not to destroy or damage Bidzirk, and certainly not in revenge. I am merely continuing to report as this site has for 2 years on issues that merit attention. This **is** a consumer advocacy site.

While listing companies may initially view the article as a deterrent to consumers using them, if they will conform to the practices suggested by this report, they will likely increase the amount of business that they do.

Two good analogies apply in this case.

The first is the consumer group such as Consumers Union (publisher of Consumer Reports) that has long reported on car companies and dealers and their various consumer-harming and consumer beneficial practices. One such case was that of the Suzuki Samurai and its rollover problems. That reporting resulted in the Consumers Union getting involved in a very long and expensive lawsuit, but you know what? Suzuki's newest cars don''t have this problem anymore and people are purchasing their products as a result. Had they continued the Samura line as is, they might be out of business by now. Had they responded to the Consumers Union by saying that they would do anything and everything to remedy the problem, they would probably be in even better shape as a company. They only did half of that and are probably only reaping half of the benefit. The Consumer's Union has continued to report as they always have and have made note when Suzuki produced cars that did not demonstrate these same problems. I think it is more than fair to say that the entire automotive industry took note of this and that consumers have become very well protected against what could have been a rollover epidemic. SUVs have certainly soared in popularity despite this reporting, so I think everyone benefited from the CU report. THAT is exactly what I am trying to do here. I'm reporting for the benefit of both the listing companies and the consumers involved.

**Exhibit 5, p.17**

long made use of to sell things that they own: Real Estate. Think of

what would happen if realtors started incorporating various fees into

their billing aside from the 6% flat fee that represented their

commission and that the total cost of selling a home started to approach

20%. People would be in an uproar, not because of the principle, but

because of the outrageous amount of money that they would be losing.

Most people are willing to shrug off a $25 loss on a $75 piece of

collectible something or other and simply not ever use the service

again. People will not shrug off a loss of $10,000, however. In both

cases, you feel you were misled. One is actionable, the other not.

One other legal issue, concerning this situation, that will be expanded

on in Part III, concerns our final meeting with Bidzirk (to collect monies

that were 4 months overdue). No longer wishing to negotiate with

Bidzirk, and exhausted by delay after delay, I informed the owner I

wanted a quick 5 minute meeting … complaint/check/shake hands. I

informed him of this several times. I also informed him that we were

ready to throw in the towel with them and just wanted to part ways,

but felt like we had enough grounds for breach of contract lawsuit on

grounds of contract to sell, delayed payments without interest,

underperformance from advertised "top dollar auctions", and for

nondisclosure of full fee structure.

At this meeting, the owner brought in an accountant that was a recent

hire and they proceeded to lay out paper after paper after paper.

(Appearing to be laying out ways they were NOT going to compensate us

fairly) I took exception to this … reminded the owner of the *5 minute*

*meeting request* … he became angered … I got upset (not to mention

embarassed) and he handed over a check after I used the term *"robbery"*

and conveying that we felt robbed after receiving in some instances $2-

$3 for laptop cases that sold for $17-$25 … and that we regularly sold

these in our store for $16.00 each and regularly sold damaged cases at

**Exhibit 5, p.18**

the local flea market for $5, $7, and $10.

So … the owner hands me a check and tells me to read the back of it … (Handwritten) *"Cashing or Deposit of this check constitutes settlement between both parties"*

So, Bidzirk came into this meeting already on the defensive.

My attorney states the following:

> *"Presenting a check with a handwritten notice (on the check)* **can not** *in any way make the check less liquid than immediate cash … said check; given to anyone without an attorney present, or without previous typewritten notarized notice from an attorney is not binding. Further, it could be prosecuted as a post dated check. Checks are meant to be as liquid as cash and under banking law to have no restrictions unless monies provided are a loan, or the other party states agreement BY WRITTEN NOTICE and signature on a separate notarized agreement"*

I am using this article and heavily promoting it for listing companies to take notice. Hopefully, Bidzirk will change it's policies and learn from this experience as well.

I am not discouraging anyone from using listing companies … I am encouraging them with my story to understand expectations … but more importantly know what to expect… and to get a fair and unilaterally agreeable contract.

I want to put all subjects of my editorials on notice (in this case Bidzirk) … threatening legal action over my right to publish truthful information is the wrong choice … it exposes you to even more critique (elsewhere) and only serves to strengthen my point of view. My attorney is my most avid reader … he warns me if anything I say crosses the

**Exhibit 5, p.19**

line … but in reality … he has yet to warn me … because I always tell the truth and have facts, letters, links, witnesses, and recorded phone calls to back everything up.

