# KEVIN M. ELWELL
### Attorney at Law
Admitted in South Carolina, Georgia and North Carolina

28 December 2005

| | |
|---|---|
| VIA HAND DELIVERY | VIA HAND DELIVERY |
| Mr. P. Russ Smith | Mr. David Buzzell |
| Adzoox | Intermax |
| 601 Cleveland Street | 306 Del Norte Lane |
| Greenville, South Carolina 29601 | Greenville, South Carolina 29615 |

RE:   use of trademark and slander of Bidzirk on jackwhispers.com

Dear Messrs. Smith and Buzzell:

This firm has the pleasure of representing Bidzirk, LLC, ChanneLinx and their affiliated companies. We are aware of several postings by you on jackwhispers.com concerning or depicting Bidzirk. The purpose of this correspondence is to demand that you immediately cease these activities.

Your blog includes a posting and use of Bidzirk's logo, which violates Bidzirk's rights in its trademarks and service marks. Further, your website references Bidzirk by name in your blog as part of a discussion of listing companies generally, implying that problems that you contend you have experienced with other listing companies will be experienced by those utilizing the services of Bidzirk.

Use of Bidzirk's logo without permission violates the federal Lanham Act, and Bidzirk will vigorously prosecute unauthorized use of its trademarks, service marks and trade dress. Further, the statements in your blog are actionable as trade libel. Bidzirk will not hesitate to defend its reputation in the courts, and will seek all available damages from you personally as a result of any slanderous posting on your website. In the event that the other three planned installments of your 'series' on eBay listing services intends further to slander Bidzirk, its ownership, or to make any use of the company's intellectual property including trademarks or service marks, you are placed on notice that Bidzirk deems such publication actionable.

Further, your references to Mr. Schmidt personally (his wedding and honeymoon plans, his difficulties with traffic on the date of your meeting, etc.) are impertinent, unprofessional, and potentially damaging to Mr. Schmidt's business reputation. Moreover, your mention of ChanneLinx provides an unfairly slanted and slanderous view of the company. Mr. Schmidt took over ChanneLinx during a difficult time in its history, and under Mr. Schmidt's stewardship since 2001, the company has become profitable. The implication in your website that ChanneLinx is merely a source of 'bad news' ignores the contemporary reality, and distorts the truth for the sake of sensationalism. Please be advised that personal attacks on Mr. Schmidt, his family, or his business practices subject you to liability for slander and will be met with swift legal action. Unretracted or further trade libel against ChanneLinx will be similarly treated.

K.M. ELWELL, P.C.
111 EAST NORTH STREET
GREENVILLE, SC 29601
(864) 232-8060
(404) 388-0485 MOBILE

(404) 759-2124                                                                                    kmelwell@kmelwell.com
FACSIMILE                        offices also in Atlanta and Charlotte                             E-MAIL


Exhibit 7  p.1
Dockets.Justia.com

      You should remove *all* offending images and text from your website by the close of business today, December 28.  If you fail to do so, Bidzirk will move immediately to take all available legal action against you, and will seek to recover actual damages, all penalties available under law, and all attorneys' fees and expenses incurred as a result.

      Please govern yourself accordingly.

                                                         Sincerely yours,

                                                         Kevin M. Elwell

cc:    Daniel G. Schmidt, III