Date Filed 02/13/2006    **Exhibit 21**    Entry Numb

# BIDZIRK
The fast and fun way to sell on eBay!