# J. BENNETT MULLINAX, LLC
### INTELLECTUAL PROPERTY LAW
PATENT, TRADEMARK, & COPYRIGHT LAW
3447 PELHAM ROAD, SUITE 206
GREENVILLE, SOUTH CAROLINA 29615
(864) 987-9696
FACSIMILE: (864) 987-9686

J. BENNETT MULLINAX
Ben@mullinaxpatent.com
NEAL P. PIEROTTI
Neal@mullinaxpatent.com

MAILING ADDRESS
P O BOX 26029
GREENVILLE, SC 29616-1029

Re:   Trademark Application
      Mark: BidZirk (Stylized)
      S/N: 76/621,186
      Filed: 11/18/2004
      Our File: BDZ-1-TM

Please indicate the date your mark was first used below as well as the name and position of the company officer who will sign the Statement of Use. Please fax the form to J. Bennett Mullinax at 864-987-9686. Thank you.

Date of First Use of the Mark BidZirk (Stylized)_____

Name of Person Who Will Sign Statement Of Use_____

Position (must be officer of company)_____

_____
(Signature)

_____ Daniel G. Schmidt _____

Date_____

**Exhibit 23, p.1**

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

ISSUE DATE: Jan 3, 2006

```
J. BENNETT MULLINAX                        ATTORNEY
J. BENNETT MULLINAX, LLC                   REFERENCE NUMBER
PO BOX 26029                               BDZ-1-TM
GREENVILLE, SC 29616-1029
```

**\*\* IMPORTANT INFORMATION: 6 MONTH DEADLINE \*\***

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have SIX (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of Use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

The following information should be reviewed for accuracy:

```
SERIAL NUMBER: 76/621186
MARK:          BIDZIRK (AND DESIGN)
OWNER:         BidZirk, LLC
               307 Shefwood Drive
               Easley, SOUTH CAROLINA  29642
```

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO    Section 1(b): YES    Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

035-business services, namely providing consignment services to sellers of goods by advertising and promoting their consigned goods on recognized on-line auction marketplaces

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

RECEIVED
JAN 09 2006
J. BENNETT MULLINAX, LLC

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS