

Web   Images   Groups   News   Froogle   Local   Desktop   **more »**

Sign in

Advanced Search
Preferences

## Web

Results **1** - **10** of about **608** for **BidZirk**. (**0.09** seconds)

### eBay Store - BIDZIRK101: Wedding Dress, Shoes, Photography
Home > eBay Stores > **BIDZIRK** > All Categories, Add to My Favorite Stores **...**
Please see all of the jewelry **Bidzirk** has to offer! **...**
stores.ebay.com/BIDZIRK - 80k - Cached - Similar pages

### eBay Store - **BIDZIRK**: Jewelry Watches: Ladies diamond solitaire **...**
**BIDZIRK**: Jewelry Watches - Ladies diamond solitaire ring jewelry engagement 14k,
Mod Gold Swirl Rhinestone Necklace Costume Jewelry, Vintage Gold Pearl **...**
stores.ebay.com/BIDZIRK_Jewelry-Watches_ W0QQcolZ4QQdirZ1QQftidZ2QQtZkm - 65k
- Cached - Similar pages
[ More results from stores.ebay.com ]

### **BidZirk** - Home
**BidZirk** SM makes eBay easy! No time to list, sell, and ship that item? Drop it
off at **BidZirk** SM. We will handle the details for you, from start to finish, **...**
**bidzirk**.com/ - 23k - Cached - Similar pages

### Fix Your Thinking: Special Report: You Gotta Be Berserk To Use An **...**
**Bidzirk** has 10+ employees. If I dedicated my entire week to eBay . **...** A significant
portion of the items **Bidzirk** sold were items that could be relisted **...**
jackwhispers.blogspot.com/2005/ 12/special-report-you-gotta-be-berserk-to_31.html - 40k
- Cached - Similar pages

### eBay Store: Search results for BIDZIRK101.
**BIDZIRK**. Add to My Favorite Stores · NIB Yamazaki Flatware Sets Gold Accent **...**
Please see all of the jewelry **Bidzirk** has to offer! Store Search **...**
search.stores.ebay.com/BIDZIRK_baby-clothes_
W0QQftsZ2QQsaselZ97868982QQsatitleZbabyQ20clothesQQsofpZ0 - 37k - Cached - Similar pages

### eBay Store: Search results for BIDZIRK101.
**BIDZIRK**. Add to My Favorite Stores · Thermo IEC Centra Lab Benchtop Centrifuge
**...** Please see all of the jewelry **Bidzirk** has to offer! Store Search **...**
search.stores.ebay.com/BIDZIRK_clothes_
W0QQftsZ2QQsaselZ97868982QQsatitleZclothesQQsofpZ0 - 41k - Cached - Similar pages

### stores.ebay.ca/BIDZIRK

file:///C|/Documents%20and%20Settings/kmelwell.KMEL.../Smith/BidZirk%20-%20Google%20Search020806-1245.htm (1 of 2)2/10/2006 5:28:54 PM

**Exhibit 29, p.1**

Similar pages

eBay: Gorham China Set 5 Soup Bowls Golden Swirl Gold Detail (item **...**
**Bidzirk** does not ship to unconfirmed addresses or PO boxes. **...** **Bidzirk** must be notified prior to return, and returns must be made within five (5) days of **...**
cgi.ebay.com/ Gorham-China-Set-5-Soup-Bowls-Golden-Swirl-Gold-Detail_W0QQitemZ7387051811QQcategoryZ2768QQc... - 60k - Cached - Similar pages

RSS Jobs
Director Of Operations (**BidZirk**), employmentspot.com, 11-1-2006 **...** Job Specification **BidZirk**.com Director of Operations Overview **Bidzirk** is an early stage **...**
www.uklug.co.uk/jobs_by_keyword/U/upstate-jobs.html - 26k - Cached - Similar pages

South Carolina Nonprofit General Business Jobs on CareerBuilder.com
Job Specification **BidZirk**.com Director of Operations Overview **Bidzirk** is an early stage eBay consignment drop off store business, operating in the... **...**
jobs.careerbuilder.com/al.ic/SouthCarolina_ GeneralBusiness.htm?sc=3&sd=0 - 117k - Cached - Similar pages



Result Page:    **1**  2  3  4  5  6  7  8  9  10    Next

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google

file:///C|/Documents%20and%20Settings/kmelwell.KMEL.../Smith/BidZirk%20-%20Google%20Search020806-1245.htm (2 of 2)2/10/2006 5:28:54 PM

**Exhibit 29, p.2**