Yahoo!   My Yahoo!   Mail        Welcome, **Guest** [Sign In] Search Home   Help

**Web**   *Images*   *Video*   *Audio*   *Directory*   *Local*   *News*   *Shopping*

*More »*

# YAHOO! SEARCH

*My Web*   *Answers* **BETA** *Search Services*   *Advanced Search*   *Preferences*

**Search Results**                               Results **1 - 10** of about **1,310** for **BidZirk** - 0.27 sec.  (About this page)

1.

## BidZirk - Employment Opportunities

This pages uses javascript. In order to see the script enable javascript in your browser. Employment Opportunities. Photographer. Are you looking for a fun job? ... It's time to work--at **BidZirk** SM--The fast, fun way to sell ...

www.**bidzirk**.com/jobs.htm - 25k - Cached - More from this site - Save - Block

2.

## BidZirk - What Sells

... That's the power of eBay's 100+ million members! **BidZirk** SM accepts items with a minimum estimated selling value of $50 ... ©Copyright 2004 **BidZirk** SM. All rights reserved ...

www.**bidzirk**.com/whatsells.htm - 23k - Cached - More from this site - Save - Block

3.

## LocalJobs.com - Great jobs in your backyard!

Company Profile. **bidzirk**. 409 mills ave ste.201. Greenville. 29605. phone: 864-421-0421. fax: About Us. **BidZirk** SM is a privately owned, "bricks and mortar" eBay consignment drop off store. ...

file:///C|/Documents%20and%20Settings/kmelwell.KMEL...irk%20-%20Yahoo!%20Search%20Results-020806-1246.htm (1 of 4)2/10/2006 5:29:45 PM    **Exhibit 30, p.1**

We founded **Bidzirk** SM after realizing that

individuals, businesses, and fundraising

organizations ...

www.localjobs.com/agencyprofile.asp?

AG_ID=1068- 11k- Cached- More from this site-

Save - Block

4.

### eBay Store - BIDZIRK101: Wedding Dress, Shoes, Photography

Buy Wedding Dress and Shoes items from

BIDZIRK101 eBay Store. We also sell

Photography, Sporting Goods items on eBay. ...

Home > eBay Stores > **BIDZIRK** > All Categories.

Add to My Favorite Stores ... Please see all of the

jewelry **Bidzirk** has to offer ...

stores.ebay.com/**BIDZIRK**- 81k- Cached- More

from this site- Save - Block

5.

### BBBOnLine Seal Verification

**Bidzirk**, LLC meets all BBBOnLine Reliability

participation and Better Business Bureau

membership standards and is authorized to display

the BBBOnLine Reliability seal. This company has

been in business since 01/01/2005 ... this seal

signifies, pertain only to **Bidzirk**, LLC. The seal

does not ...

www.bbbonline.org/cks.asp?id=1051027111826-

4k- Cached- More from this site- Save - Block

6.

### eBay Store - **BIDZIRK**: Cars Automotive: MTX Audio Road Thunder RT251D Subwoofer Mono Amp Car LN

**BIDZIRK**: Cars Automotive - MTX Audio Road

file:///C|/Documents%20and%20Settings/kmelwell.KMEL...irk%20-%20Yahoo!%20Search%20Results-020806-1246.htm (2 of 4)2/10/2006 5:29:45 PM

**Exhibit 30, p.2**

Thunder RT251D Subwoofer Mono Amp Car LN, 82-92 Camaro Z28 Firebird Trans Am Dashboard Dash Pad - all at low prices ... Home > eBay Stores > **BIDZIRK** > Cars / Automotive ... Please see all of the jewelry **Bidzirk** has to offer ...

stores.ebay.com/**BIDZIRK**_Cars-Automotive_W0QQcolZ4QQdirZ1QQftidZ2QQtZkm- 45k- Cached- More from this site- Save - Block

7.

### Jackwhispers: Special Report: You Gotta Be Berserk To Use An eBay Listing Company! Pt IV

... This made no sense to us ... **Bidzirk** has 10+ employees ... 1/8 of the total positive feedback for both locations of **Bidzirk** ... with no negatives that I am aware of ...

jackwhispers.blogspot.com/2005/12/special-report-you-gotta-be-berse**...**- 38k- Cached- More from this site- Save - Block

8.

### Job Search Results on CareerBuilder.com

Looking for jobs? See currently available job openings on CareerBuilder.com. Browse the current listings and fill out job applications. ... Job Specification **BidZirk**.com Director of Operations Overview **Bidzirk** is an early stage eBay ...

careerbuilder.com/JobSeeker/Jobs/JobResults.aspx?**...**- 70k- Cached- More from this site- Save - Block

9.

### eBay – original art print, marc chagall art and pablo picasso art items on eBay.com

file:///C|/Documents%20and%20Settings/kmelwell.KMEL...irk%20-%20Yahoo!%20Search%20Results-020806-1246.htm (3 of 4)2/10/2006 5:29:45 PM

**Exhibit 30, p.3**

... **BidZirk** SM is a privately owned,"bricks and mortar" eBay consignment drop off store. We founded **Bidzirk** to provide individuals, businesses, and fundraising organizations with a fast ...

art.stores.ebay.com/ _W0QQcatZ20148QQpZ10QQsrtZsQQtZlw- 55k-

Cached- More from this site- Save - Block

10.

### Anderson Director Jobs on CareerBuilder.com

Looking for Anderson Director jobs? See currently available job openings on CareerBuilder.com. Browse the current listings and fill out job applications. ... Job Specification **BidZirk**.com Director of Operations Overview **Bidzirk** is an early stage eBay ...

www.careerbuilder.com/ex.ic/ SouthCarolina_Anderson_Director.htm- 77k-

Cached- More from this site- Save - Block

**Results Page:**

1 2 3 4 5 6 7 8 9 10 ▶ Next

---

Web | Images | Video | Audio | Directory | Local | News | Shopping | More »

Your Search:

✓ **Didn't find** what you needed? Try Yahoo! Answers.

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

file:///C|/Documents%20and%20Settings/kmelwell.KMEL...irk%20-%20Yahoo!%20Search%20Results-020806-1246.htm (4 of 4)2/10/2006 5:29:45 PM

**Exhibit 30, p.4**