Currently tracking 27.5 million sites and 2 billion links.

- Member Sign In
- Sign Up
- Help
- About

# Sign In

- Username

  Don't have a username?

- Password

  Forgot your password?

  Cancel



- Search
- Tags
- Blog Finder
- Explore

Options

- Posts containing this text:
- Links to this URL:
- Posts tagged as:

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...t/Smith/Technorati%20Search%20BidZirk020806-1257.htm (1 of 7)2/10/2006 5:30:49 PM

Exhibit 31, p.1

Options

Only fill out those fields you care about - leave the rest blank

## Show posts that:

contain all these words:

contain this exact phrase:

**contain at least one of these words:**

**do not contain any of these words:**

## Search in:

**Blobs about:**

This blog URL:

Enter the URL of a website to see blogs that *link* to it and what they say.

**Show posts that link to:**

Enter a category like Sports or Books to see posts, photos, and links on that subject. Separate tags with "OR" to search multiple subjects.

**Show posts that have been tagged:**



9 posts contain:

# BidZirk

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...t/Smith/Technorati%20Search%20BidZirk020806-1257.htm (2 of 7)2/10/2006 5:30:49 PM

Exhibit 31, p.2

*6 posts* in the *last 71 days* in



[Advertise on Technorati](#)

1. **[Special Report: You Gotta Be Berserk To Use An...](#)**

   🔍 📝 In *[Jackwhispers](#)* 39 days ago

   PART THREE: Unfast & Unfun eBay ~ Weird Al Yankovic Download now from [ Ebay (Parody of "I Want It That Way" by the Backstreet Boys)] ... for large contracts with such companies. **Bidzirk's** logo looks like this, advertising that their service is Fast & Fun: This logo exudes fun and pop culture! My partner in this plan to use **Bidzirk**

2. **[Special Report: You Gotta Be Berserk To Use An...](#)**

   🔍 📝 In *[Jackwhispers](#)* 39 days ago

   In this special report ... I'll be telling my detailed story of using such a company and relate how my selling Apple Parts on eBay for 9 years ... . I have dealt with a company called **BIDZIRK**, in my home town. I have also visited several competitors ... **BIDZIRK**, we chose them to help us with listing this massive inventory on eBay ... so that we could

3. **[Special Report: You Gotta Be Berserk To Use An...](#)**

   🔍 📝 In *[Jackwhispers](#)* 41 days ago

   PART THREE: Unfast & Unfun eBay ~ Weird Al Yankovic Download now from [ Ebay (Parody of "I Want It That Way" by the Backstreet Boys)] ... for large contracts with such companies. **Bidzirk's** logo looks like this, advertising that their

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...t/Smith/Technorati%20Search%20BidZirk020806-1257.htm (3 of 7)2/10/2006 5:30:49 PM

**Exhibit 31, p.3**

service is Fast & Fun: This logo exudes fun and pop culture! My partner in this plan to use **Bidzirk**

4. ### [You Gotta Be Berserk To Use An eBay Listing...](#)

   🔍 📋 In [*Jackwhispers*](#) 42 days ago

   A couple of notes before I begin Part II: I was served a letter from an attorney representing **Bidzirk**. In this letter, the following was alleged: 1. That I posted **Bidzirk's** logo without permission and that it is covered under trademark and service mark law. I did post it , but as a reporter I have the right to publish it without permission. I

5. ### [Special Report: You Gotta Be Berserk To Use An...](#)

   🔍 📋 In [*Jackwhispers*](#) 43 days ago

   Today, Jackwhispers presents the first part of a FOUR PART SERIES about eBay listing companies . . . ( ... story, as I have dealt with a company called **BIDZIRK**, in my home town. I have also visited several ... called **BIDZIRK**, we chose them to help us with listing this massive inventory on eBay ... so that we

6. ### [Jack Classic: How To Avoid An Auction Scam...](#)

   🔍 📋 In [*Jackwhispers*](#) 71 days ago

   \* All about buying Apple Computers & iPod auctions this Holiday Shopping Season ... . One in particular, that I have dealt with on a large scale called; **BIDZIRK**. Some primer notes

▲

**See Also:** Check out posts, photos, and links in the *"BidZirk" Tag »*

**What's this?** This is a live search for **BidZirk** with results sorted newest to oldest. Keyword Search Help »



file:///C|/Documents%20and%20Settings/kmelwell.KMELW...t/Smith/Technorati%20Search%20BidZirk020806-1257.htm (4 of 7)2/10/2006 5:30:49 PM

Exhibit 31, p.4

# Welcome to Technorati!

- What's going on here? *Take the tour* to see how Technorati works.
- Do you blog? *Claim it* to get in here!
- Want more? *Become a member* to save searches in a Watchlist.

# Today's Most Popular

# News

- • Secret Court's Judges Were...
- • Radio National
- • CNN.com - Deadly cartoon r...



# Movies

- • Brokeback Mountain
- • Munich (2005)
- • Walk the Line (2005)



file:///C|/Documents%20and%20Settings/kmelwell.KMELW...t/Smith/Technorati%20Search%20BidZirk020806-1257.htm (5 of 7)2/10/2006 5:30:49 PM

Exhibit 31, p.5

# Books

- • The Da Vinci Code
- • Harry Potter and the...
- • Complete Vampire Chr...

# Top 100 Blogs

- • Boing Boing
- • Engadget
- • PostSecret

More in Popular »

# New in the Technorati Blog

## State of the Blogosphere, February 2006 Part 1: On Blogosphere Growth

Dive deep into the numbers behind the blogosphere's surge.

More in the Technorati Blog »

- Home
- Search
- Tags
- Blog Finder
- Explore
- Popular
- Weblog
- Developers
- About
- Help

- © Technorati, Inc.
- CC License
- DMCA
- Privacy Policy
- Terms of Service
- Ping

file:///C|/Documents%20and%20Settings/kmelwell.KMELW...t/Smith/Technorati%20Search%20BidZirk020806-1257.htm (6 of 7)2/10/2006 5:30:49 PM

**Exhibit 31, p.6**

- Contact

**Exhibit 31, p.7**