BidZirk LLC et al v. Smith
6:06-cv-00109-HMH    Date Filed 02/13/2006    Entry Number 6-38    Page 1 of 4

Are Bloggers Journalists?    Page 1 of 4    Doc. 6 Att. 37



# BusinessWeek online

TOP NEWS | BW MAGAZINE | INVESTING | GLOBAL BIZ | TECHNOLOGY | AUTOS | INNOVATION | SMALL BIZ | B-SCHOOLS

MARCH 7, 2005
NEWS ANALYSIS
By Jessi Hempel

## Are Bloggers Journalists?

**A judge didn't think so, thus his ruling that three blogs must reveal their sources. The decision has sparked a debate and may chill such sites**

A California judge issued a preliminary ruling on Mar. 3 that three bloggers who published leaked information about an unreleased Apple (**AAPL**) product must divulge their confidential sources. If the ruling holds, it will set a precedent certain to reverberate through the blogosphere because this means under the law bloggers aren't considered journalists.

To crack down on internal leaks, Apple has taken legal action against three Web logs: **PowerPage**, **Apple Insider**, and **ThinkSecret**. The sites published information about an unreleased product, code-named Asteroid, that Apple considered a trade secret. According to court papers, the company says the people who run these sites aren't "legitimate members of the press," and therefore it has the right

**STORY TOOLS**
- Printer-Friendly Version
- E-Mail This Story

**POLL   INSTANT SURVEY >>**

Billionaire Carl Icahn wants to break up Time Warner. What do you think?

- No way. Time Warner may be troubled, but leave the turnaround to Dick Parsons and his team
- Maybe. Some of Icahn's ideas, such as splitting off the cable biz, are sound and should be adopted
- Totally. Time Warner's AOL deal was doomed from the start, and a breakup is long overdue
- Not sure

GO   VIEW POLL RESULTS >>

**TODAY'S HEADLINES**
Shakedown on K Street
Google's Search for Respect

**Sidebar:**
South Asia Earthquake Relief

BUSINESS DIRECTORY
Find services and products now.
1. Select industry: Technology
2. Select service: Antivirus / Antispam Solutions; Business Continuity; Collaboration Solutions

PREMIUM CONTENT
MBA Insider

BW MAGAZINE
Get Four Free Issues
Register
Subscribe
Customer Service

ONLINE FEATURES
Book Reviews
BW Video
Columnists
Interactive Gallery
Newsletters
Past Covers
Philanthropy
Podcasts
Special Reports

BLOGS
Auto Beat
Blogspotting
Brand New Day
Byte of the Apple

Deal Flow
Economics Unbound
Fine On Media
Hot Property
Investing Insights
NussbaumOnDesign
Tech Beat
Working Parents
| TECHNOLOGY
J.D. Power Ratings
Product Reviews
Tech Stats
Wildstrom: Tech Maven
| AUTOS
Home Page
Auto Reviews
Classic Cars
Car Care & Safety
Hybrids
| INNOVATION & DESIGN
Home Page
Architecture
Brand Equity
Auto Design
Game Room
| SMALLBIZ
Smart Answers
Success Stories
Today's Tip
| INVESTING
Investing: Europe
Annual Reports
BW 50
S&P Picks & Pans
Stock Screeners
Free S&P Stock Report
| SCOREBOARDS
Mutual Funds
Info Tech 100
S&P 500
| B-SCHOOLS
MBA Blogs
MBA Profiles
MBA Rankings
Who's Hiring Grads
| BW EXTRAS
BW Digital
BW Mobile
BW Online Alerts
Dashboard Widgets

to subpoena information that will reveal which Apple employees are violating their confidentiality agreements. In most cases, journalists are protected under the First Amendment and don't have to reveal their sources.

**"BIZARRE AND DANGEROUS STANDARD"?** The civil rights group Electronic Frontier Foundation, which represents two of the three sites under fire, says being able to ensure sources' confidentiality is critical to any journalist's ability to acquire information -- and that includes Web diarists, aka bloggers. Says EFF attorney Kevin Bankston: "They're people who gather news, and they do so with the intent to disseminate that news to the public. The only distinction to be made between these people and professional journalists at *The New York Times* is that they're online only."

So is a blogger a journalist? Certainly, some organizations have begun to legitimize Web logs as a valid grassroots form of journalism. In 2004, bloggers for the first time received press passes to cover the conventions during the Presidential elections. They have broken major news stories. Several prominent bloggers have become media pundits. And mainstream media outfits, including BusinessWeek Online, are developing blogs to complement their traditional outlets. (BusinessWeek Online first reported the judge's tentative ruling in this case Mar. 4 on BW blog **Tech Beat**.)

