IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PHILIP RUSS SMITH, )<br>)<br>Defendant. ) | Civil Action No. 6:06-CV-00109-HMH<br><br>MOTION FOR DEFAULT JUDGMENT |

COMES NOW BidZirk, LLC ("BidZirk"), Daniel G. Schmidt, III ("Schmidt") and Jill Patterson ("Patterson"), Plaintiffs in the above-captioned action, and file this their motion for default judgment pursuant to Fed. R. Civ. P. 55, and show the Court as follows:

1.

Plaintiffs commenced the above-captioned action on January 10, 2006. Plaintiffs forwarded to Defendant a waiver of service, which Defendant declined to return.

2.

On January 24, 2006, Plaintiffs obtained from the Court a summons, which was served on Defendant with a copy of the complaint on January 25, 2006. Defendant's responsive pleadings were due filed on or before February 14, 2006. See Fed. R. Civ. P. 12(a)(1)(A).

3.

Defendant filed no responsive pleadings, and no motion for extension of time, on or before February 14, 2006.

4.

Plaintiffs are entitled to entry of default pursuant to Fed. R. Civ. P. 55(a) and default judgment pursuant to Fed. R. Civ. P. 55(b).

5.

Plaintiffs' damages are not liquidated; accordingly, Plaintiffs request a hearing pursuant to Fed. R. Civ. P. 55(b)(2) during which they will present proof of damages, and the Court may thereafter enter judgment consistent with its findings.

6.

A proposed order is submitted contemporaneously herewith.

WHEREFORE, Plaintiffs pray that the Court grant their motion, direct the Clerk to enter default in the instant action, grant Plaintiffs' request for hearing and enter default judgment in accordance with the Court's findings from evidence presented.

This 15th day of February, 2006.

/s/ Kevin M. Elwell
_____
KEVIN M. ELWELL
USDC Bar No. 9706

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III and Jill Patterson

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, ) ) ) | | |
| Plaintiffs, ) ) | | |
| v. ) ) | Civil Action No. 6:06-CV-00109-HMH | |
| PHILIP RUSS SMITH, ) ) ) | CERTIFICATE OF SERVICE | |
| Defendant. ) | | |

This is to certify that I have this day served the foregoing MOTION FOR DEFAULT JUDGMENT by depositing same in the United States Mail in a properly-addressed envelope with adequate postage affixed to:

Mr. Philip Russ Smith
601 Cleveland Street, Apartment 5-C
Greenville, South Carolina 29601

This 15th day of February, 2006.

/s/ Kevin M. Elwell
_____
KEVIN M. ELWELL
USCD Bar No. 9706

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III, and Jill Patterson