IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
DEFICIENCY MEMORANDUM

TO:         KEVIN ELWELL

FROM:       AMANDA WILLIAMS, 864-241-2700

RE:         6:06-109-HMH

DATE:       February 28, 2006

Pursuant to Rule 5, Federal Rules of Civil Procedures, the MOTION REQUESTING PROTECTION has been filed. However, it is deficient in the area(s) checked below:

**I.   When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

☐   Pleading not signed with s/Name on signature line or digital signature

☐   Incorrect case number listed on document filed

☐   Document filed in wrong case

☐   Document not legible

☐   Document signed by attorney but e-filed under another attorney's login

☐   Documents filed together, please separate and refile

■   Wrong Event used - Per Judge Herlong's filing preferences -  "A request for protection should be filed as a **notice**. Please include in docket entry the dates for which protection is requested."

**Please correct the deficiency(ies) as noted above within one business day**.