IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, ) | C.A. No. 6:06-CV-00109-HMH |
| ) | |
| Plaintiffs, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| PHILIP RUSS SMITH, ) | |
| ) | |
| Defendant. ) | |

The defendant is presently without counsel. This matter is hereby referred to a United

States Magistrate Judge for resolution of all pretrial matters.

**IT IS SO ORDERED.**


s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
February 27, 2006