UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| BidZirk LLC;<br>Daniel G. Schmidt, III; and<br>Jill Patterson, | ) <br>) <br>) <br>) | C/A No. 6:06-0109-HMH-WMC |
| Plaintiff, | ) <br>) | **O R D E R** |
| vs. | ) <br>) <br>) | |
| Phillip Russ Smith, | ) <br>) <br>) | |
| Defendant. | ) <br>) <br>) <br>) | |

It has come to the attention of the court that the defendant is proceeding *pro se*. Since the defendant is a *pro se* litigant, his attention is directed to the following important notice:

## TO THE *PRO SE* DEFENDANT:

You are ordered to always keep the Clerk of Court advised in writing **(Post Office Box 10768, Greenville, South Carolina 29603)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address **and providing the Clerk of Court with the docket numbers**

1

**of all pending cases you have with this court.** Your failure to do so will not be excused by the court.

Put this order with your own record of this case so that you will not overlook your duty. If an attorney serves you by mail on behalf of a plaintiff or other party, you also have a duty to notify that attorney if your address is to be changed for mail purposes.

The defendant is, hereby, informed that if his address changes in the future, he must provide *his* own address. Hence, the Office of the Clerk of Court shall not enter any change of address submitted by the defendant which directs that mail be sent to a person other than the defendant (unless that person is an attorney admitted to practice before this court who has entered a formal appearance).

(Standard change of address order, which is issued in all *pro se* cases in the District of South Carolina).

The defendant shall serve a copy of any subsequent pleading, motion or other paper filed by the defendant in this court upon counsel for the plaintiffs. *See* Fed. R. Civ. P. 5. Any subsequent documents filed in this court shall have a signed Certificate of Service attached, which states who was served, what document was served, and how the document was served. The defendant must place the Civil Action Number (C/A No.) listed above on any document filed in this case.

**In all future filings with this court, the defendant is directed to use letter-size paper,**[1] **to write or type text on one side of a sheet of paper only, and not to write or type on both sides of any sheet of paper**.[2] The defendant is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

IT IS SO ORDERED.


February 28, 2006              s/William M. Catoe
Greenville, South Carolina     United States Magistrate Judge


*The defendant's attention is directed to the important warning on the next page.*

---

[1] Letter-size paper is 8½ inches by 11 inches. The federal district courts stopped accepting pleadings on legal-size paper in 1983. *See*, *e.g.*, United States v. White, 53 F.Supp.2d 976, 981, 1999 U.S.Dist. LEXIS® 9867 (W.D.Tenn. 1999). *Cf*. Supreme Court Rule 34.1, and Second Circuit Miscellaneous Form CTA2 Sentence Corr. Fed. ("The Judicial Conference of the United States has adopted the 8½ X 11 inch paper size for use throughout the federal judiciary and directed the elimination of the use of legal size paper.").

[2] Pursuant to Section 205 of the E-Government Act of 2002, Pub. L. 107-347, December 17, 2002, 111 Stat. 2899, this court has implemented Case Management-Electronic Case Filing (CM-ECF). For this purpose, *pro se* filings are scanned to create electronic docket records. Therefore, the use of only one side of a sheet of paper is required. Also, double-sided pages are difficult to "scan" into the CM-ECF system.

**IMPORTANT INFORMATION . . . PLEASE READ CAREFULLY!**

# WARNING TO *PRO SE* LITIGANTS

**All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.**

***YOU* ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT**. *YOU* **MUST REMOVE CERTAIN** *PERSONAL IDENTIFYING INFORMATION* **FROM ALL DOCUMENTS** *BEFORE* **YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.**

Under the Privacy Policy of the Judicial Conference of the United States, *a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information or other sensitive personal information in documents submitted for filing to any United States District Court*. This rule applies to **ALL** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or redact the personal identifying information prior to submitting the document to the Office of the Clerk of Court for filing.

1. Types of personal information that **MUST** be removed or redacted from documents before filing:

**(a) Social Security numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.
**(c) Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.
**(d) Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.
**(e) Home Address Information.** If the home address of a person must be included, only the city and state shall be listed, except for the mailing address of a *pro se* litigant, which is necessary for notification of court proceedings, or the full address of a party to be served on necessary service papers.
**(f) Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (*e.g.*, verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2. Other sensitive personal information that should be considered for possible removal or redaction:

Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. § 114(s).