IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 6:06-CV-00109-HMH |
| PHILIP RUSS SMITH, | ) ) | REQUEST FOR PROTECTION |
| Defendant. | ) | |

COMES NOW Kevin M. Elwell, counsel for Plaintiffs in the above-captioned action, and makes and files this his request for protection for the following dates: March 6-9 and March 13-16. Plaintiffs are awaiting a setting for a hearing on their request for preliminary injunction, and counsel has conflicts on other matters outside of South Carolina on the dates indicated.

Plaintiffs request that, if feasible, the hearing on their request for preliminary injunction be set for Friday, March 3, during the morning hours.

This 27th day of February, 2006.

/s/ Kevin M. Elwell
_____
KEVIN M. ELWELL
USCD Bar No. 9706

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC
Daniel G. Schmidt, III, and Jill Patterson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

BIDZIRK, LLC, DANIEL G. SCHMIDT,  )
III, and JILL PATTERSON,          )
                                  )
         Plaintiffs,              )
                                  )
v.                                )          Civil Action No. 6:06-CV-00109-HMH
                                  )
PHILIP RUSS SMITH,                )
                                  )          CERTIFICATE OF SERVICE
         Defendant.               )
_____   )

        This is to certify that I have this day served a copy of the foregoing REQUEST FOR

PROTECTION upon the following parties by depositing same in the United States Mail in a

properly-addressed envelope with adequate postage affixed to:

                         Mr. Philip Russ Smith
                         601 Cleveland Street
                         Apartment 5-C
                         Greenville, South Carolina 29601

        This 27th day of February, 2006.


                                         /s/ Kevin M. Elwell
                                         _____
                                         KEVIN M. ELWELL
                                         USCD Bar No. 9706

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

                                         Attorneys for Plaintiffs BidZirk, LLC,
                                         Daniel G. Schmidt, III, and Jill Patterson