Biozick
vs
Philip J Smith

6:06:109
HMH-WMC

RECEIVED
USDC CLERK, GREENVILLE, SC

2006 APR -6 P 2:25

I am filing this extension for my Rule 26 disclosures because opposing counsel was late w/ their disclosures. I needed ample time to review their disclosures to see who I needed for my own witness.

I am in the process as well of filing a dismissal as Judge Catoe has pretty much ruled Biozirk can not find my website defaming.

Philip J Smith