IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, )<br>III, and JILL PATTERSON,             )<br>                                                        )<br>        Plaintiffs,                                  )<br>                                                        )<br>v.                                                      )<br>                                                        )<br>PHILIP J. SMITH,                               )<br>                                                        )<br>        Defendant.                                )<br>_____ | Civil Action No. 6:06-CV-00109-HMH<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that BidZirk, LLC, Plaintiff in the above-captioned action, hereby appeals pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Fourth Circuit, the decision of the United States District Court for the District of South Carolina entered April 10, 2006 denying BidZirk, LLC's motion for preliminary injunction.

This 21st day of April, 2006.

                                                                   /s/ Kevin M. Elwell
                                                                   _____
                                                                   KEVIN M. ELWELL
                                                                   USDC Bar No. 9706

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

                                                                  Attorneys for Plaintiffs BidZirk, LLC,
                                                                  Daniel G. Schmidt, III and Jill Patterson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 6:06-CV-00109-HMH |
| PHILIP J. SMITH, | ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

This is to certify that I have this day served a copy of the foregoing NOTICE OF APPEAL by depositing same in the United States Mail in a properly-addressed envelope with adequate postage affixed to:

Mr. Philip J. Smith
601 Cleveland Street, Apartment 5-B
Greenville, South Carolina 29601

This 21st day of April, 2006.

/s/ Kevin M. Elwell
_____
KEVIN M. ELWELL
USCD Bar No. 9706

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III, and Jill Patterson