4cca-30     REV. 04/09/06

# TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| __X__ Notice of Filing<br>_____ Cross Appeal<br>_____ Interlocutory Appeal<br>_____ Additional NOA<br>_____ Amended NOA<br>_____ Transmittal of Record<br>_____ Transmittal of Cert.<br>_____ Supplement to ROA<br>_____ Supplemental Cert..<br>_____ Other _____ | UNITED STATES DISTRICT COURT<br>for the<br>DISTRICT OF SOUTH CAROLINA<br>at GREENVILLE<br>Caption:<br>BidZirk, LLC, et. Al., plaintiff,<br>vs.<br>Phillip J. Smith, defendant. | District Court No.:<br>  6:06-cv-0109-HMH-WMC<br><br>_____4CCA No.: _____<br><br>Consolidated with No.:<br><br>Case Mgr.: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:    4/21/0<br><br><br>2. Amended NOA filed: | 4. Fees:     _____ USA (fee not required)<br>$5 filing fee:    _____ paid    _____ unpaid<br>$455 docket fee:    __X__ paid    _____ unpaid<br>Pauper Status: ____ granted ____ denied ____ pending in dist. Ct.<br>Does PLRA Apply? ____ Yes ____ No   3-Strikes? ____ Yes ____ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge: Herlong | 5.    Materials under Seal in District Court:   Yes_____ No_____<br><br>Party Names Under Seal in District Court:   Yes_____ No_____ |
| 6. Official Court Reporter(s):<br><br>Contract Court Reporter:<br><br>Coordinator: *Janet Woodward, 803-253-3198* | 7.    Transcript<br>In-Court Hearing Held:   Yes_____    No_____<br><br>8.    Criminal/Prisoner Cases<br>_____ recalcitrant witness    Defendant's Address:<br>_____ on death row<br>_____ in custody<br>_____ on bond<br>_____ on probation |

**Part II**        TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD — SUPPLEMENT # _____ |
|---|---|
| Pleadings: Vols. _____ | Pleadings: Vols. _____ |
| Transcripts: Vols. _____ | Transcripts: Vols. _____ |
| Exhibits: Vols. _____ | Exhibits: Vols. _____ |
| Depositions: Vols. _____ | Depositions: Vols. _____ |
| State Ct. Record: Vols. _____ | State Ct. Record: Vols. _____ |
| Sealed: Vols. _____ | Sealed: Vols. _____ |
| No. of Boxes: _____ | No. of Boxes: _____ |

Deputy Clerk __Jackie Thomas__      Phone: 864-241-2751      Date: April 24, 2006