RECEIVED
USDC CLERK, GREENVILLE, SC

2006 JUN 21  A 10: 41

## eBay Member User ID History

The box below contains the User IDs that this member has used on eBay.

| User ID | Effective Date | End Date |
|---|---|---|
| bidzirk102 | Apr-20-05 | Present |
| bidzirkauctions | Jan-13-05 | Apr-20-05 |
| jillmarie307 | Oct-06-04 | Jan-13-05 |
| designconceptsetc | Jun-11-02 | Oct-06-04 |