RECEIVED
USDC CLERK, GREENVILLE, SC

2006 JUN 21  A 10: 41

**eBay**

| | |
|---|---|
| $.01-$0.99: $0.25 | $0.01-$25: 5.25% |
| $1-$9.99: $0.35 | $25.01 - $1,000: $1.31 plus 2.75% of any amount over $25 |
| $10-$24.99: $0.60 | $1,000.01+: $28.12 plus 1.50% of any amount over $1,000 |
| $25-$49.99: $1.20 | |
| $50-$199.99: $2.40 | |
| $200-$499.99: $3.60 | |
| $500+: $4.80 | |

*Example fees taken for listings by eBay* (handwritten annotation bracketing the left column)