RECEIVED
USDC CLERK, GREENVILLE, SC

2006 JUN 21　A 10: 41



The fast and fun way to sell on eBay!



eBay Trading Assistants — Members Helping Others

WHAT SELLS　WHO CAN SELL　HOW IT WORKS　AUCTIONS　LOCATIONS　FEES　ABOUT US



### Fees

**Commission Fees**

- 35% of the first $500 of final sale price
- 25% of the remaining sale price (over $500)

Commision charges do not include the eBay final value fee, the 2.90% PayPal processing fee, and any other PayPal fees associated with your sale (eBay final value charges are 5.25% of the first $25, 2.75% of the next $975, and 1.5% of any amount over $1,000).

According to this formula the maximum that should be taken from ANY auction is 43.15%