

Log Out | Help

My Account    Send Money    Request Money    Merchant Tools    Auction Tools

RECEIVED
USDC CLERK, GREENVILLE, SC
2006 JUN 21  A 10:41

# Transaction Fees for Domestic Payments—United States

**Business Solutions**

Merchant Tools

Auction Tools

**Business Resources**

Transaction Fees

Security for Merchants

What Is PayPal?

More Resources

| Account Fees | |
|---|---|
| Setup Fees | None |
| Monthly Fees | None† |
| Gateway Fees | None |
| Transaction Fees | Low |
| All Tools Including Shopping Cart | Free† |

PayPal is affordable for businesses of all sizes. Fees are applied **only when you accept a payment**—if you don't receive money, you don't pay a penny.

- **No monthly fees†**
- **No setup fees**
- **No gateway fees**
- **Free eBay and Merchant tools**
- **Antifraud systems at no extra cost**

†Does not apply to Website Payments Pro or Virtual Terminal.

**Fees for receiving payments from buyers in the United States**

Your account is enabled for Standard Rate. Based on your sales volume, you are currently being charged 2.9%.

View cross-border transaction fees

\* Shows actual paypal fees Bidzirk was paying vs formula applied

|  | Standard Rate | | Merchant Rate (qualification required) | | |
|---|---|---|---|---|---|
| Monthly Received Payment (USD) | $0.00 USD-$3,000.00 USD | $3,000.01 USD-$10,000.00 USD | $10,000.01 USD-$100,000.00 USD | > $100,000.00 USD |
| Fees per transaction (USD) | 2.9% + $0.30 USD | 2.5% + $0.30 USD | 2.2% + $0.30 USD | 1.9% + $0.30 USD† |

Flat fee will be charged as follows: $0.30 USD for payments in U.S. Dollars, $0.55 CAD for Canadian Dollar, ¥40 JPY for Yen, £0.20 GBP for Pound Sterling, €0.35 EUR for Euro, $0.40 AUD for Australian Dollar.

Fees for receiving eCheck payments will not exceed $5.00 USD per transaction. eBay sellers can also choose to offer promotional financing terms on PayPal Buyer Credit funded purchases for an additional fee.

†Does not apply to Website Payments Pro or Virtual Terminal.

**How is Eligibility for Merchant Rates determined?**
Eligibility for Merchant Rates is determined based on sales volume from the previous calendar month. To qualify for Merchant Rates, a seller must complete a one-time application and meet the Merchant Rate Criteria.

See general fees information.

**Compare Your Total Cost†**