9/19/2005

**RECEIVED**
**USDC CLERK, GREENVILLE, SC**

**2006 JUN 21 A 10 41**

Adzoox                                                                                                          **55.41

Fifty-Five and 41/100***************************************************************************

Adzoox
c/o Russ Smith
601 Cleveland St. #5C
Greenville, SC 29601

|  |  | 9/19/2005 |  |
|---|---|---|---|
| Adzoox |  |  |  |
| Sales:Consignment Sales | ebay#6797205053 - dell laptop case |  | 17.50 |
| Sales:Consignment Sales | ebay#7541618029 - sony video camera |  | 82.01 |
| Auction Fees |  |  | -9.29 |
| Sales:Sales Commission Earned |  |  | -34.81 |

*Bidzick  44.32%*
*fees*
*taken*

BOA - General Account                                                                                                55.41

|  |  | 9/19/2005 |  |
|---|---|---|---|
| Adzoox |  |  |  |
| Sales:Consignment Sales | ebay#6797205053 - dell laptop case |  | 17.50 |
| Sales:Consignment Sales | ebay#7541618029 - sony video camera |  | 82.01 |
| Auction Fees |  |  | -9.29 |
| Sales:Sales Commission Earned |  |  | -34.81 |

*Bidzick duplicated payments on these accounting sheets*
*to make it look like more payments had been sent*

BOA - General Account                                                                                                55.41