9/9/2005

Adzoox     RECEIVED
USDC CLERK, GREENVILLE, SC     **281.45

Two Hundred Eighty-One and 45/100********************************************2006 JUN 21  A 10: 41*********************

Adzoox
c/o Russ Smith
601 Cleveland St. #5C
Greenville, SC 29601

| Adzoox | | 9/9/2005 | |
|---|---|---|---|
| Sales:Consignment Sales | ebay#6788016094 - dell laptop case | | 17.50 |
| Sales:Consignment Sales | ebay#5798853157 - sealed adobe 6.0 | | 255.00 |
| Sales:Consignment Sales | ebay#7175732535 - adobe golive 6.0 | | 103.50 |
| Sales:Consignment Sales | ebay#7176755126 - bris fx 2.1 | | 61.00 |
| Auction Fees | | | -30.33 |
| Sales:Sales Commission Earned | | | -152.94 |
| Sales:Consignment Sales | *ebay#6788894138 - dell laptop bag | | 19.98 |
| Sales:Consignment Sales | ebay#5230075837 - NEC computer monitor | | 33.00 |
| Auction Fees | | | -6.72 |
| Sales:Sales Commission Earned | * This actually ended for $9.99 | | -18.54 |

489.98

47.44%
Bidzirk
fees
taken

BOA - General Account                                                                                                 281.45

| Adzoox | | 9/9/2005 | |
|---|---|---|---|
| Sales:Consignment Sales | ebay#6788016094 - dell laptop case | | 17.50 |
| Sales:Consignment Sales | ebay#5798853157 - sealed adobe 6.0 | | 255.00 |
| Sales:Consignment Sales | ebay#7175732535 - adobe golive 6.0 | | 103.50 |
| Sales:Consignment Sales | ebay#7176755126 - bris fx 2.1 | | 61.00 |
| Auction Fees | | | -30.33 |
| Sales:Sales Commission Earned | | | -152.94 |
| Sales:Consignment Sales | ebay#6788894138 - dell laptop bag | | 19.98 |
| Sales:Consignment Sales | ebay#5230075837 - NEC computer monitor | | 33.00 |
| Auction Fees | | | -6.72 |
| Sales:Sales Commission Earned | | | -18.54 |

BOA - General Account                                                                                                 281.45