| Item # | Description | NL | ACT | RL | WON | UNS | RET | ASP | SALE | PAY | INV | INV# | eBay# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6994 | Laptop Bag, Docking Station, Stand, Powercord | | | | X | | | 52% | 14.99 | 7.27 | 08/11 | 210 | 6787561544 |
| 7082 | Laptop Bag, Docking Station, Stand, Powercord | | | X | X | | | 40% | 26.00 | 13.56 | 08/11 | 210 | 6787560181 |
| 7005 | Laptop Docking Station | | | | | | | | | | | n/a | n/a |
| 7097 | Laptop Bag - Default Listing | X | | | | | | | | | | | |
| 7098 | Laptop Bag - No Strap | | | | X | | | 50% | 19.98 | 10.01 | 07/21 | 171 | 6783834936 |
| 7099 | Laptop Bag | | | | X | | | 40% | 22.98 | 11.72 | 08/11 | 210 | 6788277963 |
| 7100 | Laptop Bag | | | X | X | | | 50% | 19.98 | 10.01 | 07/28 | 184 | 6786455075 |
| 7101 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 08/05 | 194 | 6787564783 |
| 7102 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 09/08 | 265 | 6788894138 |
| 7103 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 07/17 | 221 | 6789547171 |
| 7104 | Laptop Bag | | | | X | | | 50% | 19.98 | 11.03 | 07/17 | 221 | 6789515299 |
| 7105 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 07/17 | 221 | 6790825293 |
| 7106 | Laptop Bag | | | | X | | | 50% | 19.98 | 12.06 | 12/21 | n/a | 6791355205 |
| 7107 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 07/17 | 221 | 6791352255 |
| 7108 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 07/17 | 221 | 6792109992 |
| 7109 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 09/01 | 248 | 6792663481 |
| 7110 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 10/05 | 317 | 6803139476 |
| 7111 | Laptop Bag | | | | X | | | 50% | 19.98 | 10.01 | 10/05 | 317 | 6803143673 |
| 7112 | Laptop Bag | | | X | X | | | 50% | 19.98 | 10.01 | 09/01 | 248 | 6793224221 |
| 7358 | NEC Computer Monitor 17" CRT Screen | | | | X | | | | 33.00 | 17.71 | 09/08 | 265 | 5230075837 |
| 7359 | AccuSync 70 | | | X | | X | X | | | | | | 5234152313 |
| 7360 | IBM Computer Monitor | | | X | | X | | | | | | | 5234150420 |
| 7601 | Rhode Gear Yakima Bike Rack Spare Tire Bolt On Shuttle | | | | X | | | | 51.00 | 28.40 | 09/22 | 289 | 7180843568 |
| 7602 | 1984 Star Wars POTF Ewok Warok Figure w/Coin NIB | | | | X | | | 47% | 33.50 | 18.01 | 09/29 | 307 | 6560007223 |
| 7603 | Apple Mac Powerbook 1400 48MB RAM Upgrade NEW Unopened | | | | X | | | 45% | 38.32 | 21.12 | 09/29 | 307 | 5807314101 |
| 7604 | Lot of Lot of Apple Mac Computer Equipment Vintage | | | | X | X | | | DONATED | | | | 8711084654 |
| 7605 | 5 Vintage Apple Comnputer Upgrade Kits NIB | | | | X | | | 49% | 22.50 | 11.54 | 09/29 | 307 | 5240713181 |
| 7606 | Philips CDI Interactive 350 Video Player Game System | | | | X | | | 46% | 84.99 | 47.97 | 10/12 | 330 | 8217903116 |

Note first item Bidzik took 52% fees

Observe that laptop bags were split 50/50 and inconsistent amounts

Item 7602 - see EV 8

* Not authorized to DONATE anything, only to sell and ask if Bidzirk can FREECYCLE
* I sold IDENTICAL LOT FOR $50.00 week prior