EV 8
eBay: STARWARS VINTAGE WAROK EWOK C9 LAST 17 COMP    Date Filed 06/21/2006    Entry Number 51-9    Page 1 of 3
6:06-cv-00100-MJH    Item 6062839416 end time Jun-08-06 09:42:37 PDT    06/15/2006 10:19 AM



home | pay | register | sign out | site map

Buy | Sell | My eBay | Community | Help

Start new search | Search
Advanced Search

RECEIVED
USDC CLERK, GREENVILLE, SC

Java TECHNOLOGY (POWERED BY) ◆Sun

Back to list of items    Listed in category: Toys & Games > Action Figures > Star Wars > Vintage (1977-89) > Figures (Loose)

## STARWARS VINTAGE WAROK EWOK C9 LAST 17 COMP
!!PLEASE SEE MY VINTAGE TOY SHOP FOR MORE GREAT TOYS!!

2006 JUN 21  A 10: 42

Item number: 6062839416

Email to a friend | Sell one like this

**Bidding has ended for this item**
If you are a winner, Sign In for your status.

Sell an item like this or buy a similar item below.



| | |
|---|---|
| Winning bid: | **GBP 21.06** |
| | (Approximately US $38.94) |
| Ended: | Jun-08-06 09:42:37 PDT |
| Shipping costs: | To United States -- GBP 2.60 (discount available) |
| | Royal Mail Airmail (more services) |
| Ships to: | N. and S. America, Europe |
| Item location: | LANCASHIRE, United Kingdom |
| History: | 6 bids |
| Winning bidder: | julviedi72 ( 126 ★ ) |

You can also:   Email to a friend | Sell one like this

View larger picture

Listing and payment details: Show

### Meet the seller
Seller: kamarafigura2 ( 880 ★ )
Feedback: 99.1% Positive
Member: since Nov-02-04 in United Kingdom
- Read feedback comments
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  🏪 HINAWSKI-HOUSE-COLLECTABLES

### Buy safely
1. Check the seller's reputation
   Score: 880 | 99.1% Positive
   Read feedback comments
2. Learn how you are protected
   PayPal™ Free PayPal Buyer Protection.
   See eligibility

### Description
**Item Specifics**
Condition: **Used**
This translation is provided as a service eBay cannot guarantee its accuracy.

*Out of the packaging gets more than a Bidzirk auction*

View Item Specifics in original language.

## HINAWSKI-HOUSE-COLLECTABLES
HINAWSKI-HOUSE-COLLECTABLES

Visit my eBay Store: 🏪 HINAWSKI-HOUSE-COLLECTABLES

STARWARS VINTAGE FIGURES | ESB VINTAGE FIGURES | ROTJ VINTAGE FIGURES |
POTF VINTAGE LAST 17 FIGURES | STARWARS VEHICLES & PLAYSETS

Search my eBay Store:
[ Search ]



# WELCOME TO MY STARWARS SHOP!!!

# AND HERE WE HAVE UP FOR AUCTION A STARWARS VINTAGE

EU 8
eBay: STARWARS VINTAGE WAROK EWOK C9 LAST 17 COMP... Date Filed 06/21/2006 08-06 08:42:37 HDT Entry Number 51-9  Page 2 of 3  06/15/2006 10:19 AM
6:06-cv-00109-d Last 17 comp p.3 2

WAROK EWOK LAST 17.
IN C9 CONDITION COMPLETE
A TRULY GREAT PIECE FOR ANY COLLECTION.
STAND NOT INC...

RECEIVED
USDC CLERK. GREENVILLE. SC

PLEASE ALSO SEE MY SHOP OVER THE NEXT FEW WEEKS.. FOR MORE GREAT ITEMS
GI JOE,,
ACTION FORCE,,
THUNDERCATS,,
M.A.S.K,,
ATEAM,,
RAMBO,,
TRANSFORMERS G1
LAST SEVENTEEN,,,ALSO RARE VINTAGE ITEMS,, AND A LOT MORE!!!!!

2006 JUN 21 A 10:42

I HAVE BEEN A COLLECTOR NOW FOR 6 YEARS AND HAVE EXTENSIVE KNOWLEDGE ON ALL VINTAGE STARWARS TOYS AND A LOT MORE PRODUCTS FROM 1976-2000.

I ALSO BUY BULK LOTS ..VINTAGE TOYS,,,GI JOE,,,SW,70'S,80'S TOYS FIGURES ,,,VEHICLES, BEST PRICES PAID.. JUST DROP US AN EMAIL.

IMAGEFROMJAX@YAHOO.CO.UK

NO COLLECTION TO BIG???...CAN COLLECT..
CASH WAITING!!!!

