**SOCIETY OF PROFESSIONAL JOURNALISTS**
Improving & Protecting Journalism

FOR MEMBERS | FOR LEADERS | CHAPTERS | MISSIONS | JOIN SPJ

Search SPJ: [ Search ]

RECEIVED
USDC CLERK, GREENVILLE, SC
2006 JUN 21 A 10:42

*NOTE HIGHLIGHT*

# Ethics in Journalism

**Ethics Resources**
Ethics Code
Ethics News
Ethics Hotline
Other Ethics Sources
SPJ Ethics Committee
Ethics Week

## SPJ Code of Ethics

The SPJ Code of Ethics is voluntarily embraced by thousands of writers, editors and other news professionals. The present version of the code was adopted by the 1996 SPJ National Convention, after months of study and debate among the Society's members.

Review the Code (English) or Download an Adobe PDF version.

SPJ's Code of Ethics is now available in foreign language translations, with more to come. You can now read the Code in:

- English
- Spanish
- French
- Portuguese
- Slovene
- Russian (PDF version)
- Arabic (PDF version)

## Ethics Case Studies

For journalism instructors and others interested in presenting ethical dilemmas for debate and discussion, SPJ has a useful resource. We've been collecting a number of case studies for use in SPJ/Bloomberg workshops. The Ethics AdviceLine operated by the Chicago Headline Club and Loyola University also has provided a number of examples. There seems to be no shortage of ethical issues in journalism these days. Please feel free to use these examples in your classes, speeches, columns or other modes of communication.

**CASE STUDY:** A Congressman's Past
**CASE STUDY:** The Public Editor: Story on Long-ago Incident Worries Readers, Editors
**CASE STUDY:** Perverted-justice.com
**CASE STUDY:** The BTK Killer and the Eagle

Join the Ethics discussion on our online message boards.