Affidavit for Mike Lane, Owner of Mainstreet WiMax / Computer Clinic at 2015 Laurens Rd in Greenville SC.



**Computer Clinic**
A Division of MainStreet Wimax LLC
2015 Laurens Rd.
Greenville, SC 29607

RECEIVED
USDC CLERK, GREENVILLE, SC

2006 JUN 21 A 10 40

June 2, 2006

To Whom it May Concern,

Computer Clinic has had an ongoing relationship with Philip Smith and his company, Adzoox. The nature of the relationship was that of contractor / contractee, and was established in June of 2004.

Adzoox and Computer Clinic recently dissolved their working relationship. This action was due to several factors, not the least of which was the high profile litigation in which Adzoox was involved. It became of concern to us that the lawsuit, which was attracting a fair amount of attention locally, would be associated with our company, since Adzoox was a contractor and sometimes did business out of our retail locations.

It is accurate to say that had this lawsuit not been instigated, we would most likely still be in a working relationship with Adzoox.

Please contact me with questions or for clarification.

Sincerely,

Mike Lane
VP Development

---

info@computerclinicent.com    Phone: 864-241-9995    http://www.computerclinicent.com