BidZirk LLC et al v. Smith
King Kong Wrong
6:06-cv-00109-HMH          Date Filed 06/28/2006          Entry Number 55-2          Page 1 of 3
Page 1 of 3          Doc. 55 Att. 1

 Blogger           SEARCH THIS BLOG
SEARCH ALL BLOGS  BlogThis!           GET YOUR OWN BLOG  ⚑ FLAG?  NEXT BLOG»

# KING KONG WRONG

WEDNESDAY, JUNE 07, 2006

## Welcome To KINGKONGWRONG.COM!



Did you see a guy in a gorilla suit protesting today? Well, if you did and you made it here ... here's what the gorilla is upset about:

*eBay Dropoff Stores*, also called *eBay listing assistants*, are popping up all over the United States. Their purpose is to take your items, take pictures, list your item on eBay, and then send you a percentage of the final ending bid.

These stores are largely unregulated. Many states are actively debating these businesses as more and more people get ripped off.

Last year, *"the guy behind the gorilla mask"* used an eBay Dropoff called **Bidzirk**. All in all, **Bidzirk** took in somewhere between (an appraised) $22,000 to $35,000 in eBay inventory from business partners and myself. **Bidzirk** managed to get just short of $8000 for

ABOUT ME

KINGKONGWRONG

VIEW MY COMPLETE PROFILE

LINKS

Problems with eBay Dropoff Stores: Bidzirk

Bidzirk: Search Engine Manipulation

How Bad Businesses Surpress Bettter Business Bureau Reports

Auctionbytes Forum on eBay Dropoff Profitability

RipOff Report for Bidzirk

Strategic Outlook: Analysis Of Bidzirk Lawsuit/Injunction Ruling

A Role For eBay Dropoffs

PREVIOUS POSTS

Welcome To KINGKONGWRONG.COM! Did you see a guy...

ARCHIVES

June 2006

 Power Blogger

Dockets.Justia.com

all of this inventory and then split it with my partners and I **50/50**... which I in turn had to split **50/50** with my partners. This has caused me and my partners severe financial strain and cost me many business relationships. Bidzirk got less than average prices for the merchandise when they advertise on the BIDZIRK.COM website the following:

> "We founded Bidzirk after realizing that individuals, businesses, and fundraising organizations needed a fast and easy way to sell their items and liquidating assets online for top selling prices.

> Bidzirk SM has many years of experience in business, customer service, creativity, and technology, to provide online auction expertise, facilitating photographs, listing descriptions, and shipping, to maximize selling prices and inventory turnover."

Bidzirk failed to even ATTEMPT to sell over 1000 items given them therefore causing time sensitive technology items to decrease in value while in their possession for over 6 months. Bidzirk also failed to provide my partners and I with timely payments. Full payment was delayed for as long as 4 months (16 weeks) without interest or acceptable explanation.

Since I have been writing for a consumer advocacy site for the past 4 years that has received numerous awards and recognition called Jackwhispers: Fix Your Thinking that covers eBay and Apple Community drama (yeah it's niche) ... I decided to do a full length news report on eBay dropoff stores while relating my personal experience with **Bidzirk**.

Well, as it turns out ... **Bidzirk** wasn't pleased with the article so they decided to violate my constitutional rights and have sued me for "defamation" and violation of their trademark. This action against me has caused me severe financial strain and has consumed a lot of my time. I have not been able to dedicate myself to my full time job as an Apple Computer Tech and maintain a healthy personal or social life due to **Bidzirk's** action against me. I am being

King Kong Wrong                                            Page 3 of 3

6:06-cv-00109-HMH      Date Filed 06/28/2006      Entry Number 55-2      Page 3 of 3

bullied by the opposing attorney on an almost daily basis ... and inundated with paperwork because the case is federal.

I make decent money, but I'm not wealthy enough to have an attorney on retainer or to pay for the massive amount of litigation necessary for a lawsuit of this magnitude. I stand in opposition to the few Pro Bono attornies that would normally take a case such as this one.

So, the purpose of this exercise is to show YOU what you can do as the little guy and help me fight the erosion of our constitutional freedom of speech ... something our forefathers wrote as "a god given, unalienable right".

**A couple of notes:**

* To any business surrounding a protest location, I am sorry for this trouble. I hope that I served to bring traffic to you!

* Before planning any protest/picketting act make sure you obtain a permit from your local municipality. I have one in case you were wondering.

* Please feel free to comment here if you have had experiences (positive or negative) with Bidzirk or iSoldit or any other eBay dropoff location.

**To see the story go to:**

You Gotta Be Berserk To Use An eBay Listing Company

Stay tuned to this site for more protest dates and opportunity to protest against a business in your area!

POSTED BY KINGKONGWRONG AT 7:56 AM    0 COMMENTS