IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>PHILIP J. SMITH,  )<br>)<br>Defendant.  ) | Civil Action No. 6:06-CV-00109-HMH<br><br>NOTICE TO TAKE DEPOSITION |

To:   Philip J. Smith
      601 Cleveland Street
      Apartment 5-C
      Greenville, South Carolina 29601

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, on October 26, 2006, commencing at the hour of 11:00 a.m., Plaintiff BidZirk, LLC shall procure via stenographic and videographic means the deposition of Defendant Philip J. Smith upon oral testimony at the offices of K.M. Elwell, P.C., 111 East North Street, Greenville, South Carolina 29601, before a court reporter authorized to administer oaths, for the purpose of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure.

2

This 23rd day of October, 2006.

*[signature: Kevin M. Elwell]*

KEVIN M. ELWELL

K. M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III and Jill Patterson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 6:06-CV-00109-HMH |
| PHILIP J. SMITH, | ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

This is to certify that I have this day served the foregoing NOTICE TO TAKE DEPOSITION by hand delivery to:

Mr. Philip J. Smith
601 Cleveland Street, Apartment 5-C
Greenville, South Carolina 29601

This 23rd day of October, 2006.

_____
KEVIN M. ELWELL

K. M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com        Attorneys for Plaintiffs BidZirk, LLC,
                             Daniel G. Schmidt, III and Jill Patterson