IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP J. SMITH, <br><br> Defendant. | Civil Action No. 6:06-CV-00109-HMH <br><br> AMENDED NOTICE <br> TO TAKE DEPOSITION |

To:   Philip J. Smith
       601 Cleveland Street
       Apartment 5-C
       Greenville, South Carolina 29601

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, on November 3, 2006, commencing at the hour of 11:00 a.m., Plaintiff BidZirk, LLC shall procure via stenographic and videographic means the deposition of Defendant Philip J. Smith upon oral testimony at the offices of K.M. Elwell, P.C., 111 East North Street, Greenville, South Carolina 29601, before a court reporter authorized to administer oaths, for the purpose of discovery and for all other purposes permitted under the Federal Rules of Civil Procedure.

2

    This 24th day of October, 2006.

                                                                                     _____
                                                                                     KEVIN M. ELWELL

K. M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com                Attorneys for Plaintiffs BidZirk, LLC,
                                                                   Daniel G. Schmidt, III and Jill Patterson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 6:06-CV-00109-HMH |
| PHILIP J. SMITH, | ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

This is to certify that I have this day served the foregoing AMENDED NOTICE TO TAKE DEPOSITION by depositing same in the United States Mail in a properly-addressed envelope with adequate postage affixed to:

Mr. Philip J. Smith
601 Cleveland Street, Apartment 5-C
Greenville, South Carolina 29601

This 24th day of October, 2006.

_____
KEVIN M. ELWELL

K. M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com                Attorneys for Plaintiffs BidZirk, LLC,
                                      Daniel G. Schmidt, III and Jill Patterson