IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

BIDZIRK, LLC, DANIEL G. SCHMIDT,    )
III, and JILL PATTERSON,            )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )     Civil Action No. 6:06-CV-00109-HMH
                                    )
                                    )
PHILIP J. SMITH,                    )     NOTICE TO TAKE DEPOSITION
                                    )
        Defendant.                  )
_____

To:    Philip J. Smith
       601 Cleveland Street
       Apartment 5-C
       Greenville, South Carolina 29601

       YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, on

September 14, 2006, commencing at the hour of 10:00 a.m., Plaintiff BidZirk, LLC shall

procure via stenographic and videographic means the deposition of Defendant Philip J.

Smith upon oral testimony at the offices of K.M. Elwell, P.C., 111 East North Street,

Greenville, South Carolina 29601, before a court reporter authorized to administer oaths,

for the purpose of discovery and for all other purposes permitted under the Federal Rules

of Civil Procedure.

Dockets.Justia.com

This 28th day of July, 2006.

KEVIN M. ELWELL

K. M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III and Jill Patterson

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

BIDZIRK, LLC, DANIEL G. SCHMIDT,    )
III, and JILL PATTERSON,            )
                                    )
      Plaintiffs,                   )
                                    )
v.                                  )    Civil Action No. 6:06-CV-00109-HMH
                                    )
                                    )
PHILIP J. SMITH,                    )
                                    )    CERTIFICATE OF SERVICE
      Defendant.                    )

---

     This is to certify that I have this day served the foregoing NOTICE TO TAKE

DEPOSITION by hand delivery to:

Mr. Philip J. Smith
601 Cleveland Street, Apartment 5-C
Greenville, South Carolina 29601

This 28th day of July, 2006.

_____
KEVIN M. ELWELL

K. M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III and Jill Patterson