## Kevin Elwell

| | |
|---|---|
| **From:** | Kevin Elwell |
| **Sent:** | Thursday, November 02, 2006 10:22 AM |
| **To:** | 'Philip Smith' |
| **Subject:** | deposition |
| **Attachments:** | image001.png |

6:06-cv-00109-HMH     Date Filed 11/03/2006     Entry Number 67-4     Page 2 of 2

Dockets.Justia.com

Since you saw fit to hang up on me, I'll give you the information I need to give you via email.  I noticed your deposition previously, and you called and asked me to reschedule.  I accommodated you, and rescheduled the deposition for November 3.  You indicated that you would be in attendance.  Today you indicated that you would not in fact be attending.  If you have an attorney, I need to know who that person is, so that I can contact him/her.  Please understand that I have attempted to reschedule your deposition twice, after you abruptly, and improperly, left the original proceeding.  I am forced now to file a motion to compel your attendance at your deposition, and will be seeking monetary sanctions against you personally.

If you happen to change your mind and attend tomorrow, please let me know.  I will have the court reporter at my office to make a record of your non-attendance for the Court.

*admitted in South Carolina, Georgia and North Carolina*

**K.M. Elwell, P.C.**
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
(404) 388-0485 mobile
kmelwell@kmelwell.com
www.kmelwell.com

11/2/2006                                **Exhibit 3**