BidZirk LLC et al v. Smith  
6:06-cv-00109-HMH   Date Filed 11/03/2006   Entry Number 67-6   Page 1 of 2  
Doc. 67 Att. 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PHILIP J. SMITH, )<br>)<br>Defendant. ) | Civil Action No. 6:06-CV-00109-HMH<br><br>AFFIDAVIT OF KEITH WILLIAMS |

State of South Carolina
County of Greenville

CAME BEFORE ME, the undersigned officer duly authorized to administer oaths, Keith Williams, a person known to me, who, upon being sworn, deposes and states:

1.

My name is Keith Williams. I am over 18 years of age and am qualified in all respects to testify to the matters asserted herein. I have personal knowledge of those facts and know them to be true.

2.

On July 28, 2006, I was contacted by Kevin Elwell at K.M. Elwell, P.C., a law firm in Greenville. I was asked to deliver an envelope containing several papers. These

included BidZirk's interrogatories, requests for production of documents, requests for admission and a notice to take the deposition of Philip Smith.

3.

On July 28, 2006, I retrieved the package, which was addressed to Philip Smith, from Mr. Elwell's office and proceeded to 601 Cleveland Street, Apartment 5-C in Greenville, which I knew from prior deliveries I have made at that location to be the residence of Philip Smith.

4.

Upon arriving at Mr. Smith's residence, I delivered the package to Mr. Smith, either by placing it in his hands, or by leaving the package leaning against the front door of his residence.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KEITH WILLIAMS

Sworn to and subscribed
before me this 15th day
of September, 2006.

_____
NOTARY PUBLIC