UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 28, 2007

No. 06-1487
6:06-cv-00109-HMH-WM

BIDZIRK LLC

    Plaintiff - Appellant

  and

DANIEL G. SCHMIDT, III; JILL PATTERSON

    Plaintiffs

v.

PHILLIP J. SMITH

    Defendant - Appellee

---------------

M A N D A T E

---------------

The judgment of this Court, entered 3/6/07, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
-----------------------
CLERK