JUDGMENT

FILED: March 6, 2007

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 06-1487
6:06-cv-00109-HMH-WM

BIDZIRK LLC

      Plaintiff - Appellant

and

DANIEL G. SCHMIDT, III; JILL PATTERSON

      Plaintiffs

v.

PHILLIP J. SMITH

      Defendant - Appellee

---

Appeal from the United States District Court for the
District of South Carolina at Greenville

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor

CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _[signature]_
    Deputy Clerk