IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
DEFICIENCY MEMORANDUM

TO: Kevin Elwell

FROM: Jackie Thomas 864-241-2751

RE: BidZirk v Smith

DATE: May 8, 2007

Pursuant to Rule 5, Federal Rules of Civil Procedures, the Motion Submission of Proposed Scheduling Order (entry 90) has been filed. However, it is deficient in the area(s) checked below:

**I. When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

■ Wrong Event used. Please file as Motion to Amend and link to last filed scheduling order. Do not attach Proposed Amended Scheduling Order. Email proposed order to catoe_ecf@scd.uscourts.gov Please file corrected entry by May 9,2 007. Please call 864-241-2751 if you have any questions.