Note on the next page:

This is a recent auction of Bidzirk's and indicative of the poor description and value of auction listing that Bidzirk provides:

The iPod is DIRTY!!!! It shows FINGERPRINTS on the screen. This couldn't be wiped down before the photo? The sticker "gummy" could have been EASILY REMOVED!

iPod headphones are ONE DOLLAR at Dollar Tree as are silicone cases. Just a $2 investment would have raised the ending price by $25-35 dollars.

The iPod is listed with this description:

"Sound and Vision"

This is pathetic - it's a Video iPod - not a vision iPod - you lost a very key descriptor word by not putting iPod Video in the title or description.

With the plethora of iPod docks and stores that sell iPod stuff - you guys couldn't test it?

Your shipping is so high you lost bids.

eBay: Apple IPOD 30 GB White mp3 Player Parts Refurb (item 190106787187 end time May-01-07 17:27:22 PDT)
6:06-cv-00109-HMH    Date Filed 05/11/2007    Entry Number 95-3    Page 2 of 5
04/30/2007 04:35 PM

# ebY

Sign in | You have 1 alert.

Search | Advanced Search | Buy | Sell | My eBay | Community | Help

eBay Categories ▼  eBay Motors  eBay Express                                    Site Map

← Back to home page    Listed in category: Consumer Electronics > Apple iPod, MP3 Players > Apple iPod > iPod

## Apple IPOD 30 GB White mp3 Player Parts Refurb

**SAMPLE OF BIDZIRK LISTING**

Seller of this item? Sign in for your status

Item number: 190106787187

Watch this item in My eBay

| | | |
|---|---|---|
| Starting bid: | US $49.99 | |
| End time: | May-01-07 17:27:22 PDT (1 day 4 hours) | |
| Shipping costs: | Calculate | |
| Ships to: | United States, Canada | |
| Item location: | Piedmont, SC, United States | |
| History: | 0 bids | |
| You can also: | Watch This Item | |
| | Get alerts via Text message, IM or Cell phone | |
| | Email to a friend | |

**Meet the seller**
Seller: bidzirk103 ( 2475 ★ ) Power Seller
Feedback: 99.3% Positive
Member: since Jul-21-05 in United States
Read feedback comments
Ask seller a question
Add to Favorite Sellers
View seller's other items: Store | List
Visit seller's Store:
🛒 bidzirk103

**Buy safely**
1. Check the seller's reputation
   Score: 2475 | 99.3% Positive
   Read feedback comments
2. Check how you're protected
   PayPal Up to $2,000 in buyer protection. See eligibility

View larger picture

Listing and payment details: Show

## Description

Item Specifics - MP3 Players
Brand: Apple iPod
Product Line: iPod

Storage Capacity: 20-39 GB
Color: White
Condition: Used

bidzirk103 > Electronics (Sold As-Is) > Consumer Electronics

bidzirk103


BIDZIRK eBay Store

Visit my eBay Store: 🛒 bidzirk103
Women's Shoes / Boots | Purses / Handbags | Housewares

Add to Favorite Stores | Sign up for Store newsletter

### Apple IPOD 30 GB White mp3 Player Parts Refurb

| Pictures | Description |
|---|---|
| | Click here to see our PSP auctions and Buy It Now listings! |
| | This auction is for a white 30 GB Apple IPOD. |
| | **Details:** |
| | • Manufacturer: Apple |
| | • Model: IPOD |
| | • Retail Price: $249.00 |
| | **Features:** |



- Has sound and vision
- 20 hours of battery life
- Customizable menus
- Holds up to 25,000 photos

**Condition:**

- Untested
- Item is sold **AS-IS**, with **NO RETURNS**. Please take this into consideration **BEFORE** bidding.
- This item does not come with any cords or headphones.
- We cannot guarantee that there are no issues with this item as we do not have the ability to test all of its functions.
- There are sticker marks on the front of the item. Please see pictures for details.
- It does not come in its original box.

We appreciate your interest in our auction offers, and we are standing by to answer any and all questions you may have. Feel free to check out other exciting offers from Bidzirk. Good luck, and have fun bidding with Bidzirk, the fast and fun way to sell on eBay!

- Katie

**This item can ship to:** US and Canada
8 x 8 x 8 in. 2.5 lbs.
**Shipping for this item is:** Calculated .



BIDZIRK eBay Store
Click here to see more great deals in our eBay Store!

### Payment

Payment must be made within 5 days of auction close and made in U.S. dollars. Paypal, money orders and cashiers checks are accepted. Credit cards are accepted through Paypal. All cashiers checks and money orders will take 10 days to clear. Once payment is received and cleared, the auction item will be shipped immediately. Residents of South Carolina must add sales tax to the winning bid amount based on the sales tax in the county where they live.

**All items picked up locally are subject to a 5% sales tax.**

### Shipping

**This item can ship to:** US and Canada
8 x 8 x 8 in. 2.5 lbs.
**Shipping for this item is:** Calculated .

Buyer is responsible for all shipping and handling costs. Please use our shipping calculator to determine cost for your location.
**If your country is not listed in the shipping calculator's drop down box, shipping is not available to your location.**
Items are shipped immediately following receipt of payment. Bidzirk does not ship to unconfirmed addresses or P.O. boxes. Shipping insurance is automatically added for every item. Bidzirk is NOT responsible for any Duty/Customs/Brokerage fees.

