IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| BidZirk, LLC, Daniel G. Schmidt, III, and Jill Patterson, | ) ) ) | C.A. No. 6:06-0109-HMH-WMC |
| Plaintiffs, | ) ) ) | **AMENDED SCHEDULING ORDER** |
| vs. | ) ) | |
| Philip J. Smith, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following deadlines are amended in this case.

(1)     The discovery period expired in this case on August 6, 2006.  The only discovery permitted during the remainder of this action will occur with the consent of both parties, so long as such does not interfere with other dates in this order.

(2)     Any motions relative to discovery, such as motions to compel discovery, shall be filed on or before **June 15, 2007.**

(3)     Dispositive motions, such as motions for summary judgment, shall be filed on or before **July 13, 2007.**

(4)     Motions *in limine* and deposition designations, if any, shall be filed on or before **October 22, 2007.**

(5)     Time periods for responses and replies to motions filed pursuant to this order shall be computed utilizing the court's local rules.

(6)     The parties shall attempt to consolidate and file a pretrial order in the form prescribed by the court and applicable federal rules on or before **September 21, 2007**.  If the parties cannot consolidate a pretrial order by agreement, the parties shall submit their respective proposed pretrial orders to the court on or before **September 21, 2007.**

(8)     The parties shall submit proposed *voir dire* questions, proposed jury instructions, and proposed exhibit lists on or before **October 29, 2007.**

(9)    The parties will attend a pretrial conference with the court at a time to be scheduled during the week of **October 1-5, 2007.**

(10)   The parties shall submit any proposed jury verdict form at the pretrial conference.

(11)   The parties shall furnish the court with pretrial briefs on or before **October 29, 2007**.

(12)   The parties shall be prepared to try this case during the term of court beginning **November 6, 2007**, at a time to be scheduled by the court.  The parties shall notify the court if their estimate of three days' trial time should be revised.

IT IS SO ORDERED.

s/William M. Catoe
United States Magistrate Judge

May 21, 2007

Greenville, South Carolina