Mr. Elwell,

Go ahead and submit to the court that I am refusing to answer anything further.

This beyond weird. I fear for my life on a daily basis. This is beyond obsession. This has nearly bankrupted me. You are not doing the ethical or moral thing by me, yourself, or your client. I will pray that you will receive God into your heart and understand your actions.

Asking for all of the contents of my hard drive is an unreasonable, immaterial request. Asking for the documents that you are requesting would require weeks if not months to even assemble for you in digital form ... much less printed form.

Either I invaded your privacy and defamed you with the article or I didn't ... case closed. I did not defame you. I did not invade your privacy. I did not misuse your trademark.

You have put the burden of proof of this case on me. YOU are the complaining party ... I am innocent. The burden is on you.

As stated. Go ahead and make your request of the court. Please include this letter as your refusal to answer questions further.

I have complied with the judge's order. He stated:

"Even if you write the answers underneath with denied or admitted, just submit your answers within 3 days"

I complied. I gave you better answers than that and I feel I was specific enough already. Your 5 and a 1/2 hour long deposition and discovery as given/answered is all I'm willing to release to you. I want the judge to tell me I do not have privilege. I even provided you with documents that you were previously unaware that I had.

Philip

**Exhibit 6**

Dockets.Justia.com