# U.S. District Court

## District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 5/2/2007 at 10:45 AM EDT and filed on 5/2/2007
**Case Name:** BidZirk LLC et al v. Smith
**Case Number:** 6:06-cv-109
**Filer:**
**Document Number:** 88(No document attached)

## Docket Text:
Minute Entry. Proceedings held before Judge William M Catoe : Status Conference held on 5/2/2007. Plaintiff to e-mail admissions to defendant within 24 hours. Defendant to answer admissions within 3 days. Proposed scheduling order to be submitted to chambers, if no response or objection by defendant within 10 days, proposed order will be accepted. Counsel to provide chambers with case law that allows him to file a lis pendens without a judgment. Both parties to play by the rules throughout discovery. Court Reporter Jean Cole. (sjam, )


**6:06-cv-109 Notice has been electronically mailed to:**
Kevin Morgan Elwell kmelwell@kmelwell.com

**6:06-cv-109 Notice will not be electronically mailed to:**

Phillip J Smith
601 Cleveland Street
Apt 5C
Greenville, SC 29601

**Exhibit 9**