IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| BidZirk, LLC, Daniel G. Schmidt, III, and Jill Patterson, | )<br>)<br>) Civil Action No. 6:06-0109-HMH-WMC |
| Plaintiffs, | )<br>) |
| vs. | ) **O R D E R** |
| Philip Smith, | )<br>) |
| Defendant. | )<br>)<br>) |

      This matter is before the court on the defendant's motion for extension of time to file his responses to certain discovery requests (doc. 114). The plaintiffs are represented by counsel, and the defendant is proceeding *pro se*. The plaintiffs oppose the motion.

      Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(A) and Local Civil Rule 73.02)(B)(2)(e) D.S.C., all pretrial matters in cases involving *pro se* litigants are referred to a United States Magistrate Judge for consideration.

      By order dated August 9, 2007, this court ordered to the defendant to provide specific and complete responses to Interrogatories 2, 4, 6, 9, and 14, Requests for Production 1 and 2, and Requests to Admit 14, 15, 17, and 18. The deadline for the responses was August 28, 2007. On August 29, 2007, the defendant sought an extension until September 15, 2007. The defendant's request for an extension is granted in part. The defendant is ordered to provide his responses to the discovery requests on or before September 10, 2007. No further extensions will be given, and if the plaintiff does not timely respond, he will be sanctioned. The defendant's request for a hearing is denied.

      IT IS SO ORDERED.

                                                    s/William M. Catoe
                                                    United States Magistrate Judge

August 9, 2007

Greenville, South Carolina

Dockets.Justia.com