Therefore, I deny and defy the Judge's ruling - since the court was vague in it's request to participate in further discovery, admission, or procedure. I have been denied my rights for discovery over a technical issue because I thought the entire trial was on hold while in Federal Appeals. I have not been treated fairly and the entire burden of this case and all of it's evidence has been put on me. It is not humanly possible to dedicate myself to my career and to this trial. I have answered to this case as promptly and as professionally as humanly possible.

I asked, in my motion for extension, that the court specifically lay out what I needed to answer. The court instead listed numbers. I am so buried in paper work for this trial that I hardly no where to begin to go back through paper work. I have also lost a few documents that I had electronically in a hard drive crash a few months ago.

If the court requests I answer anything further ... please list the question, and the SPECIFIC reasoning behind this request; citing specific law that I am compelled to answer these questions. Otherwise the process of listing numbers of interrogatories seems like a meaningless "eenie meenie minie moe".

Please list ANY questions by a structured sentence.

If imposing sanctions is the result of my not fulfilling this judge's order ... and these sanctions are not held to trial end ... I am forced to declare bankruptcy as I have no tangible asset to pay any judgement or sanctioned amount.

I have requested a dismissal hearing and a status conference and been denied MY RIGHT to address this court. It is not fair for me to be forced to participate in a trial by which I do not understand and was not clearly communicated with. While the Plaintiff may contend that my writing and response is "unintelligible" I do not understand "Legalese". To make it clear. I do not understand why I am on trial, for what purpose I am being put through this, or why I have been denied my rights.

Philip Smith

