*Proof of EFF assistance and of attorney in Charleston*

From: Richard Esguerra <richard@eff.org>
Subject: **EFF cooperating attorney response**
Date: June 6, 2007 1:25:50 PM EDT
To: adzoox@yahoo.com

Philip,

Here is the contact information for an SC attorney that may be able to provide you with some legal assistance.

Jason Scott Luck
Seibels Law Firm, P.A.
165-A King Street
Charleston, SC 29401
Office: 843.722.6777
Fax: 843.722.6781
www.seibelsfirm.com

I hope this helps. Feel free to let me know how this works out and best of luck on your case.

Regards,
Richard
--
Richard Esguerra
Referral Coordinator
Electronic Frontier Foundation
richard@eff.org
415-436-9333 x111
Become an EFF member! -- http://www.eff.org/support

Start **601 Cleveland St
Greenville, SC 29601**
End **165 King St
Charleston, SC 29401**
Travel **214 mi – about 3 hours 20 mins**

To see all the details that are visible on the screen, use the "Print" link next to the map.

Proof of distance travelled



**601 Cleveland St
Greenville, SC 29601**

Drive: 214 mi – about 3 hours 20 mins

1. Head **west** on **Cleveland St** toward **Newman St** — 0.3 mi
2. Turn **right** at **McDaniel Ave** — 0.4 mi / 1 min
3. Turn **right** at **Ridgeland Dr** — 138 ft
4. Slight **right** at **Cleveland Park Dr** — 0.4 mi / 1 min

http://maps.google.com/    Page 1 of 2

| | |
|---|---|
| HOME | # CARPENTER LAW FIRM, PC |
| FIRM OVERVIEW | ## OFFICES |
| ATTORNEY PROFILE | |
| OFFICES | Office Location(s) |
| LOCATIONS | **Greenville, South Carolina** |
| COMMUNITY INVOLVEMENT | 819 E. North Street, Suite 230<br>Greenville, South Carolina 29601<br>Telephone: 864-235-1269 |
| PROFESSIONAL ACTIVITIES | Fax: 864-331-3083 |
| GENERAL INFORMATION | james.carpenter@carpenterlawfirm.net |
| ACHIEVEMENTS | |
| NEWS CLIPS | *If needed for contact consulted for fee of $300.00 in December 2006* |
| CLIENTS | |

carpenter-lawfirm.net



This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.