

Examples of mailings:

