2006 OCT 23 P 1: 36

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

FILED-CLERK OF COURT
GREENVILLE CO. S.C.
PAUL B. WICKENSIMER

| | | |
|---|---|---|
| BIDZIRK, LLC, DANIEL G. SCHMIDT, III, and JILL PATTERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 6:06-CV-00109-HMH |
| PHILIP J. SMITH, | ) ) ) | NOTICE OF LIS PENDENS |
| Defendant. | ) | |

YOU ARE HEREBY NOTIFIED that the above-captioned action is pending in the United States District Court for the District of South Carolina against Philip J. Smith. The purpose of the action is to recover damages for defamation and invasion of privacy, and to enjoin the defendant's infringement of trademarks belonging to BidZirk, LLC. The property affected by this notice is 601 Cleveland Street, Apartment 5-C, Greenville, South Carolina 29601, located on Map No. 0067080103600 in the office of the Register of Deeds of Greenville County, South Carolina. Description and tax information is exhibited hereto.

WHEREFORE Plaintiffs advise and request the Clerk to record the instant Notice on the Court's lis pendens docket, that said Notice shall inform the public of the pendency of the above-captioned action.

RECORDED IN BOOK _03_ PAGE _073_

Dockets.Justia.com

This 23rd day of October, 2006.

_KEVIN M. ELWELL_

KEVIN M. ELWELL
South Carolina Bar No. 73971

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III and Jill Patterson

| Real Property Detail Information |
|---|

**Select Another Tax Year :**    2006         View Map         View Image

| | |
|---|---|
| Map # 0067080103600 | Mail Addr 601 CLEVELAND ST APT 5C |
| Year 2006 | City GREENVILLE |
| Owner 1 SMITH PHILIP J | State SC |
| Owner 2 | Zip 29601 |
| Prev. Owner WERNER CHARLES M III | Desc 5C |
| Care Of | Loc 601 CLEVELAND ST |
| Acreage | SubDiv MCDANIEL HEIGHTS |

| | | |
|---|---|---|
| Deed Book-Pg 1921 - 10 | | Sq Footage 646 |
| Deed Date 08/10/2000 | Land Use 1100 | No Bldgs 1 |
| Will | HmstCd | Bldg Val $38,167 |
| Sales Price $48,500 | Storm $21.50 | Land Val $5,000 |
| Plat Book/ Pg | Num Bathrooms 1 | Total Val $43,167 |
| Dist 500 | Num Bedrooms 1 | Total Rollback $0.00 |
| Juris 1 | Num Half Baths 0 | Assmt Class LR |

| | | |
|---|---|---|
| Cur. Yr Taxes $445.87 | Acct.No 200600020801188001 | Date Paid |
| Amount Due $445.87 | | Amount Paid |

Pay Taxes Online                OFFICIAL PAYMENTS CORP.

County Home Page    |    Real Property Search    |    Services    |    Legal Disclaimer

PROPE

| SHEET NO. | 67.8 | BLOCK NO. | 1 | LOT NO. |
|---|---|---|---|---|

| LISTED | Cleveland Street |
|---|---|
| DESCRIPTION | Unit#5C | McDaniel Heights Cond. |

| RECORD OF OWNERSHIP | DATE VOL., PAGE |
|---|---|
| | 11-20-78 |
| College Properties, Inc. | 1092-330 |
| 60% INT          40% INT | 9-27-79 |
| Moore, Otis P. & Walter B. | 1112-425 |
| | 10-26-79 |
| Herran, Vincent W. | 1114-335 |
| | 8-1-80 |
| Rodgers, Virginia M. | 1130-341 |
| | 06-29-90 |
| Sultan, Fatema | 1404-204 |
| | 04-16-91 |
| Dickson, Judy McCartt | 1432-756 |
| | 07-16-97 |
| Werner, Charles M., III | 1702-958 |
| | 08-10-2000 |
| Smith, Philip J. | 1921-10 |
| | |
| | |
| | |
| | |
| | |

2006 OCT 23 P 1: 36

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

FILED-CLERK OF COURT
GREENVILLE CO. S.C.
PAUL B. WICKENSIMER

BIDZIRK, LLC, DANIEL G. SCHMIDT,       )
III, and JILL PATTERSON,               )
                                       )
        Plaintiffs,                    )
                                       )
v.                                     )     Civil Action No. 6:06-CV-00109-HMH
                                       )
PHILIP J. SMITH,                       )
                                       )     CERTIFICATE OF SERVICE
        Defendant.                     )

---

This is to certify that I have this day served a copy of the foregoing NOTICE OF LIS

PENDENS upon the following parties by depositing same in the United States Mail in a

properly-addressed envelope with adequate postage affixed to:

Mr. Philip J. Smith
601 Cleveland Street
Apartment 5-C
Greenville, South Carolina 29601

This 23rd day of October, 2006.

KEVIN M. ELWELL
South Carolina Bar No. 73971

K.M. ELWELL, P.C.
111 East North Street
Greenville, South Carolina 29601
(864) 232-8060
(404) 759-2124 e-facsimile
kmelwell@kmelwell.com

Attorneys for Plaintiffs BidZirk, LLC,
Daniel G. Schmidt, III and Jill Patterson