# PROPERTY

| SHEET NO. 67.8 | BLOCK NO. 1 | LOT NO. 36 | TAX DISTRICT 500 | CARD NO. |
|---|---|---|---|---|
| LISTED | Cleveland Street | | | |
| DESCRIPTION | Unit#5C | McDaniel Heights Cond. | 6V-53 | 6-V-52,54 |

| RECORD OF OWNERSHIP | DATE VOL., PAGE | ADDRESS | MEMORANDUM |
|---|---|---|---|
| College Properties, Inc. | 11-20-78 / 1092-330 | 1092-307 1980 | |
| Moore, Otis P. & Walter B.  60%INT   40%INT | 9-27-79 / 1112-425 | | |
| Herran, Vincent W. | 10-26-79 / 1114-335 | | |
| Rodgers, Virginia M. | 8-1-80 / 1130-341 | | |
| Sultan, Fatema | 06-29-90 / 1404-204 | | |
| Dickson, Judy McCartt | 04-16-91 / 1432-756 | | |
| Werner, Charles M., III | 07-16-97 / 1702-958 | For 1998 | |
| Smith, Philip J. | 08-10-2000 / 1921-10 | | |