IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
DEFICIENCY MEMORANDUM

TO:	KEVIN ELWELL

FROM:	AMANDA WILLIAMS, 864-241-2713

RE:	6:06-109-HMH

DATE:	October 16, 2007

Pursuant to Rule 5, Federal Rules of Civil Procedures, the RESPONSE (DOCUMENT 132) has been filed. However, it is deficient in the area(s) checked below:

**I.	When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

■	Attached to the Response were two deposition transcripts. Pursuant to Local Rule 5.01 regarding discovery "If relief is sought with respect to any discovery material or deposition, a copy of the relevant portion of the discovery material or deposition shall be filed with the Court." Please refile the relevant portions of the depositions as "Additional Attachments to Main Document."

**Please correct the deficiency(ies) as noted above within one business day**.