AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

BidZirk, LLC, Daniel G. Schmidt, III,
and Jill Patterson,

                Plaintiffs,

vs.

Phillip J. Smith,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:06-109-HMH

**[X]** **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered. It is

**ORDERED, ADJUDGED AND DECREED** that summary judgment is entered as to the defendant, Phillip J. Smith. It is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs' counsel, Kevin Elwell, is sanctioned in the amount of One Thousand Dollars ($1,000.00).

                LARRY W. PROPES, Clerk

                By: s/Amanda J. Williams
                        Deputy Clerk

October 22, 2007