**Kevin M. Elwell**
Attorney at Law
· admitted in ·
South Carolina, Georgia and North Carolina

24 October 2007

Mr. Philip J. Smith
601 Cleveland Street
Apartment C
Greenville, South Carolina 29601

    RE:    *BidZirk, LLC v. Smith*
             United States District Court for the District of South Carolina,
             Greenville Division
             Civil Action No. 6:06-CV-00109-HMH

Dear Mr. Smith:

Enclosed please find a cashier's check in the amount of $1,000.00.

                                                Sincerely yours,

                                                Kevin M. Elwell

Enclosure
cc:    Hon. Henry M. Herlong, Jr.
        (w/ enclosure)

**WACHOVIA**

OFFICIAL CHECK

AN INDEMNITY AND/OR SURETY BOND MAY BE REQUIRED PRIOR TO REPLACEMENT OR REFUND OF THIS CHECK IF LOST OR DESTROYED

23-97/1020

412769544

0000120

10/24/2007

Pay To The Order Of ***Philip J Smith***

$     $1,000.00

*ONE THOUSAND DOLLARS AND 00 CENTS

06-109

DRAWER: Wachovia Bank, National Association

Authorized Signature

Remitter
Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

⑈420418⑈ ⑆102000979⑆ 6800412769544 3⑈