Before any business threatens an individual over exposure of their business or their name; they should be aware of The 1st Ammendment, The Lanham Act, and Electronic Communications Privacy Act.

Tomorrow: **Part III: UnFast & UnFun**

Don't forget! At the end I plan to provide a checklist that you can use to take to a listing company to assist you in getting a fair and profittable agreement to sell your items.

posted by JackWhispers @ 11:50 PM 0 comments

## Special Report: You Gotta Be Berserk To Use An eBay Listing Company!

Today, Jackwhispers presents the first part of a **FOUR PART SERIES** about eBay listing companies . . . ( also known as *online auction consignment shops or eBay Dropoffs* )

I'll be telling my detailed story of using such a company and relate how my selling Apple Parts on eBay for 9 years has given me unique insight into the matter.



This will be a four part series on the problems with eBay listing companies as experienced by me personally. Starting today and ending Saturday, I will present my full story, as I have dealt with a company called BIDZIRK, in my home town. I have also visited several competitors. In doing extensive Google research, I have found that my

**Exhibit 5, p.20**

problems are almost universal … but that only larger clients really complain. At the end, I will offer a downloadable PDF checklist for you to use when choosing a listing company that includes questions you may not have thought of before. Please feel free to share your thoughts about these services and what you think about the article!

# PART ONE: Fast & Fun?

eBay ~ Weird Al Yankovic

Download now from

iTunes

In May of 2005, I decided to obtain the assistance of an eBay listing company to help move a friend's IT inventory consisting of computers, servers, laptop power supplies, laptop docks, mice, etc etc. Since a graphic design firm that I and a colleague serviced for Mac Tech Support over the years helped design the identity of a new listing company called BIDZIRK, we chose them to help us with listing this massive inventory on eBay … so that we could start anew by January '06.

First, I'll give you a few bullet points about eBay listing companies in general and then tell my specific problems with BIDZIRK:

* These listing companies (where you take items to them, they list them, and send you a check) are not upfront about their fees. (This seems to be a common problem if you do a google search on problems with eBay listing companies)

* It seems reasonably fair to take out 25% to 35%, but by the time you get your check … you are often splitting your auction 50 / 50. For most items, this is unfair and often less than you would receive from having a yard sale or having a day at the flea market, listing it in the local paper, or taking it to a *specialized curious goods dealer* (ie, pawn shop,

**Exhibit 5, p.21**

collectibles shop, comics shop, etc)

* These companies often have generic, mediocre listings that do not get top dollar.

* Sometimes, these companies charge outrageous shipping and handling charges for your item, therefore lowering the final bid.

* Listing companies do **not** pass savings along to the customer - ie ... if they use free picture listing services or list in their store, they charge YOU the same rate as if these pictures were hosted by eBay or listed as a regular listing which saves THEM tons of money! They also do not pass along promotionals at eBay. A few days each month, eBay will have discounted listing days. For example, on December 27th 2005, eBay offered 10¢ listing fees (regular charge 25¢ per item) ... if you are listing hundreds of items ... this quickly adds up. Some days, eBay offers 1¢ listings. On rare occasion they offer flat or no final value listings. Listing companies do not pass these savings along to their customers.

* Listing companies **do everything** to protect themselves from **not** making any money. If they're going to make money no matter what, why should they put any special effort into creatively or effectively listing your product? Talk about customer expectations of *how its going to work vs. how its REALLY going to work*. Specifically, how customers perceive that because they do this for a living, their auctions should be BETTER than what the average eBay hack puts up.

* They also tend to protect their feedback to your detriment ... meaning they will refund, accept returns without any hassle, and allow eBayers to abuse time schedules for payment for any reason ... without protest or investigation ... just to save their feedback rating ... therefore; delaying your check or causing you to not get your money at all!

* Typically, the length of time is 3 weeks from the date you bring in your item; until the time you get your check. These funds add up in their own

**Exhibit 5, p.22**

Paypal accounts where they receive interest and if properly maintained; get them bonuses. (see story below) I had several checks delayed for 14 weeks!

* As for laborers … typically teenagers end up running the show for absentee owners. Essentially, the eBay version of McDonald's?

# McListings

## We're Lovin' It

\* By we, we mean; us, we love to be us, we aim to please us.

* Also concerning laborers and owners … on occasion you will find 40 and 50 somethings trying a mid life crisis career change … they know nothing about how the eBay system works except what they have read in **eBay For Dummies** books. Usually they know nothing about pop culture (eBay's biggest market) or about electronics or computers (eBay's 2nd biggest market)

_____

If you got here from a Google search, hopefully you're just contemplating using a listing company. By telling you my full story, I hope to give an understanding of what your expectations should be, and what terms you need to place into a contract before doing large scale business with a listing company…

One of my best friends who deals in procurement took an easier, more fitting IT job about 2 years ago; leaving behind an enormous eBay inventory spread out over 6 locations countywide … some of these locations being very expensive premium warehouses in Greenville, South Carolina, my home town.

**Exhibit 5, p.23**

I had introduced this friend to eBay shortly after I met him in 1998. They quickly passed me in feedback, as he was listing close to 500 items a month. This friend used to employ a staff of 5 to help list, pack, and do accounting for listings on eBay. Then, in late 2002, this friend had a bout of depression, let most of the eBay listing staff go and retreated to being a self employed computer repairman and a used computer salesman. He had several procurement sources … and his local sales could not move the inventory as well as eBay … things started to pile up in warehouse after warehouse, after warehouse. As the inventory grew, so did his overhead … this all made him more depressed. His disorganization was affecting me … I had no where to put some of my inventory, he had no money to front me for my own procurement, and the mess frankly; was overwhelming. Finally, in 2004, I stepped in and started to chip away at his inventory. I tried to carry *some* inventory to a local flea market … while other small bits and pieces, here and there, I sold in my own Apple Computer Tech business.

It just wasn't working …

So, in March of 2005, just as my friend and I were gearing up for a tour of companies to pitch a new product to … we started to brainstorm. At first, I thought of a **Tech Yard Sale**. I thought we could rent a large building and get other people that I knew that had large amounts of computer inventory to also sell with us for a fee and maybe integrate local sponsors like high speed cable modem service and IT headhunting services.

I wanted to set some goals:

- Integrate all 6 locations into one large warehouse by summer's end

- Split the money with this friend 50/50 … meaning: 25% me / 25% my colleague / 50% my friend

- Try to sell at the flea market at least 2 Saturdays a month for 5

months straight

- Organize the inventory for a proper appraisal

- Throw away any inventory that was of absolutely no value ( close to
20% of this inventory were large HP laser printers and broken
yellowed monitors)

So ... my colleague (who had recently decided to make an income on his
own) and I decided to take a crack at it. We dedicated about 3-8 hours a
week to the task ... sometimes ... he, more hours; late at night,
separately on his own ... others ... me, more hours; during the day, on
my own.

Still, it wasn't working ...

Things *were* looking better ... but there was just so much inventory ...
some pieces were *large* wide format printers and wide format
scanners ... there were also large server cabinets. The large items were
blocking more liquid inventory. Then, I thought of something ... what
about using an eBay listing company?

I had seen a new store going up in a wealthier section of my home town
called Bidzirk. When my cohort mentioned that a graphic design firm
that we knew had done the ad campaign for them ... it was nearly
solidified that we would use them ... to support our client; we would
patronize their client.

Now, let me back up for a moment. If you knew me ... you would know
that my suggesting the use of an eBay listing service was not something
you would expect to hear from me. After all, most of my friends
consider me an *eBay guru*. I know all the sales tactics to listing, I know
how to spot all the scams, and know how to exploit ALL the facets of
eBay to my favor (ethically of course). (Mainly through the use of

**Exhibit 5, p.25**

discounts) I also taught eBay, in a continuing education course, at the local technical college.



\* my second (and current) eBay member ID page in use since April 1998.

(Modified to protect seller and bidder identities)

_____

So, I set up a time to meet with the Bidzirk owner.

I decided to meet him at a Barnes & Noble for a cup of coffee and shoot the breeze about entrepreneurship, what I bring to the table, and what he brings to the table.

Late for our first meeting, he explains his tardiness away by saying traffic was difficult. ( A part that plays an important element later in this story )

We quickly start into what Bidzirk's philosophy is, how and why it was started, and what business we might do together.

From the beginning … I could tell the owner was a yes man. Of course, I have to be honest … eBay is; in and of itself a *yes man paradise*. Many sellers over promise and under deliver.

Although the owner seemed like a yes man … I had done my home work … he had owned an ecommerce B2B company called *ChannelLinx*. Tech savvy? Possibly …

Exhibit 5, p.26

* ChanneLinx is promoted at the Bidzirk site indirectly and at the bottom of each page as a technology & design assistance partner.

He explained to me how he had just gotten married and was planning his honeymoon in a week's time.

Wait! He was getting married, going on a honeymoon, and starting a (in his own words) *"multi-location business that will be national in 5 years time"*?

At this initial meeting, we discussed an inventory survey and pickup of some large items to help us get started. I made it clear to the owner of Bidzirk that I had momentarily throttled my own Apple Tech business and that my partner was depending on the income that we saw from Bidzirk. I also made it clear that this income would be split 25/25/50. So, the owner signed off on a contract that was to my understanding 25% cut for Bidzirk 75% for me and my partner which would in turn be divided up 25/25/50.

EXAMPLE: A $100 item would yield us $75 / That $75 then is divided into $37.50 Friend (owner of inventory) / $18.75 for me / $18.75 for my partner

I was honestly expecting for my friend and I to average about $9 an hour for our work. 2 hours work would equal $18.75.

Even though this is simple math … it's easy to see how this might get complicated as to the way things would be divied up.

I was under the impression (and contractual understanding) that Bidzirk charged 35% flat, once you had reached $500 in sales, your rate went down to 25% flat.

Having sold 1000's of items on eBay myself, I could see how, after eBay

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers123005-1322.htm (27 of 44)2/10/2006 2:37:21 PM

**Exhibit 5, p.27**

and Paypal fees (which average 8.5% of the final winning bid), a business

such as this could make a reasonable profit.

_____

TOMORROW ... **PART TWO: Fast Talking & Funny Business**

Make sure you stay tuned for another installment tomorrow. And don't

forget, at the end ... I plan to post a checklist and guide (via PDF) for

using listing companies that could save you literally thousands of

dollars! (Not to mention hours of headaches and frustration.)

NOTE: Please wait for all installments to be published before linking.
But certainly spread the word!

* All logos and names are property of their respectful owners.

posted by JackWhispers @ 8:16 PM   0 comments

**Tuesday, December 27, 2005**

## Jack Classic: Paypal Ain't My Buddy

This is one of the most *hit* stories on Jackwhispers. I'm posting it as a

primer for the upcoming article about eBay listing sites. Enjoy ...

Apple announced that they will be accepting Paypal for the iTunes Music

Store.



Many people have misconceptions about Paypal. Those that have had a

problem with the service, I have often found did not resolve their issues

**Exhibit 5, p.28**

This story is a lengthy read, but worth it for the insight to gain about the inner workings of some popular websites.

Forum post on Macrumors by Jackwhispers editor:

*Originally posted by GizmoToy on MacRumors.com*:

> "Did you ever stop to think that maybe not everyone sees PayPal as such a great service? I started using PayPal long before eBay purchased them. Their service has gotten better since then, but not much. I'm a verified seller. I sold a laptop on eBay, and the buyer paid through PayPal with a credit card. The item qualified for their so-called "Seller Protection Policy". The payment cleared, I sent the laptop. About a week later I get a notice from PayPal that I had accepted a fradulent credit card, and that they had deducted it from my account, which I now owed quite a bit of money on. Of course, THEY accepted the fradulent card, I had nothing to do with it. That didn't bother them.
>
> I did end up getting my money back, but not until after I took them to court. Of course, this doesn't apply to buying songs from iTunes because you know Apple is a reliable party… but plenty of people have had similar experiences. There was a huge Class-Action Lawsuit for similar situations to mine a few months back.
>
> I think THAT'S why its getting negative ratings."

_____ MY REPLY BELOW _____

I'm not trying to be a Paypal fanboy. I am trying to clear up a lot of the myths that exist about Paypal. There are ways to safeguard yourself against what happened to you.

Exhibit 5, p.29

You can register without a credit card actually:

Just get a temporary $20 credit Mastercard.

Link a bank account that is a free account that only holds a $200 balance - when you sell something big, bring that balance down to nothing, and tell the bank why you are doing it so maybe they will not charge you a low balance fee, or just get an account with a no balance requirement.

You realize that both the buyer and the seller are protected by an insured package. If you didn't insure the package - that's just silly.

All you had to do was file a claim that the items were lost or stolen in delivery - the burden to prove that they delivered to a valid address and that it was signed for by the actual person to whom it was delivered falls on them. Many people have a false notion that Fedex/UPS/DHL can just say, "Hey, we just delivered the package" and they can get off with that. There have been many court cases that say they have the burden of delivering to the actual person and an actual valid place of delivery.

Point being; many con artists do not get things delivered to the house they've been in for 5 or more years!

It's pretty common knowledge that Paypal doesn't like chargebacks, but that credit card companies MAKE chargebacks with them all the time! If the charge from Paypal was unauthorized and you can prove that you did NOT tell them to make the charge and you have no asset of the same value in your possession - then you have a 99% chance of getting your money back.

You should verify all buyers and sellers through feedback/through Paypal verification/even escrow.

One thing you can do to look up a buyer or seller is type their name or email address in to google.

**Exhibit 5, p.30**

Their are list of bad buyers and sellers on several websites - if you google any of those email addresses or eBay IDs those sites come up.

Further, you can send a 1 cent payment to the buyer - this will show you if the buyer is verified and how long they have been on Paypal.

Finally, you can use the eBay contact information, with phone number and address. If the buyer has false information here - you as a seller qualify for $1000 in insurance.

It sounds like a lot of work. But once you know the steps to take (and the fact that it just doesn't happen that often) will be well worth it."

_____ ORIGINAL STORY _____

In the time passed since this editorial was posted, there have been a few updates:

• The webmaster at paypalsucks.com has made a rather vocal sustained attack against me on the internet

• Paypal has agreed to settle a class action lawsuit with users who lost money through the service

• Paypal & eBay have completed their merger - Paypal now constitutes 85% of all payments processed on eBay (Before the merger it was 67%)

_____ ------------------ _____

Over the past week, I've been posting on a website called PayPalSucks. com. There's an interesting thread there called; "ex managers/ former employees stories". This thread, as with most threads on the site, has a bevy of fanatical posters claiming Paypal has scammed them. I admit that Paypal policy sucks if you have a problem, but if you are a careful consumer and retailer, you will rarely have a problem.



As of February 9, 2004 I had 4683 verified member transactions, over the course of my 4 years of having a Paypal account. I have had close to 6000 total transactions paid by Paypal. I have tried all the other failed services. I'm a member of all the other popular payment sources; Yahoo PayDirect and BidPay. There are others out there that exist:



A couple hundred people have posted to **PayPalSucks.com**. They have about 4500 members and about 16400 posts as of February 9, 2004. There are only a handful of people who post, and most post anonymously (and obsessively) on the site.

One of the things that Jack Campbell got onto his critics about was that the majority of his critics were anonymous. I consistently pointed out in forum after forum that I ALWAYS posted under the name "adzoox" and never anonymously. The only problem with his anonymous posters is, that the majority of them, were pointing to the facts, I had already assembled, or to evidence elsewhere on the internet; whilst making their point of critique. But Jack has a point! Unmoderated forums, especially those containing critique, should be looked at with extreme

**Exhibit 5, p.32**

caution. The bias will often post in an anonymous forum. Often they post without facts, but rather silly behaviour. The criticized; will often try to move the forum off topic. Usually they rely on infinite registration/aliases.

This is what **paypalsucks.com** is all about. It is a site put up by Paypal's competition, and NOT a consumer awareness website; as it pretends to be. This payment service is the main banner ad on the page:



**PayPalsucks.com** gets commisions for every banner ad on the site that is "clicked through".

So, I decided to post on this website after reading what seemed to me fictional and fanatical posts. This is the last post to the site's forums from February 8, 2004:

*"… I would also like to point out that you guys ARE advertising for this site by posting here - IT IS POSTED HERE BY PAYPAL'S competition!! The site makes MONEY from everyone that joins yowcow.com payment services and iKobo payment services. Have you not noticed the banner ads? Websites depend on 1/10 of 1% of website visitors to follow through on banner ads. I would love for the owner of this site to report to us how much he makes in commissions. Advertising for "other companies" is a conflict of interest. It would be like Best Buy doing a review of Circuit City!*

This website also makes a big point out of Paypal not posting a customer service number that is easy to find - so why doesn't [The Paypal Sucks Dot Com] website make it promininent? (It's 1-888-221-1161 by the way) - there is also a direct toll number, where; you won't have to wait at all. Why aren't there any tips on this site to better use Paypal? People … you are being exploited by this site!!!

**Exhibit 5, p.33**

Restated from my previous posts here:

1) You were scammed! Paypal is the mechanism not the activator/initiator.

2) The Paypal site goes completely down at times on weekends for maintenance. It goes down most nights from 1am-3am PST for maintenance.

3) Why did you pay with a balance or a checking transfer when in EVERY case you get your money back if you use a credit card? Did you send personal information or Paypal account information to "the other party"?

4) Did you research your seller? What was their feedback level? Did you file an affidavit with Paypal for the "other party's" information?

5) Did you buy [the item] on eBay or Yahoo? Did you know you are partially insured by Cyno-sure financial? Up to $200! You only have to prove you were involved in a fraudulent transaction and lost money - not anything about Paypal.

6) Fact: Paypal does almost 1 million + transactions a day

Fact: Larger banks do about the same
Fact: Based on the number of posters here & my OWN transactions ( 3 losses out of 4678) - say Paypal's "perfect transaction rate" 99.99%. Paypal has over 14 million members / **paypalsucks.com** has 4500 members & 9200 individual posts from unique posters.

7) Without IP address registers and too many anonymous posters - it's hard to tell exactly how many people posting here are real or who are employees/friends of paypalsucks.com or employees of yowcow.com or ikobo.com or even other posters that posts 100's of times.

Nothing can justify your loss. But scammers exploited you, by

**Exhibit 5, p.34**

exploiting Paypal. A better than 99% transaction positive rate is better than JUST about ANY BUSINESS MODEL THAT EXISTS!

As for merchants - I'm mad at paypal for not assisting you more. Have you filed an affidavit? Losing Paypal would be a huge blow to my bottom line as a website owner/eBay auction seller - as well as my local business and ease of transactions between friends in need of fast funds."

---

PAYPALSUCKS.COM is a scam site; masquerading as a consumer watchdog site. Paypal can do little about it. If they were to sue (which I think they could be), the hounds at PayPalSucks would say they are trying to "hush the truth".

I personally have had 3 losses resulting from Paypal. One I was able to recover $54.50. The other, I applied for a Cyno-sure insurance claim and was just approved two weeks back for reimbursement. It will only be $200 - I paid $303.76, but that's better than nothing. The other transaction I lost on, well, I learned a lesson ... don't accept email offers. I sent $120 to a "Canadian" - no shipment received in 30 days - I filed a Paypal complaint - he typed in a tracking number - that appeased Paypal - I received a brick via FedEx. Yes folks, a brick!



That said, I have saved COUNTLESS amounts of time and money with the conveiniance of Paypal. I can also instantly refund money with little hassle. If you don't use Paypal, you're an idiot in my opinion.

Lastly; scamming sellers on eBay, and even more on Yahoo Auctions,

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers123005-1322.htm (35 of 44)2/10/2006 2:37:21 PM

**Exhibit 5, p.35**

link to the paypalsucks.com site to show why they don't accept Paypal payments. They use this as some sort of verification that THEY aren't a scammer. By pointing to the paypalsucks site they give the illusion; "see I care for you, I'm not a scammer, I'm telling you Paypal is a scam" If you think Paypal won't give you back your money - try getting your bank or a Money Order creditor to "recall" your check!

Update: Since doing this article in early 2004, many of the payment services mentioned here cease to exist. Citibank's C2it and Yahoo's PayDirect have both been axed.

In an insightful slashdot post, on the topic of Yahoo eliminating PayDirect, a forum reply thought it would take a brand name, not a better service, to compete with Paypal. I agree. In fact, I think this would be a great market for Google. Something like Gpay. A site to send money called Gpay already exists, but the website seems so overnight; there's no way I would trust my money with it. I'm sure Google could pay the right amount for the name and the website.

It should instantly garner a lot of news and a lot of support. A possible incentive could be: Google Gmail users get discounted fees sending money.

eBay, really needs competition concerning online payments. Customers who have had problems with Paypal, now foolishly send cash, checks, or money orders. To some, the stigma of Paypal's past has also made them wary of doing business on eBay. eBay has also tightened a lot of the incentive for sellers, but locked them all into using the service as the ONLY way to accept credit cards without having an expensive merchant account.

posted by JackWhispers @ 10:11 AM   0 comments

## ⇨ MACSUPPORT.CA : The CA Stands For

Exhibit 5, p.36

## "Can't Do Apple"

## The CA in *macsupport.ca* = CAN'T DO APPLE

*MacBytes*, a popular Apple News aggregator, has been posting news bytes from a new website called **macsupport.ca**

First …They have a website called macsupport that doesn't support the safari browser … ironic?

http://forums.macrumors.com/showthread.php?t=168948

Then they post things as if they were new news, or news they broke:

An almost TOTAL *copy & paste* of an article APPLE POSTED ON APPLE. COM

Why is Bytes posting stories from these guys?

And somehow … in all of this …

They seem to be related to Bill Palmer (which further reduces the site's credibility):

Bill Palmer December 16, 5:07 AM EDT from **iPodGarage**:

Thanks to the following additional sites who have linked to the NANOBOOK: 2 Guys a Mac and a Website, akappleug.org, iPodGarden, MacMiner, Macread, Macsupport.ca, PHParch.com, weinstein.org. Still more surely to come.

**[UPDATE]** Reader emails indicate that I should also note that macsupport.ca uses Apple copyrighted images and designs on their website:

**Exhibit 5, p.37**

I was going to note personally that the name macsupport most likely

violates Apple's naming policy as well.

posted by JackWhispers @ 5:05 AM 0 comments

**Monday, December 26, 2005**

## New Feature: Jack Does Know Jack: Paypal: Is You Is Or Is You Ain't My Buddy?



Many of you may be wondering why I don't have a lot of comments to

the stories on my BLOG …

**My best assumptions are:**

1) I have a rather unpopular opinion here … I'm not afraid to offend …

even if it means someone or something I have believed in.

2) Most all of the posts here are nonrhetorical; meaning most would

agree with what I say here … once they understand the full story as I

have explained it

3) I get **A LOT** of emails … as I think, people are afraid to post here in

some regard. I'm glad this site doesn't have people who regularly hang

out here and make comments that do not further the debate. Like,

**Exhibit 5, p.38**

*"Stupid article"* or *"Yeah, the people you're talking about are dumbasses"* - these kind of comments are often deleted from this site if they do not further a rational conversation or observation.

In some ways, I'm glad this site is the way it is. It sets it apart from other sites. I feel other sites seem like they have no control over their forums, their members, or their message. My opinion is clear here! And while my opinion can change; it doesn't do so through childish remark; only spirited factual (and linked, backed up) debate.

One of the articles that I get the most comments on and have the most links to is: Paypal Ain't My Buddy. This article has actually made it into Wikipedia! (And was summarily removed by an anonymous editor recently … anyone care to add it back?)

While the topic of Paypal and eBay veers slightly off center from the themes of Jackwhispers normal content of Apple Community Scams and Business Ethics … I realize a lot of Apple Techs and businesses (including Apple Computer) use Paypal. And, of course … if you buy or sell Apple stuff on eBay … Paypal is the fastest and easiest way to pay or to receive money.

The latest comment I received was from a guy who sells high end car engines on eBay. He took offense to my saying, *"You're either weird or stupid if you don't use Paypal"*. In his email, he laid out several instances where he felt he had been cheated by Paypal. You will get the jist of his email by my response:

> *"Paypal has ALWAYS had the ability to be "charged back" from a credit card company. But you are right in the aspect of Buyer Protection changing rules. It's more Paypal succumbing to eBay (it's largest source of revenue) and then in 2005 actually being purchased by eBay.*

**Exhibit 5, p.39**

*99% of disputes ... reason being ... they felt a buyer and seller had a true commodity (value) in feedback. They figured neither party would risk much due to the feedback system and eBay Safe Harbor. This worked for the first few years eBay was in existence. But as crime has turned from the streets to the net ... criminals have figured out that BUYING is the the new scam ... not selling or pretending to sell.*

*At the same time, when Paypal was first starting and purchased X. COM = how it became a checking account and debit card company too ... PayPal ALWAYS sided with the SELLER ... this is why at first Paypal was an eBay seller's dream ... but remember what I said about eBay? People were selling, offering Paypal, and ripping people off ... as eBay changed and as scams turned from selling to buying ... well ... you get the picture!*

*As it stands now, there is no balance between Paypal and eBay ... they both protect the buyer the majority of the time. There needs to be balance in place again. My thoughts are that it will resort in almost everything over $200 sold on eBay will have to go through escrow. Another thought is that eBay will ask local listing companies to also become drop off stations for both the cash and the products to be shipped and you will have to go pickup the items from these locations rather than having them delivered. A third option is that eBay listing companies may end up being mediators and they paid by eBay (much as Squaretrade is now).*

*I will say this to you again, the benefits outweigh the problems (for now) to me on Paypal ... I have found enough ways to safegaurd myself. I also almost obsessively pursue ANYONE who tries to cheat me ... I will find you ... I will make your life miserable ... even over $25!"*

**Exhibit 5, p.40**

posted by JackWhispers @ 10:52 PM   0 comments

**Friday, December 23, 2005**

## More Garbage From The Garage



voice of Bill Palmer

From an anonymous email sent to me today …

> Hi [Jackwhispers],
>
> Wow, this Palmer guy is outrageous. Now he's claiming that his iPod nano PDF was downloaded over 100,000 times in 1 week. That is a total lie… it's not possible. His site doesn't even get the traffic to warrant it.
>
> Someone needs to stop this guy with the lies and deceptions.

Here is the press release being referred to:

> **NANOBOOK sees 100,000 downloads in first week**
> The iPod Garage **NANOBOOK 2005 Holiday Edition** has seen more than 100,000 downloads in its first week of availability. The NANOBOOK is a free downloadable 159 page book which covers every aspect of the iPod nano, ranging from tutorials to reviews of more than one hundred nano-compatible accessories, and is the perfect companion gift for anyone receiving a nano as a holiday gift.
> [Full Story]                                    [0 Comment]

If my figures are right:

It takes roughly a month to see that 100,000 people have downloaded ANYTHING from versiontracker (one of the most hit download sites on the mac web)… Bill Palmer is relating his downloads to the levels of Stuffit Expander!

iPodLounge (now iLounge) has been offering their iPod guides for over a

Exhibit 5, p.41

year now… and their traffic is somewhere between 15 to 19 million

page views a month. iPod Garage barely pushes more than 600,000

unique page viewers a month.

Just remember … this is the guy who claimed he pioneered transferring

songs from your computer to your iPod!

posted by JackWhispers @ 3:55 PM  0 comments

**Thursday, December 22, 2005**

### Merry Christmas! From Jackwhispers!



# Merry
# Christmas

Jackwhispers wishes all readers a Merry Christmas and a Happy New

Year … thank you for taking this BLOG from the barely noticed to an

award winning publication. Together, we have truly made a difference

in the Mac Community over the last two years.

Normal publication returns December 26th with regular updates and a

very special 4 part report on the problems and pitfalls of eBay listing

**Exhibit 5, p.42**

companies. I'll be telling my detailed story of using such a company and relate how my selling Apple Parts on eBay for 9 years has given me unique insight into the matter.

At the end of this report, I will be providing a unique guide (via a downloadable PDF file) that you can use to select a listing company … if you *MUST USE* one.

Also, in Mid January … I hope to have a great new design to this BLOG, new sponsors, and finally … this BLOG will resolve as **jackwhispers. com!**

posted by JackWhispers @ 7:58 AM  0 comments

**Wednesday, December 21, 2005**

## Jackwhispers Helps Stuff Your Stocking!

Looking for great items for stocking stuffers or last minute gifts for the Apple Guy (or Gal) in your life?

Look no further than the sidebar affiliates and links:

I'm going to run through these like *The Price Is Right* …

One of my favorite products ever produced is Oral B Brushups … these are little toothbrushes that you can slide over your finger … and have in case a bathroom or toothbrush isn't nearby. They also are completely flat with a thickness less than that of a credit card … so you can keep some spares in your wallet!

Another product that I use religiously is Philiosphy's Apple Shampoo … want an ice breaker, a great gift story, want to tell your Apple Tech in your life; you care? This stuff smells great … it is also thick and doesn't oversaturate or overdry your hair.

**Exhibit 5, p.43**

Every time I go to Panera Bread, Maggie Moo's, Target or World Market … I pick up a Green Apple Soda from Jones Soda Company. Green Apple Soda has a very unique taste … and it goes with a meal … almost better than wine, in my opinion.

One of my favorite all time stories is *The Giving Tree* by Shel Silverstein … this is a story about an apple tree that sacrifices everything and a little boy that is never satisfied … comes complete with very cute illustrations and makes a great bed time story.

Everyone who owns an Apple computer needs to see the movie, *Pirates Of Silicon Valley* … Steve Jobs liked the self portrayal by **ER's**, Noah Wylie, so much … that he had Noah come out on stage at a MacWorld Expo pretending to be Steve Jobs. You'll also love the framing of the first scene … the making of the "Best Commercial Of All Time" - The intro of the Macintosh Commercial in 1984 to a scene reminiscent of the book *1984* by George Orwell.

All of the items I advertise on this site are products I use regularly. I have researched each advertiser for integrity and ethical business practices. In the case of movies and books that I recommend here … they are truly my favorites and I think you will enjoy them too!

Hope this helps … if even a little with your Holiday Shopping … if you use the links found to the right … you help support this site.

posted by JackWhispers @ 8:15 AM  0 comments

All Jackwhispers content is editorial & educational. © CopyLeft Jackwhispers 2005

Free 2 quote & free 2 use - just mention **jackwhispers.com** if you use the news

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...nt%20Files/Schmidt/Smith/Jackwhispers123005-1322.htm (44 of 44)2/10/2006 2:37:21 PM

**Exhibit 5, p.44**