What's more, at least one of the three named bloggers is considered a legitimate journalist outside of his Web log. Harvard University student Nicholas Ciarelli, who writes ThinkSecret under the pseudonym Nick DePlume, is a reporter for the *Harvard Crimson*. In the larger blogging community, many notable bloggers have decamped from mainstream media sources. Dan Gillmor was the technology columnist at the *San Jose Mercury News* for a decade before leaving last year to found Grassroots Media, a project to encourage citizen-based published content. He writes on his blog, "By [the judge's] bizarre and dangerous standard, I apparently stopped being a journalist the day I left my newspaper job after a quarter-century of writing for newspapers."

**CHILLING EFFECT.** However, blogs have also fast gained a reputation for inaccuracy that threatens to erode their writers' claim to the title of journalist. Just as these sites have been touted as the new pillars of American democracy for their ability to ensure that any literate person can publish, they have also proven to be swirling rumor mills. In traditional media, the same legal rights that allow a journalist to protect sources also hold such writers accountable to report the truth. If journalists stray from what's true, they can be charged with libel.

Professional blogger Lockhart Steele is the managing editor for Gawker Media's portfolio of Web logs. He also runs a quippy New York real estate blog called

K Street's Heavy Hitters
Vonage's Iffy IPO
Toyota's Tundra Thunders In
This PlayStation May Play Too Much
Can Sony's Kutaragi Score Big?
No Winter Chill for Small Caps
Wal-Mart's Ambitions in India
The Global Reverb of China and India
Allergan: Smoothing the Wrinkles
The Sweet Smell of Success
A Custom PC Made to Wow
Travels with My Mac
Your Data, Naked on the Net
Craigslist -- or Blacklist?
Diesel Gets Cleaner and Greener
A Hard Road for Hyundai and Kia
Testing a Troubled Taurus
Clearing the Smoke on Diesel
• More Headlines

• Find More Stories Like This

Tech White Papers
▶ Most Recent
▶ Most Popular



Podcasts
RSS Feeds
Reprints/Permissions
Conferences
Investor Workshops
Research Services

Curbed.com that solicits reader tips. Over dinner last February, he made it clear he did not consider himself a journalist. "I don't have time to do the fact-checking you do," said Steele. "*BusinessWeek* is reporting a different kind of news." He says a lawsuit could quickly bring down a shoestring operation like Curbed.com.

The California judge plans to release a written ruling on the issue soon, and until then, Apple's subpoenas remain on hold. The debate over bloggers as journalists is just beginning to pick up momentum, and the tentative decision could have a significant chilling effect on both bloggers and the sources that feed them. Just as the bloggers are following the case closely, so, too, are more than a few Apple employees.

**Hempel** is a staff editor for *BusinessWeek* in New York
*Edited by Patricia O'Connell*

BW MALL SPONSORED LINKS

- **WebEx: Sales Meetings Online** Web-based interactive sales platform that enable communications through video conferencing, application sharing, and teleconferencing. Free trial.

- **Start a Business with Your Retirement Funds** An alternative to a hard money loan. BeneTrends can help you use your 401(k), 403(b), pension, profit sharing, IRA, or other retirement plan funds to finance your business or purchase a franchise. No taxes, no penalties. We charge a flat fee.

- **Build Business Credit - Business Only** Build business or corporate credit with no personal guarantees or credit checks and regardless of your personal credit history. Obtain business loans, leases, lines of credit, business credit cards, and more in your business name.

- **Don't Miss This Business Opportunity and Services!** You can't aford to pass this up! Earn extra income. Work from home. Make your own hours. See our Plan Information to learn about the benefits of becoming a Pre-Paid Legal member and start your own business. Watch the movies to learn more. USA only.

- **Office Paper Shredders - Low-Price Guarantee** Office Zone sells hundreds of different home and office paper shredders. Brands include Destroyit, Intimus, GBC, Kobra and more. We have a secure online shopping cart, knowledgeable customer service reps and a low-price guarantee. Order yours today!

**Buy a link now!**

Get BusinessWeek directly on your desktop with our **RSS feeds.**

Add BusinessWeek news to your Web site with our **headline feed**.

Click to buy an **e-print or reprint** of a *BusinessWeek* or BusinessWeek Online story or video.

To subscribe online to *BusinessWeek* magazine, please **click here**.

Learn more, go to the **BusinessWeekOnline home page**

BACK TO TOP

Copyright 2005, by The McGraw-Hill Companies Inc. All rights reserved.

Terms of Use | Privacy Notice

Media Kit | Special Sections | MarketPlace | Knowledge Centers

The McGraw·Hill Companies