GRADING SCALE :-

C10 = MINT CONDITION NO MARKS LIKE NEW.
C9  = VERY GOOD, MINOR MARKS.
C8  = GOOD, PLAYWEAR AND PAINT WEAR.
C7  = POOR PLAYWEAR & PAINTWEAR,LOOSE PARTS.


THANX FOR SHOPPING WITH

HINAWSKI-HOUSE-COLLECTABLES

PLEASE ALLOW 5 DAYS FOR POSTAGE IF PAYING BY PAYPAL.
CHEQUES AND POSTAL ORDERS OVER
£10 MINIMUM PLEASE.!!!
ALLOW 5 DAYS FOR CLEARANCE OF CHEQUES ONLY.
POSTAL ORDERS NEXT DAY POST.


00085
Learn about eBay counters

EV8
eBay: STARWARS VINTAGE WAROK EWOK C9 LAST 17 COMP (item 6062839406 end time Jun-08-06 09:42:37 PDT)
6:06-cv-00400-HMH Date Filed 06/21/2006 Entry Number 51-9 Page 3 of 3
p.3
06/13/2006 10:19 AM

Pay only GBP 0.50 shipping for each additional item from this seller's other listings!*



| STARWARS VINTAGE HOTH SURVIVAL KIT NR COMP ORIGINAL | STARWARS VINTAGE ENDOR REBEL SOLDIER C9 ORIGINAL | STARWARS VINTAGE DENGAR BOUNTY HUNTER C9 ORIGINAL | STARWARS VINTAGE 8D8 TORTURE DROID C9 COMP ORIGINAL |
|---|---|---|---|
| GBP 3.99 | GBP 4.99 | GBP 3.99 | GBP 4.99 |
| Buy It Now | Buy It Now | Buy It Now | Buy It Now |

Visit seller's Store

### Shipping, payment details and return policy

| Shipping Cost | Services Available | Service Transit Time* | Available to |
|---|---|---|---|
| GBP 1.30 | Royal Mail 1st Class Standard | 1 to 2 business days | United Kingdom only |
| GBP 2.60 | Royal Mail Airmail | | N. and S. America, Europe |

*Sellers are not responsible for service transit time. Transit times are provided by the carrier, exclude weekends and holidays, and may vary with package origin and destination, particularly during peak periods.

Will ship to N. and S. America, Europe.

Pay only GBP 0.50 shipping for each additional item from this seller's other listings!
Learn about shipping discounts

**Shipping insurance**
Not offered

**Seller's payment instructions**
PLEASE SEND PAYMENT TO MR D HINAWSKI OR / IMAGEFROMJAX@YAHOO.CO.UK METHOD OF PAYMENT PREFERRED PAYPAL,,, IF PAYING BY CHEQUE PLEASE ALLOW 5 DAYS FOR IT TO CASH THEREFORE ITEM ONLY SENT WHEN CASH HAS CLEARED. OVERSEAS BIDDERS PAYPAL ONLY.... PAYMENT DUE WITHIN 5 DAYS OR NEGATIVE FEEDBACK WILL BE LEFT DUE TO TO MANY TIMEWASTERS SPOILING IT FOR EVERYBODY ELSE. THANX FOR YOUR TIME AND BUSINESS KAMARAFIGURA2

### Payment methods accepted

This seller, kamarafigura2, prefers PayPal.



- Personal check
- Money order/Cashiers check

Learn about payment methods

### Similar items from all eBay sellers
Help

| Item Name | Price | End Date |
|---|---|---|
| VINTAGE STAR WARS ROTJ CUSTOM BROWN EWOK 100% COMP C9++ | US $9.00 | Jul-14-06 15:34:16 PDT |
| VINTAGE STAR WARS ROTJ CUSTOM EWOK BLACK 100% COMP C9+ | US $9.00 | Jul-14-06 15:34:20 PDT |
| STAR WARS vintage loose POTF Warok Last 17 | GBP 45.00 | Jun-29-06 10:15:10 PDT |
| STARWARS VINTAGE 8D8 TORTURE DROID C9 COMP ORIGINAL | GBP 4.99 | Jul-06-06 14:18:44 PDT |

See all similar items...

**Where to go next?**

Back to list of items | Printer Version | Safe Trading Tips

Seller assumes all responsibility for listing this item.

---

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com | Shopping.com | Skype
Australia | Austria | China | France | Germany | India | Italy | Spain | United Kingdom

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

http://cgi.ebay.com/STARWARS-VINTAGE-WAROK-EWOK-C9-LAST-17-C...QitemZ6062839416QQihZ009QQcategoryZ50277QQrdZ1QQcmdZViewItem
Page 3 of 3