**Attn: Canadian buyers** - Click here for Customs fees.

**Attn: International buyers** - USPS packages do NOT have a guaranteed time. We do not issue refunds for packages arriving later than the estimated time quoted in eBay's shipping calculator.

### Returns

bidzirk103@bidzirk.com

**Monday-Friday 8:30am-5:30pm * Saturday 9:30am-3:30pm * Sunday Closed**



AuctionWagon Store Manager G2 - eBay Drop-off Consignment Software



00030

The power of protection from AOL and eBay. Learn more

### Shipping and handling

**Ships to**
United States, Canada

Country

| Shipping and Handling | To | Service |
|---|---|---|
| Calculate | United States | UPS Ground |
| Calculate | United States | UPS 3 Day Select<sup>SM</sup> |
| Calculate | United States | UPS Next Day Air® |
| Calculate | Canada | UPS Standard To Canada |

**Shipping Insurance**
Included (in the shipping and handling cost)

**Sales tax**
Seller charges sales tax for items shipped to: SC (5.000%).

### Return policy

Return policy not specified.
Read item description for any reference to return policy.

Returns are happily accepted if item is not as described in the auction listing. Bidzirk must be notified prior to return, and returns must be made within five (5) days of receipt of the item. The item must be in the same condition as when it was shipped from Bidzirk and in the original box. The item must be returned with appropriate insurance coverage, and a tracking number must be provided for proof of return. Original shipping charges are not refundable and the buyer is responsible for return shipping cost. Refunds are processed by the Friday following receipt of the returned item.

## About Us

Bidzirk is a privately owned, "bricks and mortar" eBay consignment drop-off store. We founded Bidzirk after realizing that individuals, businesses, and fundraising organizations needed a fast and easy way to sell their items and liquidating assets online for top selling prices. Bidzirk has many years of experience in business, customer service, creativity, and technology, to provide online auction expertise, facilitating photographs, listing descriptions, and shipping, to maximize selling prices and inventory turnover. Bidzirk currently has 2 stores open in Greenville, S.C. celebrating grand openings in May of 2005. Within 2 years, 10 more stores will open in South Carolina, North Carolina, Georgia, and Florida.

## Business Hours

Our business hours are 8:30 AM - 5:30 PM Monday - Friday, and 9:30 AM - 3:30 PM on Saturday. Questions are answered during these business hours. Questions sent outside of these hours will be answered as soon as possible on the following business day.

## FAQ

- **Can I have my item shipped to an alternate address?**
  We do not ship to alternate or unconfirmed addresses.

- **Can you end auctions early?**
  All of our auctions are posted for the full duration, and we will not end them prematurely.

- **Can you change a standard auction to a "Buy It Now" sale?**
  No, we will not change the auction type once it is posted.

- **Do you answer questions?**
  We answer questions during our business hours.

- **What are my shipping and handling costs?**
  You can use our handy shipping calculator to determine exact cost to your location. Check the listing for all costs related to shipping.

- **Do you ship internationally?**
  BidZirk ships to US and International addresses. Please use our shipping calculator to determine costs.

- **Do you take checks and money orders?**
  We accept PayPal, credit cards, cashiers checks and money orders. We do NOT accept personal checks. Note that with cashiers check/money order payments, your item will not be shipped until the payment is received and cleared.

- **Can I pick up this item locally?**
  We do allow local pickup but a 5% SC sales tax applies to every item picked up. Also, before pickup, we request that you contact us ahead of time so we can have the item ready.

  Click here to view directions.

- **Can you send additional photos?**
  We would be happy to supplement any listing information with any other details you request. Contact us with the specific information you are requesting and we will provide it promptly.

- **What does "Sold As Is" mean?**
  We can not test every single function of an item to make sure it works 100%. Items are inspected for obvious damage and defects, and electrical/electronic goods are powered on to make sure they are functional. Beyond that, the buyer assumes the risk for any functional problems, and these items cannot be returned.

- **Do you combine shipping?**
  In some cases we can combine shipping for similar items of a certain size, purchased at the same time. Generally speaking, we do not combine shipping, as our inventory system does not support it.

- **When do I receive notification of a sale?**
  eBay automatically notifies you by email that you won the auction. If you do not receive notification, check your email system's spam filters to make sure the messages are not being blocked.

- **What is your refund policy?**
  We will issue a refund if you receive an item that is not as described in the listing. Items must be returned to BidZirk, and a refund will be processed by the Friday following receipt of the returned item.

- **Do you post feedback?**
  We are happy to leave positive feedback when the transaction is complete and feedback from the buyer is posted. If you have any issues and are inclined to leave BidZirk a negative or neutral feedback, we ask that you contact us first to resolve the issue as we would appreciate the opportunity to fix the problem.

## Contact Us

If you have any questions concerning this auction, please email us at: